1  DALE K. GALIPO (SBN 144074)
   **LAW OFFICES OF DALE K. GALIPO**
2  21800 Burbank Blvd, Suite 310
   Woodland Hills, CA 91367
3  Telephone (818) 347-3333
   Facsimile (818) 347-4118
4  dalekgalipo@yahoo.com

5  ATTORNEYS FOR PLAINTIFFS
   JULIO JIMENEZ LOPEZ and
6  YESENIA CRUZ CRUZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| JULIO JIMENEZ LOPEZ and YESENIA CRUZ CRUZ,<br><br>    Plaintiffs,<br><br>    v.<br><br>CITY OF SAN RAFAEL; SAN RAFAEL POLICE DEPARTMENT; DAISY MAZARIEGOS; BRANDON NAIL; and DOES 1-50, inclusive,<br><br>    Defendants. | CASE NO. 3:23-CV-03652<br><br>**NOTICE OF APPEARANCE** |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE that Plaintiffs, JULIO JIMENEZ LOPEZ and YESENIA CRUZ CRUZ, hereby associate Dale K. Galipo of the Law Offices of Dale K. Galipo, 21800 Burbank Blvd Ste. 310, Woodland Hills, CA 91367, Telephone (818) 347-3333, facsimile (818) 347-4118, dalekgalipo@yahoo.com, as co-counsel in this matter together with Anthony L. Label, Esq. and Theo Emison, Esq., of The Veen Firm, LLP, 20 Haight Street, San Francisco, CA 94102, Telephone (415) 673-4800; Facsimile (415) 771-5845 AL.Team@veenfirm.com; t.emison@veenfirm.com.

All Pleadings and other papers served on The Veen Firm, LLP, shall also be directed to the

attention of the following:

> DALE K. GALIPO
> LAW OFFICES OF DALE K. GALIPO
> 21800 Burbank Blvd,
> Woodland Hills, CA 91367,
> Telephone (818) 347-3333
> Facsimile (818) 347-4118
> dalekgalipo@yahoo.com

The Court and parties are requested to serve both The Veen Firm, LLP and the Law Offices of Dale K. Galipo with all documents and notices.

DATED:  April 24, 2024            **LAW OFFICES OF DALE K. GALIPO**

By: _____
Dale K. Galipo
Attorney for PLAINTIFFS
JULIO JIMENEZ LOPEZ AND
YESENIA CRUZ CRUZ