UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## PRE-SETTLEMENT TELEPHONIC CONFERENCE MINUTES

| **Date:** 4/25/2024 | **Time:** 2:15pm - 3:00pm | **Judge:** Kandis A. Westmore |
|---|---|---|
| **Case No.:** 23-cv-03652-VC (KAW) | **Case Name:** Lopez v. City of San Rafael | |

**For Plaintiffs:**
Anthony Label & Theo Emison

**For Defendant City of San Rafael and San Rafael Police Department:**
Dale Allen Jr

**For Defendant Daisy Mazariego and Brandon Nail:**
Alison Wilkinson

**Deputy Clerk:** William F. Tabunut          **Not Reported.**

## PROCEEDINGS

Pre-settlement telephonic conference held. A settlement conference is set for 5/29/2024 via Zoom at 10:00am. Confidential settlement conference statements are due on 5/19/2024. The parties are directed to review and comply with the Court's Settlement Conference Standing Order, available at: https://www.cand.uscourts.gov/judges/westmore-kandis-a-kaw/