**LAW OFFICES OF DALE K. GALIPO**
DALE K. GALIPO (SBN 144074)
dalekgalipo@yahoo.com
BENJAMIN S. LEVINE (SBN 342060)
blevine@galipolaw.com
21800 Burbank Blvd, Suite 310
Woodland Hills, CA 91367
Telephone (818) 347-3333
Facsimile (818) 347-4118

ATTORNEYS FOR PLAINTIFFS
JULIO JIMENEZ LOPEZ and
YESENIA CRUZ CRUZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| JULIO JIMENEZ LOPEZ and YESENIA CRUZ CRUZ,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SAN RAFAEL; SAN RAFAEL POLICE DEPARTMENT; DAISY MAZARIEGOS; BRANDON NAIL; and DOES 1-50, inclusive,<br><br>Defendants. | CASE NO. 3:23-CV-03652<br><br>**NOTICE OF APPEARANCE** |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE that Benjamin S. Levine of the Law Offices of Dale K. Galipo 21800 Burbank Blvd Ste. 310, Woodland Hills, CA 91367, Telephone (818) 347-3333, facsimile (818) 347-4118, blevine@galipolaw.com, hereby appears as counsel of record for Plaintiffs JULIO JIMENEZ LOPEZ and YESENIA CRUZ CRUZ, together with Dale K. Galipo of the same firm, and with Anthony L. Label, Esq. and Theo Emison, Esq., of The Veen Firm, LLP, 20 Haight Street, San Francisco, CA 94102, Telephone (415) 673-4800; Facsimile (415) 771-5845 AL.Team@veenfirm.com; t.emison@veenfirm.com.

All Pleadings and other papers served on The Veen Firm, LLP, shall also be directed to the attention of the following:

    LAW OFFICES OF DALE K. GALIPO
    DALE K. GALIPO
    dalekgalipo@yahoo.com
    BENJAMIN S. LEVINE
    blevine@galipolaw.com
    21800 Burbank Blvd, Ste. 310
    Woodland Hills, CA 91367,
    Telephone (818) 347-3333
    Facsimile (818) 347-4118

The Court and parties are requested to serve both The Veen Firm, LLP and the Law Offices of Dale K. Galipo with all documents and notices.

DATED:  May 1, 2024        **LAW OFFICES OF DALE K. GALIPO**

By:     */s/ Benjamin S. Levine*
    Dale K. Galipo
    Benjamin S. Levine
    Attorneys for PLAINTIFFS
    JULIO JIMENEZ LOPEZ AND
    YESENIA CRUZ CRUZ