## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### SETTLEMENT CONFERENCE MINUTES

| **Date:** 5/29/2024 | **Time:** 10:00am – 2:29pm | **Judge:** Kandis A. Westmore |
|---|---|---|
| **Case No.**: 23-cv-03652-VC (KAW) | **Case Name:** Lopez et al. v. City of San Rafael et al. | |

**For Plaintiffs:**
Attorneys Anthony Label, Dale Galipo, Theo Emison, and Benjamin Levine with Plaintiffs Julio Lopez & Yesenia Cruz with Interpreter Jose Ramirez

**For Defendant City of San Rafael and San Rafael Police Department:**
Attorney Dale Allen Jr. with City Attorney Robert Epstein, Captain Glenn McElderry – San Rafael PD, and Marinda Griese – Risk Pool Authority

**For Defendant Daisy Mazariego and Brandon Nail:**
Attorney Alison Wilkinson

**Deputy Clerk:** William F. Tabunut                **Not Reported.**

### PROCEEDINGS

Settlement conference held via Zoom. Matter reported not settled. Matter set for telephonic call on 9/26/2024 at 2:15pm, parties are instructed to use the same dial-in information contained within Docket #44.