1  ANTHONY L. LABEL (SBN 205920)
   THEO J. EMISON (SBN 209183)
2  **THE VEEN FIRM LLP**
   20 Haight Street
3  San Francisco, CA  94102
   Tel.: +1 415 673 4800
4  Fax: +1 415 771 5845
   al.team@veenfirm.com
5  t.emison@veenfirm.com

6  **LAW OFFICES OF DALE K. GALIPO**
   DALE K. GALIPO (SBN 144074)
7  dalekgalipo@yahoo.com
   BENJAMIN S. LEVINE (SBN 342060)
8  blevine@galipolaw.com
   21800 Burbank Blvd, Suite 310
9  Woodland Hills, CA 91367
   Telephone (818) 347-3333
10 Facsimile (818) 347-4118

11 Attorneys for Plaintiffs JULIO JIMENEZ
   LOPEZ and YESENIA CRUZ CRUZ

DALE L. ALLEN (SBN 145279)
**ALLEN, GLAESSNER, HAZELWOOD,
AND WERTH**
180 Montgomery Street, Ste 1200
San Francisco, CA 94104
d.allen@aghwlaw.com

Attorney for Defendants CITY OF SAN
RAFAEL and SAN RAFAEL POLICE
DEPARTMENT

ALISON BERRY WILKINSON (SBN 135890)
BERRY WILKINSON LAW GROUP
165 N. Redwood Drive, Ste 201
San Rafael, CA 94903
Tel: +1 415-259-6638
Fax: +1 877-259-3762
alison@berrywilkinson.com

Attorney for Defendants BRANDON NAIL and
DAISY MAZARIEGOS

12

13                    UNITED STATES DISTRICT COURT

14          NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

15

16

17 JULIO JIMENEZ LOPEZ and YESENIA
   CRUZ CRUZ,

18              Plaintiffs,

19       v.

20 CITY OF SAN RAFAEL; SAN RAFAEL
   POLICE DEPARTMENT; DAISY
21 MAZARIEGOS; BRANDON NAIL; and
   DOES 1-50, inclusive,

22              Defendants.

23

CASE NO. 3:23-CV-03652

*Hon. Vince Chhabria*

**STIPULATION AND JOINT REQUEST
FOR ORDER CONTINUING DEADLINES
GOVERNING *MONELL* CLAIMS**

*[Declaration of Benjamin S. Levine and
Proposed Order filed concurrently herewith]*

24

25   **TO THE HONORABLE COURT:**

26  IT IS HEREBY STIPULATED BY AND BETWEEN Plaintiffs, Julio Jimenez Lopez and Yesenia

27  Cruz Cruz (collectively, "Plaintiffs"), Defendants City of San Rafael and San Rafael Police

28  Department (collectively, "City"), and Defendants Daisy Mazariegos and Brandon Nail

-1-                                        Case No. 3:23-CV-03652
STIPULATION AND JOINT REQUEST FOR ORDER CONTINUING DEADLINES GOVERNING *MONELL*
CLAIMS

(collectively, "Individual Defendants") — the parties to this action — for the purpose of jointly requesting that the honorable Court enter an order, pursuant to Fed. R. Civ. P. 16(b)(4) and any applicable Orders of the Court, modifying the existing scheduling order in this case, as follows:

**GOOD CAUSE STATEMENT.**

1. WHEREAS this is a civil rights case asserting a variety of claims, including for excessive force under the Fourth Amendment and for municipal liability under *Monell*, involving the San Rafael Police Department. Plaintiffs' initial Complaint in this action was filed on July 24, 2023. [Dkt. 1.] A Second Amended Complaint was subsequently filed on January 24, 2024, and is the current operative complaint in this action. [Dkt. 36.]

2. WHEREAS on October 27, 2023, the Court issued an Order staying discovery as to the Individual Defendants while criminal proceedings against them are pending, setting deadlines for the completion of discovery as to Plaintiffs' *Monell* claims only, and setting a hearing date for the City's anticipated motion for summary judgment on the *Monell* claims. [Dkt. 25.]

