ANTHONY L. LABEL (SBN 205920)
THEO J. EMISON (SBN 209183)
**THE VEEN FIRM LLP**
20 Haight Street
San Francisco, CA 94102
Tel.: +1 415 673 4800
Fax: +1 415 771 5845
al.team@veenfirm.com
t.emison@veenfirm.com

**LAW OFFICES OF DALE K. GALIPO**
DALE K. GALIPO (SBN 144074)
dalekgalipo@yahoo.com
BENJAMIN S. LEVINE (SBN 342060)
blevine@galipolaw.com
21800 Burbank Blvd, Suite 310
Woodland Hills, CA 91367
Telephone (818) 347-3333
Facsimile (818) 347-4118

Attorneys for Plaintiffs JULIO JIMENEZ LOPEZ and YESENIA CRUZ CRUZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| JULIO JIMENEZ LOPEZ and YESENIA CRUZ CRUZ,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SAN RAFAEL; SAN RAFAEL POLICE DEPARTMENT; DAISY MAZARIEGOS; BRANDON NAIL; and DOES 1-50, inclusive,<br><br>Defendants. | CASE NO. 3:23-CV-03652<br><br>*Hon. Vince Chhabria*<br><br>**DECLARATION OF BENJAMIN S. LEVINE IN SUPPORT OF STIPULATION AND JOINT REQUEST FOR ORDER CONTINUING DEADLINES GOVERNING *MONELL* CLAIMS**<br><br>*[Stipulation and Proposed Order filed concurrently herewith]* |

**DECLARATION OF BENJAMIN S. LEVINE**

I, Benjamin S. Levine, declare as follows:

1. I am an attorney duly licensed to practice law in the State of California, and the Northern District of California. Pursuant to Local Rule 6-2(a), I make this declaration in support of the stipulation between and joint request by all parties for an order continuing the Court's scheduling order deadlines in this case governing Plaintiffs' *Monell* claims. I have personal knowledge of the facts contained herein and could testify competently thereto if called.

2. I am an attorney at the Law Offices of Dale K. Galipo, based in Southern California, which specializes in plaintiffs' civil rights actions challenging use of excessive force by police. Our office was retained as additional counsel by Plaintiffs in April 2024.

3. Upon our office joining the case as Plaintiffs' counsel, Plaintiffs promptly began pursuing discovery regarding their *Monell* claims. On May 1, 2024, the parties began an extended meet-and-confer process regarding the City's designation of persons most knowledgeable regarding topics relevant to Plaintiffs' *Monell* claims and regarding the scheduling of those persons' depositions, pursuant to Rule 30(b)(6), and also regarding the deposition of a supervisory witness. On May 7, 2024, Plaintiffs propounded requests for production of documents relevant to the *Monell* claims on the City, which counsel for the City advised necessitated extensive research by the City and production of voluminous documents. On June 3, 2024, as part of the ongoing meet-and-confer regarding depositions, Plaintiffs also advised of their intention to depose David Spiller, Chief of Police for the San Rafael Police Department. On June 6, 2024, the City responded to the requests for production and advised that further documents would be produced soon. On June 20, 2024, counsel for the City identified the City's persons most knowledgeable regarding the *Monell* issues and provided those persons' availability in July, prior to the July 12, 2024, close of *Monell* fact discovery. Counsel also provided Chief Spiller's availability and advised that counsel had learned the supervisory witness had transferred to another police department and thus would need to be subpoenaed, complicating the scheduling of that deposition.

4. Counsel for the Individual Defendants has advised that because she is a solo practitioner and is also criminal defense counsel for Defendant Daisy Mazariegos, her personal

appearance at the depositions of the City's persons most knowledgeable, Chief Spiller, and the above-noted supervisory witness, is required and no adequate substitute can be secured to attend in her absence. After receiving the proposed deposition dates on June 20, 2024, counsel for the Individual Defendants advised that she is unavailable from June 27 through July 15. She has advised that from June 27 through 29 she is attending an out-of-town wedding, and from July 1 through 15 she will be out of the country on vacation.

