UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| JULIO JIMENEZ LOPEZ and YESENIA CRUZ CRUZ,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>CITY OF SAN RAFAEL; SAN RAFAEL POLICE DEPARTMENT; DAISY MAZARIEGOS; BRANDON NAIL; and DOES 1-50, inclusive,<br><br>　　　　Defendants. | Case No. 3:23-CV-03652<br><br>*Honorable Vince Chhabria*<br><br>**[~~PROPOSED~~] ORDER RE: STIPULATION AND JOINT REQUEST FOR ORDER CONTINUING DEADLINES GOVERNING *MONELL* CLAIMS** |

**[~~PROPOSED~~] ORDER**

PURSUANT TO THE STIPULATION OF THE PARTIES, and pursuant to the Court's inherent and statutory authority, including but not limited to the Court's authority under the applicable Federal Rules of Civil Procedure and the United States District Court, Northern District of California Local Rules; after due consideration of all of the relevant pleadings, papers, and records in this action; and upon such other evidence or argument as was presented to the Court; Good Cause appearing therefor,

The Court hereby ORDERS that the operative scheduling order deadlines to complete *Monell*-related discovery and for the Court to hear an anticipated motion for summary judgment regarding Plaintiffs' *Monell* claims [Dkt. 42] are continued as follows:

| EVENT | CURRENT DEADLINE | NEW DEADLINE |
|---|---|---|
| Close of Fact Discovery (Monell) | 07/12/2024 | 08/23/2024 |
| Designation of Experts (Monell) | 07/19/2024 | 09/06/2024 |
| Designation of Rebuttal Experts (Monell) | 08/02/2024 | 09/20/2024 |
| Motion for Summary Judgment Hearing (Monell) | 09/19/2024 at 10:00 AM | **11/07/2024 at 10:00 AM** |

**IT IS SO ORDERED**.

DATED:  June 28, , 2024

_____
HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT JUDGE