Alison Berry Wilkinson (SBN 135890)
Berry | Wilkinson | Law Group
165 North Redwood Drive, Suite 206
San Rafael, California
Telephone:   (415) 259.6638
Facsimile:    (877) 259.3762
Email: alison@berrywilkinson.com

Attorneys for Defendants
DAISY MAZARIEGOS and BRANDON NAIL

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO JIMENEZ LOPEZ and YESENIA CRUZ CRUZ,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>CITY OF SAN RAFAEL, SAN RAFAEL POLICE DEPARTMENT, DAISY MAZARIEGOS, BRANDON NAIL, and DOES 1-50, inclusive<br><br>　　　　　　Defendants. | Case No. 3:23-cv-03652-VC<br><br>STATUS REPORT BY DEFENDANTS MAZARIEGOS and NAIL CONCERNING PENDING CRIMINAL PROCEEDINGS<br><br>Hon. Vincent Chhabria<br><br>Courtroom:　San Francisco Courthouse<br>　　　　　　Courtroom 4 – 17th Floor<br>　　　　　　450 Golden Gate Avenue<br>　　　　　　San Francisco, CA 94102<br>Trial Date:　Not yet set |

　　　　On or around October 27, 2023 (see, ECF 25), this Court issued a discovery stay due to the criminal proceedings pending against Defendants MAZARIEGOS and NAIL in Marin County Superior Court, which alleged violations of California Penal Code section 149 (assault under color of authority) and section 118.1 (false police report) arising out of the same incident that is the subject of this federal civil rights lawsuit.  See, *People v. Brandon Nail and Daisy Mazariegos,* Marin County Superior Court Case Nos. CR0000077A-B.

　　　　In keeping with this Court's request to be kept apprised of the criminal proceedings, Defendants MAZARIEGOS and NAIL hereby submit this status report.

1

A.      **Status of Criminal Proceedings Against Defendant MAZARIEGOS**

On April 8, 2024, pursuant to California Penal Code section 995, Defendant MAZARIEGOS filed a motion to dismiss the sole criminal charge filed against her: an alleged violation of California Penal Code section 149 with an enhancement for inflicting great bodily injury within the meaning of California Penal Code section 12022.7(a).

On August 14, 2024, the Honorable Kevin Murphy of the Marin County Superior Court granted Defendant MAZARIEGOS' motion to dismiss finding that she did not use excessive force against Plaintiff JULIO JIMENEZ LOPEZ on July 27, 2022. A copy of the minute order is attached hereto as Exhibit A. Attached hereto as Exhibit B is a screenshot of the Marin County Superior Court electronic register for the case of *People v. Mazariegos* reflecting that the criminal case is now closed as a result of the dismissal.

B.      **Status of Criminal Proceedings Against Defendant NAIL**

Defendant NAIL has been criminally charged with felony assault by a public officer in violation of California Penal Code section 149 with an enhancement for inflicting great bodily injury within the meaning of California Penal Code section 12022.7(a). He has also been charged with filing a false police report in violation of California Penal Code section 118.1.

On April 8, 20204, Defendant NAIL filed a motion to dismiss the criminal charges pursuant to California Penal Code section 995. That motion was denied on August 14, 2024. (See, Minute Order attached as Exhibit A).

Also heard on August 14, 2024 was a motion in limine filed by the prosecution related to the admissibility of "use of force" expert witness testimony. (See, Exhibit A.) During the hearing, the Court requested further briefing, set a schedule for those submissions, and continued the hearing on the prosecution's motion to October 24, 2024 at 1:30 p.m. in light of the Court's vacation schedule.

No trial date for the pending prosecution of Defendant NAIL has yet been set.

//
//
//

2

STATUS REPORT CONCERNING PENDING CRIMINAL PROSECUTIONS
*Lopez v. City of San Rafael, et al., USDC Case No. 3:23-cv-03652-VC*

| | |
|---|---|
| Dated: August 15, 2024 | Respectfully submitted,<br><br>Berry \| Wilkinson \| Law Group<br><br>By   /s/ *Alison Berry Wilkinson*<br>ALISON BERRY WILKINSON<br>Attorneys for Defendants MAZARIEGOS and NAIL |

3

STATUS REPORT CONCERNING PENDING CRIMINAL PROSECUTIONS
*Lopez v. City of San Rafael, et al., USDC Case No. 3:23-cv-03652-VC*