EXHIBIT B

| Case Number | Case Name | Filing Date | Location | Case Type | Category | Next Event | Previous Event | Status |
|---|---|---|---|---|---|---|---|---|
| CR0000077B | People vs. DAISY MAZARIEGOS | 07/27/2022 | Criminal/Traffic | Felony | Felony: Other | | 08/14/2024 Motion | Closed Dismissal 08/14/2024 |

