**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**PRE-SETTLEMENT TELEPHONIC CONFERENCE MINUTES**

| **Date:** 9/26/2024 | **Time:** 2:15pm – 2:54pm | **Judge:** Kandis A. Westmore |
|---|---|---|
| **Case No.:** 23-cv-03652-VC (KAW) | **Case Name:** Lopez v. City of San Rafael | |

**For Plaintiffs:**
Anthony Label, Theo Emison, Benjamin Levine, and Dale Galipo

**For Defendant City of San Rafael and San Rafael Police Department:**
Dale Allen Jr

**For Defendant Daisy Mazariegos and Brandon Nail:**
Alison Wilkinson

**Deputy Clerk:** William F. Tabunut          **Not Reported.**

**PROCEEDINGS**

Pre-settlement telephonic conference held. A settlement conference is set for 1/24/2025 via Zoom at 1:00pm. Updated confidential settlement conference statements are due on 1/14/2025. The parties are directed to review and comply with the Court's Settlement Conference Standing Order, available at: https://www.cand.uscourts.gov/judges/westmore-kandis-a-kaw/