DALE L. ALLEN. JR., State Bar No. 145279
ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, CA 94104
Telephone:    (415) 697-2000
Facsimile:    (415) 813-2045

Attorneys for Defendants
CITY OF SAN RAFAEL and SAN RAFAEL
POLICE DEPARTMENT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JULIO JIMENEZ LOPEZ and YESENIA CRUZ CRUZ,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SAN RAFAEL; SAN RAFAEL POLICE DEPARTMENT; DAISY MAZARIEGOS; BRANDON NAIL; and DOES 1-50, inclusive<br>Defendants. | Case No. 3:23-cv-03652-VC<br><br>**STIPULATION AND JOINT REQUEST FOR ORDER EXTENDING DATE FOR HEARING OF MOTION FOR SUMMARY JUDGEMENT ON MONELL ALLEGATIONS FROM NOVEMBER 7, 2024 TO DECEMBER 12, 2024**<br><br>Hon. Vince Chhabria |

**TO THE COURT:**

It is hereby stipulated between the Parties for the purpose of jointly requesting the Court enter an order pursuant to F.R.C.P. 16 (b)(4) and any applicable Orders of the Court, a request to modify the existing scheduling order in this case, as follows:

**GOOD CAUSE STATEMENT**

1.     On June 26, 2024, this court ruled on a joint request of the parties to extend the deadlines governing Monell claims at Dkt. 59. The date for the hearing on a motion for Summary Judgement on the Monell claims was set for November 7, 2024.

2.     The order set new deadlines for completion of Monell discovery, and set September 6, 2024 for disclosure of experts and set September 20, 2024 for rebuttal experts.

3. Plaintiff disclosed their expert, Roger Clark on September 6, 2024.

4. Defendant City of San Rafael disclosed their rebuttal expert, Tom Chaplin on September 20, 2024.

5. Defendant City of San Rafael and Plaintiffs engaged in meet and confers pursuant to F.R.C.P. 30 (b)(1) to try and set the depositions of the opposing experts. Due to conflicts in schedules of the experts and lead attorneys for the parties in the matter, the depositions could not be set before October 3, 2024, the last date the City of San Rafeal can file an opening brief on a motion for summary judgment of the Monell claims.

6, The earliest the parties and Mr. Clark can schedule Mr. Clark's deposition is October 7, 2024. This date has a hold on it for his deposition.

7.  The earliest the parties and Mr. Chaplin can schedule Mr. Chaplin's deposition is October 14, 2024. This date has a hold on it for his deposition.

8. The parties have been diligent in concluding all other necessary discovery but for the ability to take the experts depositions. The scheduling difficulties was not foreseen when agreeing to the November 7 hearing date and resulting short window to prepare and file the motion for summary judgement after rebuttal expert disclosures. The parties respectfully ask this court to continue the date of the hearing on the summary judgement to Thursday, December 12th. This will allow the parties to complete expert depositions, obtain the transcripts and use the testimony as necessary to place a full record before this court.

9. The resetting of the hearing date on the motion for summary judgement of the Monell claim does not impact the ongoing discovery of the claims against the other defendants and a trial date has not yet been set.

Dated: September 26, 2024

ALLEN, GLAESSNER,
HAZELWOOD & WERTH, LLP

By: */s/ Dale L. Allen*
DALE L. ALLEN, JR.
Attorneys for Defendants
CITY OF SAN RAFAEL and SAN RAFAEL POLICE DEPARTMENT

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: September 26, 2024 | BERRY WILKINSON LAW GROUP |
| 3 | | |
| 4 | | By: */s/ Alison Berry Wilkinson*<br>ALISON BERRY WILKINSON |
| 5 | | Attorney for Defendants<br>BRANDON NAIL and DAISY<br>MAZARIEGOS |
| 6 | | |
| 7 | Dated: September 26, 2024 | LAW OFFICES OF DALE K. GALIPO<br>AND THE VEEN FIRM, LLP |
| 8 | | |
| 9 | | By: */s/ Dale. K. Galipo*<br>DALE K. GALIPO |
| 10 | | BENJAMIN S. LEVINE<br>ANTHONY LABEL |
| 11 | | THEO EMISON<br>Attorneys for Plaintiffs |

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104