DALE L. ALLEN. JR., State Bar No. 145279
ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, CA 94104
Telephone:    (415) 697-2000
Facsimile:    (415) 813-2045

Attorneys for Defendants
CITY OF SAN RAFAEL and SAN RAFAEL
POLICE DEPARTMENT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JULIO JIMENEZ LOPEZ and YESENIA CRUZ CRUZ,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SAN RAFAEL; SAN RAFAEL POLICE DEPARTMENT; DAISY MAZARIEGOS; BRANDON NAIL; and DOES 1-50, inclusive<br>Defendants. | Case No. 3:23-cv-03652-VC<br><br>**[PROPOSED] ORDER RE: STIPULATION AND JOINT REQUEST FOR ORDER EXTENDING DATE FOR HEARING OF MOTION FOR SUMMARY JUDGEMENT ON MONELL ALLEGATIONS FROM NOVEMBER 7, 2024 TO DECEMBER 12, 2024**<br><br>Hon. Vince Chhabria |

Good cause being found and no prejudice to the parties or the trial schedule, it is ordered the hearing on the motion for summary judgment of the Monell allegations is continued to Thursday, December 12, 2024 at 10:00 a.m.

IT IS SO ORDERED.

Dated: _____

_____
HON. VINCE CHHABRIA
UNITED STATES DISTRICT JUDGE

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

687513.1

1

STIP TO EXTEND TIME – PROP ORDER
CASE # 3:23-CV-03652-VC