DALE L. ALLEN. JR., State Bar No. 145279
ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, CA  94104
Telephone:       (415) 697-2000
Facsimile:       (415) 813-2045

Attorneys for Defendants
CITY OF SAN RAFAEL and SAN RAFAEL
POLICE DEPARTMENT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

JULIO JIMENEZ LOPEZ and YESENIA
CRUZ CRUZ,

                    Plaintiffs,

      v.

CITY OF SAN RAFAEL; SAN RAFAEL
POLICE DEPARTMENT; DAISY
MAZARIEGOS; BRANDON NAIL; and
DOES 1-50, inclusive
                    Defendants.

Case No. 3:23-cv-03652-VC

[~~PROPOSED~~] ORDER RE: STIPULATION
AND JOINT REQUEST FOR ORDER
EXTENDING DATE FOR HEARING OF
MOTION FOR SUMMARY JUDGEMENT ON
MONELL ALLEGATIONS FROM
NOVEMBER 7, 2024 TO DECEMBER 12, 2024

Hon. Vince Chhabria

687513.1

1    Good cause being found and no prejudice to the parties or the trial schedule, it is ordered

2  the hearing on the motion for summary judgment of the Monell allegations is continued to

3  Thursday, December 12, 2024 at 10:00 a.m.

4    IT IS SO ORDERED.

5

6  Dated: <u>October 1, 2024</u>

7                                    HON. VINCE CHHABRIA
                                     UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

1

STIP TO EXTEND TIME – PROP ORDER
CASE # 3:23-CV-03652-VC

687513.1