ANTHONY L. LABEL (SBN 205920)
THEO J. EMISON (SBN 209183)
**THE VEEN FIRM LLP**
20 Haight Street
San Francisco, CA 94102
Tel.: +1 415 673 4800
Fax: +1 415 771 5845
al.team@veenfirm.com
t.emison@veenfirm.com

**LAW OFFICES OF DALE K. GALIPO**
DALE K. GALIPO (SBN 144074)
dalekgalipo@yahoo.com
BENJAMIN S. LEVINE (SBN 342060)
blevine@galipolaw.com
21800 Burbank Blvd, Suite 310
Woodland Hills, CA 91367
Telephone (818) 347-3333
Facsimile (818) 347-4118

Attorneys for Plaintiffs JULIO JIMENEZ LOPEZ and YESENIA CRUZ CRUZ

DALE L. ALLEN (SBN 145279)
**ALLEN, GLAESSNER, HAZELWOOD, AND WERTH**
180 Montgomery Street, Ste 1200
San Francisco, CA 94104
d.allen@aghwlaw.com

Attorney for Defendants CITY OF SAN RAFAEL and SAN RAFAEL POLICE DEPARTMENT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| JULIO JIMENEZ LOPEZ and YESENIA CRUZ CRUZ,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SAN RAFAEL; SAN RAFAEL POLICE DEPARTMENT; DAISY MAZARIEGOS; BRANDON NAIL; and DOES 1-50, inclusive,<br><br>Defendants. | CASE NO. 3:23-CV-03652<br><br>*Hon. Vince Chhabria*<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL OF CERTAIN *MONELL* CLAIMS**<br><br>*[Proposed Order filed concurrently herewith]* |

**TO THE HONORABLE COURT:**

IT IS HEREBY STIPULATED BY AND BETWEEN Plaintiffs, Julio Jimenez Lopez and Yesenia Cruz Cruz (collectively, "Plaintiffs"), and Defendants City of San Rafael and San Rafael Police Department (collectively, "City"), for the purpose of voluntarily dismissing certain of Plaintiffs'

*Monell* claims alleged against City from the operative complaint [Dkt. 36], as follows:

1. Plaintiffs stipulate to dismiss part of their third cause of action alleging municipal liability based on an unconstitutional custom, practice, or policy, to the limited extent that such cause of action challenges as unlawful any written policy of the City of San Rafael or the San Rafael Police Department, or alleges any written policy was the moving force behind the violations of Plaintiffs' rights elsewhere alleged. Plaintiffs maintain their third cause of action in all other respects and do not stipulate to dismissal of any other aspect thereof; and

2. Plaintiffs stipulate to dismiss their fourth cause of action, alleging municipal liability based on failure to properly screen and hire, in its entirety.

**IT IS SO STIPULATED**.

/ / /

/ / /

/ / /

/ / /

DATED: November 7, 2024          By:  /s/ Dale K. Galipo
                                     Dale K. Galipo (SBN 144074)
                                     *dalekgalipo@yahoo.com*
                                     Benjamin S. Levine (SBN 342060)
                                     *blegine@galipolaw.com*
                                     **LAW OFFICES OF DALE K. GALIPO**
                                     Anthony Label (SBN 205920)
                                     *a.label@veenfirm.com*
                                     Theo Emison (SBN 209183)
                                     *t.emison@veenfirm.com*
                                     **THE VEEN FIRM LLP**
                                     Attorneys for Plaintiffs

DATED: November 7, 2024          By:  /s/ Dale L. Allen
                                     Dale L. Allen (SBN 145279)
                                     *d.allen@aghwlaw.com*
                                     **ALLEN, GLAESSNER, HAZELWOOD, AND WERTH**
                                     Attorney for Defendants City of San Rafael and San Rafael Police Department

**ATTORNEY ATTESTATION**

I hereby attest, pursuant to Local Rule 5-1(i)(3), that all other signatories concur in the filing of this document, as indicated by the conformed signature (/s/) of Dale L. Allen.

 /s/ Dale K. Galipo
Dale K. Galipo