UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| JULIO JIMENEZ LOPEZ and YESENIA CRUZ CRUZ,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>CITY OF SAN RAFAEL; SAN RAFAEL POLICE DEPARTMENT; DAISY MAZARIEGOS; BRANDON NAIL; and DOES 1-50, inclusive,<br><br>　　　　Defendants. | Case No. 3:23-CV-03652<br><br>*Honorable Vince Chhabria*<br><br>**[PROPOSED] ORDER RE: STIPULATION FOR VOLUNTARY DISMISSAL OF CERTAIN *MONELL* CLAIMS** |

### **[PROPOSED] ORDER**

PURSUANT TO THE STIPULATION OF THE PARTIES, and pursuant to the Court's inherent and statutory authority, including but not limited to the Court's authority under the applicable Federal Rules of Civil Procedure and the United States District Court, Northern District of California Local Rules; after due consideration of all of the relevant pleadings, papers, and records in this action; and upon such other evidence or argument as was presented to the Court,

The Court hereby ORDERS that the following claims alleged in Plaintiffs' operative complaint be, and hereby are, dismissed:

1. Plaintiffs' third cause of action, alleging municipal liability based on an unconstitutional custom, practice, or policy, in part, to the limited extent that such cause of action challenges as unlawful any written policy of the City of San Rafael or the San Rafael Police Department, or alleges any written policy was the moving force behind the violations of Plaintiffs' rights elsewhere alleged. Plaintiffs maintain their third cause of action in all other respects.

2. Plaintiffs' fourth cause of action, alleging municipal liability based on a failure to properly screen and hire, in its entirety.

**IT IS SO ORDERED**.

DATED: _____, 2024

_____
HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT JUDGE