ANTHONY L. LABEL (SBN 205920)
THEO J. EMISON (SBN 209183)
**THE VEEN FIRM LLP**
20 Haight Street
San Francisco, CA  94102
Tel.: +1 415 673 4800
Fax: +1 415 771 5845
al.team@veenfirm.com
t.emison@veenfirm.com

**LAW OFFICES OF DALE K. GALIPO**
DALE K. GALIPO (SBN 144074)
dalekgalipo@yahoo.com
BENJAMIN S. LEVINE (SBN 342060)
blevine@galipolaw.com
21800 Burbank Blvd, Suite 310
Woodland Hills, CA 91367
Telephone (818) 347-3333
Facsimile (818) 347-4118

Attorneys for Plaintiffs JULIO JIMENEZ
LOPEZ and YESENIA CRUZ CRUZ

DALE L. ALLEN (SBN 145279)
**ALLEN, GLAESSNER, HAZELWOOD,
AND WERTH**
180 Montgomery Street, Ste 1200
San Francisco, CA 94104
d.allen@aghwlaw.com

Attorney for Defendants CITY OF SAN
RAFAEL and SAN RAFAEL POLICE
DEPARTMENT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| JULIO JIMENEZ LOPEZ and YESENIA CRUZ CRUZ,<br><br>        Plaintiffs,<br><br>        v.<br><br>CITY OF SAN RAFAEL; SAN RAFAEL POLICE DEPARTMENT; DAISY MAZARIEGOS; BRANDON NAIL; and DOES 1-50, inclusive,<br><br>        Defendants. | CASE NO. 3:23-CV-03652<br><br>*Hon. Vince Chhabria*<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL OF CERTAIN *MONELL* CLAIMS**<br><br>*[Proposed Order filed concurrently herewith]* |

**<u>TO THE HONORABLE COURT:</u>**

IT IS HEREBY STIPULATED BY AND BETWEEN Plaintiffs, Julio Jimenez Lopez and Yesenia

Cruz Cruz (collectively, "Plaintiffs"), and Defendants City of San Rafael and San Rafael Police

Department (collectively, "City"), for the purpose of voluntarily dismissing certain of Plaintiffs'

*Monell* claims alleged against City from the operative complaint [Dkt. 36], as follows:

1.  Plaintiffs stipulate to dismiss part of their third cause of action alleging municipal liability based on an unconstitutional custom, practice, or policy, to the limited extent that such cause of action challenges as unlawful any written policy of the City of San Rafael or the San Rafael Police Department, or alleges any written policy was the moving force behind the violations of Plaintiffs' rights elsewhere alleged. Plaintiffs maintain their third cause of action in all other respects and do not stipulate to dismissal of any other aspect thereof; and

2.  Plaintiffs stipulate to dismiss their fourth cause of action, alleging municipal liability based on failure to properly screen and hire, in its entirety.

**IT IS SO STIPULATED**.

/ / /

/ / /

/ / /

/ / /

STIPULATION FOR VOLUNTARY DISMISSAL OF CERTAIN *MONELL* CLAIMS

DATED:  November 7, 2024         By:   /s/ Dale K. Galipo
                                       Dale K. Galipo (SBN 144074)
                                       *dalekgalipo@yahoo.com*
                                       Benjamin S. Levine (SBN 342060)
                                       *blegine@galipolaw.com*
                                       **LAW OFFICES OF DALE K. GALIPO**
                                       Anthony Label (SBN 205920)
                                       *a.label@veenfirm.com*
                                       Theo Emison (SBN 209183)
                                       *t.emison@veenfirm.com*
                                       **THE VEEN FIRM LLP**
                                       Attorneys for Plaintiffs


DATED:  November 7, 2024         By:   /s/ Dale L. Allen
                                       Dale L. Allen (SBN 145279)
                                       *d.allen@aghwlaw.com*
                                       **ALLEN, GLAESSNER, HAZELWOOD, AND
                                       WERTH**
                                       Attorney for Defendants City of San Rafael and
                                       San Rafael Police Department

### ATTORNEY ATTESTATION

I hereby attest, pursuant to Local Rule 5-1(i)(3), that all other signatories concur in the

filing of this document, as indicated by the conformed signature (/s/) of Dale L. Allen.


                                        /s/ Dale K. Galipo
                                           Dale K. Galipo