DALE L. ALLEN. JR., State Bar No. 145279
dallen@aghwlaw.com
KEVIN P. ALLEN, State Bar No. 252290
kallen@aghwlaw.com
LEORA R. RAGONES, State Bar No. 215423
lragones@aghwlaw.com
ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, CA  94104
Telephone:	(415) 697-2000
Facsimile:	(415) 813-2045

Attorneys for Defendants
CITY OF SAN RAFAEL and SAN RAFAEL
POLICE DEPARTMENT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JULIO JIMENEZ LOPEZ and YESENIA CRUZ CRUZ,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SAN RAFAEL; SAN RAFAEL POLICE DEPARTMENT; DAISY MAZARIEGOS; BRANDON NAIL; and DOES 1-50, inclusive<br>Defendants. | Case No. 3:23-cv-03652-VC<br><br>**DECLARATION OF DALE L. ALLEN IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY ADJUDICATION AS TO THE THIRD THROUGH SIXTH (*MONELL*) CAUSES OF ACTION**<br><br>Hon. Vince Chhabria<br><br>Date:	December 12, 2024<br>Time:	10:00 a.m.<br>Ctrm:	4, 17th Floor<br><br>Trial:	None Set |

I, Dale L. Allen, declare as follows:

1.	I am an attorney licensed to practice in the State of California. I am a partner at the law firm of Allen, Glaessner, Hazelwood & Werth, LLP, and am counsel of record for defendants CITY OF SAN RAFAEL and SAN RAFAEL POLICE DEPARTMENT ("Defendants") in this matter.  I have personal knowledge of the statements made in this declaration and could competently testify to them if called as a witness.

2.	Attached as Ex. "A" please find a true and correct copy of pertinent portions of the deposition transcript of Roger Clark, taken on October 28, 2024.

3. Attached as Ex. "B" please find a true and correct copy of pertinent portions of the deposition transcript of Scott Eberle, taken on August 14, 2024.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct. Executed on November 7, 2024, at San Francisco, California.

*[Signature]*
DALE L. ALLEN