**EXHIBIT "B"**

JULIO JIMENEZ LOPEZ and YESENIA CRUZ vs CITY OF SAN RAFAEL, ET AL.
Scott Eberle - Vol. 1 on 08/16/2024

```
 1                 UNITED STATES DISTRICT COURT

 2                NORTHERN DISTRICT OF CALIFORNIA

 3

 4   JULIO JIMENEZ LOPEZ and YESENIA   )
     CRUZ,                             )
 5                                     )
              Plaintiffs,              )
 6                                     ) Case No. 3:23-cv-03652-VC
          vs.                          )
 7                                     ) Volume I
     CITY OF SAN RAFAEL; SAN RAFAEL    )
 8   POLICE DEPARTMENT; DAISY          )
     MAZARIEGOS; BRANDON NAIL; and     )
 9   DOES 1-50, inclusive,             )
                                       ) Pages 1 to 97
10            Defendants.              )
     _____)
11

12

13

14

15    REMOTE VIDEOCONFERENCED DEPOSITION OF PMK SAN RAFAEL POLICE

16                     DEPARTMENT, SCOTT EBERLE

17                      San Rafael, California

18                     Friday, August 16, 2024

19

20

21

22   Reported by:
     ELIZABETH BORRELLI, CSR No. 7844, CCRR, CLR
23   JOB NO. 85935

24

25
```

Page 66

```
 1   violations that you've just identified?
 2        A.   I am not.
 3        Q.   Are you aware of any -- of whether any
 4   kind of admonishment or other kind of reprimand of
 5   any kind was issued or imposed on any of those
 6   officers for those policy violations that you've
 7   just identified?
 8        A.   I am not.
 9        Q.   Do you have an estimation of approximately
10   how many occasions you've witnessed that type of
11   circumstance you've just described occur?
12        A.   I don't.
13        Q.   Do you -- are you able to say whether it's
14   more or less than five?
15        A.   It's more or less than five for sure.
16   Either way, I don't know.  I apologize.  I'm sorry.
17        Q.   Okay.  Did you ever report any of those
18   situations to a supervisor given that you testified
19   today that you understand them to constitute a
20   policy violation?
21        A.   I don't recall.
22        Q.   Do you have any idea why you would not
23   have reported those to a supervisor?
24        A.   No.
25        Q.   Do you believe that officers in the San
```

Page 96

1  STATE OF CALIFORNIA    )
                          )  ss.
2  COUNTY OF LOS ANGELES  )

3

4            I, Elizabeth Borrelli, Certified Shorthand

5  Reporter, Certificate No. 7844, for the State of

6  California, hereby certify:

7            I am the deposition officer that

8  stenographically recorded the testimony in the

9  foregoing deposition;

10           Prior to being examined the deponent was

11 first duly sworn by me;

12           The foregoing transcript is a true record

13 of the testimony given;

14           Before completion of the deposition,

15 review of the transcript [ ] was [X] was not

16 requested.  If requested, any changes made by the

17 deponent (and provided to the reporter) during the

18 period allowed are appended hereto.

19

20

21

22

23

24  _____
    ELIZABETH BORRELLI, CSR 7844
25