3. WHEREAS, following two subsequent amendments to Plaintiffs' complaint and a Case Management Conference, the Court set new deadlines governing Plaintiffs' *Monell* claims, in part due to belated production of initial disclosures. [Dkt. 41, 42.] These *Monell* deadlines included a July 12, 2024, close of fact discovery; a July 19, 2024, deadline for designation of experts; an August 2, 2024, deadline for designation of rebuttal experts; and a hearing on the City's anticipated motion for summary judgment on the *Monell* claims on September 19, 2024, at 10:00 a.m. [Dkt. 42.]

4. WHEREAS, Plaintiffs subsequently retained additional counsel from the Law Offices of Dale K. Galipo to assist in the litigation of their civil rights claims, including their *Monell* claims, and notices of appearance were filed by Plaintiffs' new counsel on April 24, 2024, and May 1, 2024. [Dkt. 48, 50; Declaration of Benjamin S. Levine ("Levine Decl.") ¶ 2.]

5. WHEREAS, upon retaining additional counsel, Plaintiffs promptly began pursuing discovery regarding their *Monell* claims. On May 1, 2024, the parties began an extended meet-and-confer process regarding the City's designation of persons most knowledgeable

regarding topics relevant to Plaintiffs' *Monell* claims and regarding the scheduling of those persons' depositions, pursuant to Rule 30(b)(6), and also regarding the deposition of a supervisory witness. On May 7, 2024, Plaintiffs propounded requests for production of documents relevant to the *Monell* claims on the City, which necessitated extensive research by the City and production of voluminous documents. On June 3, 2024, as part of the ongoing meet-and-confer regarding depositions, Plaintiffs also advised of their intention to depose David Spiller, Chief of Police for the San Rafael Police Department. On June 6, 2024, the City responded to the requests for production and advised that further documents would be produced soon. On June 20, 2024, counsel for the City identified the City's persons most knowledgeable regarding the *Monell* issues and provided those persons' availability in July, prior to the July 12, 2024, close of *Monell* fact discovery. Counsel also provided Chief Spiller's availability and advised that counsel had learned the supervisory witness had transferred to another police department and thus would need to be subpoenaed, complicating the scheduling of that deposition. (Levine Decl. ¶ 3.)

6. WHEREAS, counsel for the Individual Defendants is a solo practitioner and is also criminal defense counsel for Defendant Daisy Mazariegos, her personal appearance at the depositions of the City's persons most knowledgeable, Chief Spiller, and the above-noted supervisory witness, is required and no adequate substitute can be secured to attend in her absence. After receiving the proposed deposition dates on June 20, 2024, counsel for the Individual Defendants advised that she is unavailable from June 27 through July 15.  From June 27-29th she is attending an out-of-town wedding, and from July 1 through 15 she will be out of the country on vacation. (Levine Decl. ¶ 4.)

7. WHEREAS, on June 21, 2024, counsel for the City advised that he would be out of the country and unavailable from July 20 through August 8 but could obtain coverage for the depositions if necessary. (Levine Decl. ¶ 5.)

8. WHEREAS, on June 21, 2024, Plaintiffs' counsel advised that lead counsel for Plaintiffs is scheduled to be in trial from July 16 until early August, and thus that if the depositions could not occur before the current July 12 deadline, the depositions would need to occur

STIPULATION AND JOINT REQUEST FOR ORDER CONTINUING DEADLINES GOVERNING *MONELL* CLAIMS

the week of August 12, and a continuance would need to be obtained. (Levine Decl. ¶ 6.)

9.  WHEREAS, on June 21, 2024, counsel for all parties agreed that in light of the extensive meet-and-confer process that had occurred regarding the *Monell* depositions, and in light of counsel's calendar conflicts, a modest and reasonable extension of the applicable deadlines governing the *Monell* claims was required for the completion of *Monell* discovery, which is necessary for a proper adjudication of the *Monell* claims. (Levine Decl. ¶ 7.)