5. On June 21, 2024, counsel for the City advised that he would be out of the country and unavailable from July 20 through August 8 but could obtain coverage for the depositions if necessary.

6. On June 21, 2024, I advised Defendants' counsel that lead counsel for Plaintiffs is scheduled to be in trial from July 16 until early August, and thus that if the depositions could not occur before the current July 12 deadline, the depositions would need to occur the week of August 12, and a continuance would need to be obtained.

7. On June 21, 2024, counsel for all parties agreed that in light of the extensive meet-and-confer process that had occurred regarding the *Monell* depositions, and in light of counsel's calendar conflicts, a modest and reasonable extension of the applicable deadlines governing the *Monell* claims was required for the completion of *Monell* discovery, which is necessary for a proper adjudication of the *Monell* claims.

8. In light of this agreement, counsel for all parties have agreed on the following schedule for the Monell depositions, should the Court grant a modest extension of the Monell deadlines:

    a. Chief of Police David Spiller – August 15, 2024, at 10:00 a.m.
    b. Oscar O'Con (supervisory witness) – August 15, 2024, at 1:30 p.m. (subject to confirmation following subpoena)
    c. Lieutenant Scott Eberle (30(b)(6) designee) – August 16, 2024, at 10:00 a.m.
    d. Sergeant Robert Cleland (30(b)(6) designee) – August 16, 2024, at 1:30 p.m.

9. During the time that my office has been counsel for Plaintiffs, the parties have diligently pursued necessary *Monell* discovery and have cooperated in good faith to timely

1  schedule all necessary depositions, subject to unavoidable scheduling conflicts. Given this and the
2  necessity of these depositions to the proper adjudication of Plaintiffs' *Monell* claims, counsel for
3  Plaintiffs and Defendants have agreed that we believe that there is good cause for a modest
4  continuance of the scheduling order deadlines governing the *Monell* claims in this case. Given that
5  the depositions cannot be conducted until the week of August 12, 2024, the parties will not be able
6  to complete their expert disclosures by the current July 19, 2024, and August 2, 2024, deadlines,
7  and there will not be adequate time to file and brief a motion for summary judgment on the *Monell*
8  claims in time for the currently scheduled September 19, 2024, hearing.

9    10.   No trial date has yet been set in this case, and no other deadlines have yet been set
10 in this case. Accordingly, my understanding is that a modest continuance of these dates and
11 deadlines is unlikely to impact other aspects of this case, given that the Individual Defendants'
12 criminal proceedings remain pending, and may remain pending for several more months or longer.
13 (Local Rule 6-2(a)(3).)

14    11.   To my knowledge, the previous modifications to timing in this case, whether by
15 stipulation or Court order, have been:

16    a. An extension of Defendants' time to respond to Plaintiffs' original Complaint,
17       granted on October 17, 2023. [Dkt. 23.]
18    b. A further extension of Defendants' time to respond to Plaintiffs' original
19       Complaint, granted on November 9, 2023. [Dkt. 28.]
20    c. An extension of the Individual Defendants' time to respond to Plaintiffs' First
21       Amended Complaint, granted on February 16, 2024. [Dkt. 41.]
22    d. A modification of the discovery deadlines and motion for summary judgment
23       hearing date regarding Plaintiffs' *Monell* claims, granted on February 21, 2024.
24       [Dkt. 42.]
25 (Local Rule 6-2(a)(2).)

27 / / /

1  Respectfully submitted,

3  DATED: June 26, 2024                By:    /s/ Benjamin S. Levine
                                              Benjamin S. Levine (SBN 342060)
                                              blegine@galipolaw.com
                                              **LAW OFFICES OF DALE K. GALIPO**
                                              Attorney for Plaintiffs