10. WHEREAS, counsel for all parties have agreed on the following schedule for the *Monell* depositions, should the Court grant a modest extension of the *Monell* deadlines:

    a.  Chief of Police David Spiller – August 15, 2024, at 10:00 a.m.

    b.  Oscar O'Con (supervisory witness) – August 15, 2024, at 1:30 p.m. (subject to confirmation following subpoena)

    c.  Lieutenant Scott Eberle (30(b)(6) designee) – August 16, 2024, at 10:00 a.m.

    d.  Sergeant Robert Cleland (30(b)(6) designee) – August 16, 2024, at 1:30 p.m.

    (Levine Decl. ¶ 8.)

11. WHEREAS, the parties have diligently pursued necessary *Monell* discovery and have cooperated in good faith to timely schedule all necessary depositions, subject to unavoidable scheduling conflicts. Given this and the necessity of these depositions to the proper adjudication of Plaintiffs' *Monell* claims, the parties are informed and believe that there is good cause for a modest continuance of the scheduling order deadlines governing the *Monell* claims in this case. Given that the depositions cannot be conducted until the week of August 12, 2024, the parties will not be able to complete their expert disclosures by the current July 19, 2024, and August 2, 2024, deadlines, and there will not be adequate time to file and brief a motion for summary judgment on the *Monell* claims in time for the currently scheduled September 19, 2024, hearing. (Levine Decl. ¶ 9.)

12. WHEREAS, no trial date has yet been set in this case, and no other deadlines have yet been set in this case. A modest continuance of these dates and deadlines is unlikely to impact other aspects of this case, given that the Individual Defendants' criminal

proceedings remain pending, and may remain pending for several more months or longer. (Levine Decl. ¶ 10.)

**STIPULATION RE CONTINUANCE OF SCHEDULING ORDER DEADLINES.**

13. Accordingly, in light of the foregoing Good Cause, the parties hereby stipulate and request a modification of the Court's scheduling order and case management deadlines to complete discovery related to the *Monell* claims and to hear the anticipated motion for summary judgment regarding those claims, along the following lines:

| EVENT | CURRENT DEADLINE | REQUESTED DEADLINE |
|---|---|---|
| **Close of Fact Discovery (Monell)** | **07/12/2024** | **08/23/2024** |
| **Designation of Experts (Monell)** | **07/19/2024** | **09/06/2024** |
| **Designation of Rebuttal Experts (Monell)** | **08/02/2024** | **09/20/2024** |
| **Motion for Summary Judgment Hearing (Monell)** | **09/19/2024 at 10:00 AM** | **11/08/2024 at 10:00 AM** |

**IT IS SO STIPULATED**.

/ / /

/ / /

/ / /

/ / /

DATED:  June 26, 2024          By:   /s/ Benjamin S. Levine
                                     Dale K. Galipo (SBN 144074)
                                     dalekgalipo@yahoo.com
                                     Benjamin S. Levine (SBN 342060)
                                     blegine@galipolaw.com
                                     **LAW OFFICES OF DALE K. GALIPO**
                                     Anthony Label (SBN 205920)
                                     a.label@veenfirm.com
                                     Theo Emison (SBN 209183)
                                     t.emison@veenfirm.com
                                     **THE VEEN FIRM LLP**
                                     Attorneys for Plaintiffs

DATED:  June 26, 2024          By:   /s/ Alison Berry Wilkinson
                                     Alison Berry Wilkinson (SBN 135890)
                                     alison@berrywilkinson.com
                                     **BERRY WILKINSON LAW GROUP**
                                     Attorney for Defendants Brandon Nail and Daisy
                                     Mazariegos

DATED:  June 26, 2024          By:   /s/ Dale L. Allen
                                     Dale L. Allen (SBN 145279)
                                     d.allen@aghwlaw.com
                                     **ALLEN, GLAESSNER, HAZELWOOD, AND
                                     WERTH**
                                     Attorney for Defendants City of San Rafael and
                                     San Rafael Police Department

## ATTORNEY ATTESTATION

I hereby attest, pursuant to Local Rule 5-1(i)(3), that I obtained the concurrence in the filing of this document from the signatories indicated by the conformed signature (/s/) of Alison Berry Wilkinson and Dale L. Allen.

                                      /s/ Benjamin S. Levine
                                     BENJAMIN S. LEVINE