**EXHIBIT "M"**



# San Rafael Police Department
## Complaint Disposition

*22.18*
*Inq Unfounded 10/7/22*

| **Complaint Information** ||
|---|---|
| Incident Date: 01/30/2022 | Complaint #: |
| Employees Involved: Mitz #649, Mazariegos #639 ||
| Complainant Name: ██████ ||
| Complaint Description: Improper handling of report ||
| **Disposition:** ||
| Classification: Inquiry | Disposition: Unfounded |
| **Summary of Investigation:** ||

On September 6, 2022, a complaint was received through the SRPD online system. I was advised of the complaint by Records/Call Taker Sanchez.

I read the complaint. The complaint states the reporting party, ██████ is concerned about how her case may have been handled by the arresting officer.

Before I could call ██████, I was advised by Records/Call Taker Sanchez of ██████ calling the PD again. ██████ wanted to know what officer had handled her original case. The original case number is SR22-00708. The original charge was 243(e)(1)PC. RIMS lists the case as DX. Sanchez told ██████ the original handling officer is Mitz #649.

Once Sanchez told ██████ the name of the handling officer, ██████ no longer wanted to make a complaint.

I called ██████ via telephone. I recorded the conversation on my Body Worn Camera. I connected the video to case SR22-00708. I confirmed with ██████ she no longer wanted to make a complaint. ██████ said she was concerned the original officer was "Daisy". It should be noted this complaint came in contemporaneously with public disclosure of a use of force complaint against Officer Mazariegos.

At this time no further investigation is necessary. This complaint is unfounded.

| Investigator: Scott Ingels #524 | Date: 09/07/2022 |
|---|---|
| Reviewed By: *Dua Holton* | Date: 9/7/22 |

*Ry L— #485        9/8/22*

# San Rafael Police Department Complaint Form

The purpose of this form is to receive complaints against a member of the San Rafael Police Department. All complaints are reviewed by the Administrative Services Division and...

Hi, Jessica. When you submit this form, the owner will see your name and email address.

* Required

### 1. Date complaint received *

9/6/2022

### 2. Reporting Party name and number *

███████████████████████████

### 3. Please describe your complaint in detail *

> RP is concerned about how her case may have been handled by the arresting officer. RP sts she is hesitant to report anything in fear of retaliation from PD. RP wants to confirm officer did not lie on report.

### 4. Complaint assigned to

CONFIDENTIAL                                              COSR (Lopez) 000357

9/6/22, 11:18 AM                                San Rafael Police Department Complaint Form

- Sgt. Ingels

Submit

This content is created by the owner of the form. The data you submit will be sent to the form owner. Microsoft is not responsible for the privacy or security practices of its customers, including those of this form owner. Never give out your password.

Powered by Microsoft Forms | Privacy and cookies | Terms of use

CONFIDENTIAL                     COSR (Lopez) 000358



# San Rafael Police Department

## Citizen Complaint Form

22-11
I.A.
Exonerated
10/7/22

| Complainant Information (Optional) | |
|---|---|
| Full Name: ▮▮▮▮ | Today's Date: 6/7/22 |
| Address: ▮▮▮▮ | |
| Phone: ▮▮▮▮ | Email: Click here to enter text. |

**Complaint Information**

Incident Date: 5/25/22    Time: 1050 hours
Case/Citation Number: SR22-03587/SR22-03619
Location: Toyota of Marin, 445 Francisco Blvd East, San Rafael
Witness Name: Click here to enter text.    Phone: Click here to enter text.
Employees Involved: Ofc. Daisy Mazariegos / ▮▮▮▮

**Summary of Complaint (Please be as specific and detailed as possible):**

On 6/1/22, Sergeant Scott Ingels received a note from Records indicating ▮▮▮▮ wanted to make a complaint and speak with a Sergeant. On 6/7/22, Sergeant Ingels called him back and he said he would only speak to a Captain about an arrest by an SRPD officer on 5/25/22.

▮▮▮▮ refused to speak to Sergeant Ingels and he did not want to speak to a Lieutenant. Sergeant Ingels recorded the phone call on his BWC.

On 6/9/22 at 0842, Lt. Berringer called and left ▮▮▮▮ a message regarding the complaint.

On 6/13/22, ▮▮▮▮ called and wanted to meet with Lt. Berringer. Lt. Berringer met with ▮▮▮▮ who wanted to file a complaint that he was falsely arrested by ▮▮▮▮ and as a result he lost his job. He said the District Attorney has not filed his case and wants proof that this was a detention only so he can go back to getting working as a Lyft driver.

6/14/22, Lt. Berringer spoke with ▮▮▮▮ to advise him that his case was still under review by the District Attorney, therefore we would not be issuing him a detention only letter pending final review. The review of his allegation of false arrest would continue.

Prepared By: Lt. Todd Berringer    Date: 6/13/22



# San Rafael Police Department
## Complaint Form

### Your Contact Information (Optional)
| | |
|---|---|
| Full Name: [redacted] | Today's Date: 6-7-22 |
| Address: | |
| Phone: [redacted] | Email: |

### Complaint Information

Date/Time of Incident: 5-25-22 / 1050    Case/Citation Number: SR22-03619
Location: 445 FRANCISCO BLVD EAST - TOYOTA OF MARIN
Witness Name:    Phone:
Employees Responsible: UNKNOWN

Summary of Complaint (Please be as specific and detailed as possible):

ON OR ABOUT JUNE 1, I RECEIVED A NOTE FROM PECORAS THAT [redacted] WANTED TO MAKE A COMPLAINT & SPEAK WITH A SGT. I CALLED HIM ON 6-7-22 @ 1020.

[redacted] SAID HE WOULD ONLY SPEAK TO A CAPTAIN AND THAT IT WAS ABOUT HIS ARREST ON 5-25-22

[redacted] REFUSED TO SPEAK WITH ME AND DID NOT WANT TO SPEAK WITH A LIEUTENANT.

MY CONVERSATION WITH [redacted] IS ON MY BWC.

NOTE FROM DISPATCH ATTACHED.

REPORT SR22-03619 ATTACHED.

ON 6/9/22 @ 0842 HOURS, LT BERRINGER LEFT A MESSAGE FOR [redacted]

M/W - [redacted] ON 6/13/22
S/W - [redacted] ON 6/14/22 RE: CERTIFICATE OF DETENTION ONLY

Received By: Todd B #501    Date: 6/8/22    Time: 0800



# San Rafael Police Department
## Complaint Disposition

| Complaint Information |
|---|
| Incident Date: 5/25/22         Complaint #: Click here to enter text. |
| Employees Involved: Ofc. Daisy Mazariegos         / ▮▮▮▮ |
| Complainant Name: ▮▮▮▮ |
| Complaint Description: ▮▮▮▮ alleged that Officer Mazariegos and ▮▮▮▮ actions were unlawful because they falsely arrested him without probable cause for a violation of a served protective order. |
| **Complaint Disposition:** |
| Classification: Informal         |         Disposition: Exonerated |
| **Summary of Investigation:** |
|     On 6/13/22, I met with ▮▮▮▮ regarding his complaint involving Officer Daisy Mazariegos and ▮▮▮▮. During this meeting, ▮▮▮▮ stated he was falsely arrested for a restraining order. In summary, ▮▮▮▮ explained his version of events for why a protective order was sought by a victim in Central Marin's jurisdiction. Prior to this interview I had not reviewed Central Marin's Police Report or details of the restraining order. ▮▮▮▮ indicated that he did not know the victim was at the address in San Rafael where he was subsequently arrested because it was not listed on the restraining order. He explained that the employee who he was restrained from contacting was associated with Polestar in Corte Madera. He indicated he was arrested at a Toyota dealership, which was not listed by address in the restraining order. As we discussed the case further, it came to light that when he was served with the protective order he was at the Toyota dealership in San Rafael and was advised to leave the dealership on 5/24/22. On 5/25/22, ▮▮▮▮ returned to the dealership and was subsequently arrested for violating the terms of the restraining order. ▮▮▮▮ was frustrated not only with his arrest but also because he lost his job at Lyft as a result of being arrested. He said that the Marin County District Attorney did not prosecute so he was looking for proof of documentation that the arrest was a detention only. I told him I would look into both issues and get back to him.<br>    The following day I spoke with the Marin County District Attorney's Office and Antonette Bullock who is responsible for sending out the detention certificate letters. At that time, the Marin County District Attorney had not sent confirmation to San Rafael PD that they would not file criminal charges based on the restraining order violation, therefore, Antonette Bullock had not sent a |

letter to ▓▓▓ I called ▓▓▓ to advise him that he would have to wait for the letter to arrive in the mail. On 9/7/22, Antonette Bullock sent ▓▓▓ the detention certificate (see attached letter for details).

I then looked into ▓▓▓ allegation of a false arrest. I reviewed all of the police reports associated with this incident to include the following; the investigation and issuance of the protective order on 5/21/22 by Central Marin Police (PA22-00843), the service of the protective order by Officer Mazariegos on 5/24/22 (SR22-03587), and the subsequent arrest for the protective order violation by ▓▓▓ on 5/25/22 (SR22-03588). After the issuance of the protective order on 5/22/22 by the Honorable Judge Mark Talamantes, Officer Mazariegos properly executed the service of the protective order on 5/24/22. ▓▓▓ was instructed on 5/24/22 not to return to the dealership where the protected party worked. However, on 5/25/22, ▓▓▓ returned to the dealership in violation of the order and was subsequently arrested. During my previous interview with ▓▓▓, he tried to justify returning to the dealership to pick up his car instead of calling and asking for a civil standby. ▓▓▓ was also frustrated that his car was vandalized when it was left unattended on 5/24/22. Officer Mazariegos investigated the vandalism but was unable to identify any investigative leads.

Based on my review of the facts as outlined in the police reports, I believe Officer Mazariegos and ▓▓▓ had probable cause to arrest ▓▓▓ and acted within the law and policy. Therefore, my finding for this allegation is exonerated.

Investigator: Lt. Todd Berringer   Date: 9/20/22
Reviewed By: _Ry L— #485_   Date: 9/29/22



CONFIDENTIAL                COSR (Lopez) 000363

## DETENTION CERTIFICATE

San Rafael Police Department Report Number

As required by the provisions of Penal Code Sections 849, 849.5 & 851.6, I hereby certify that the taking into custody of:

**Subject's Name:** ▮▮▮▮▮▮▮▮ on **Date:** 5/25/2022  **Case:** SR22-03619  **Charge:** 273.6a PC

by the San Rafael Police Department was a detention only, not an arrest.

---

Officer's Signature: *Antonette Bullock*   ID#: #511    Date: 9/7/2022

---

**Penal Code Section 849 provides, in part:**

(a) When an arrest is made without a warrant by a peace officer or private person, the person arrest, if not otherwise release, shall, without unnecessary delay, be taken before the nearest or most accessible magistrate in the county in which the offense if tri-able, and a complaint stating the charge against the arrested person shall be laid before such magistrate.

(b) Any peace officer may release from custody, instead of taking such person before a magistrate, any person arrested without a warrant whenever:

  (1) He or she is satisfied that there insufficient grounds for making a criminal complaint against the person arrested.

  * * * * *

  (3) The person was arrested only for being under the influence of a controlled substance or drug and such person is delivered to a facility or hospital for treatment and no further proceedings are desirable.

(c) Any record of arrest of a person released pursuant to paragraphs (1) and (3) of subdivision (b) shall include a record of release. Thereafter, such arrest shall not be deemed an arrest, but a detention only.

**Penal Code Section 849.5 provides:**

In any case in which a person is arrested and released and no accusatory pleading is filed charging him with an offense, any record of arrest of the person shall include a record of release. Thereafter, the arrest shall not be deemed an arrest, but a detention only.

**Penal Code Section 851.6 provides, in part:**

(a) In any case in which a person is arrested and released pursuant to paragraph (1) or (3) of subdivision of Section 849, the person shall be issued a certificate, signed by the releasing officer or his superior officer, describing the action as a detention.

(b) In any case in which a person is arrested and released and no accusatory pleading is filed charging him with an offense, the person shall be issued a certificate by the law enforcement agency which arrested him describing the action as a detention.

**CONFIDENTIAL**                                    COSR (Lopez) 000364



Copy

# SAN RAFAEL POLICE DEPARTMENT

David C. Spiller, Police Chief

1375 Fifth Ave. San Rafael, CA 94901

VOICE (415) 485-3000    www.srpd.org    FAX (415) 485-3043

September 29, 2022



Dear ▮

I am writing you in response to the complaint you filed on June 7, 2022. The complaint involved an allegation of misconduct involving Officer Daisy Mazariegos and ▮

In your complaint you allege that Officer Mazariegos and ▮ actions were unlawful because they falsely arrested you on May 25, 2022. You allege that ▮ and Officer Mazariegos lacked probable cause to arrest you for a violation of the restraining order.

In the wake of the informal Administrative Investigation that was conducted by Lieutenant Berringer, the following findings were determined for the allegations as stated:

- <u>Allegation #1:</u> Policy 101.3.3 Arrest Authority Inside The Jurisdiction of the San Rafael Police Department - *"The arrest authority within the jurisdiction of the San Rafael Police Department includes (Penal Code 830.1; Penal Code 836): (b) When the officer has probable cause to believe the person has committed a misdemeanor in this jurisdiction and in the presence of the officer."*

    *The finding for this allegation is:* "Exonerated"

A classification or finding of "Exonerated" means the investigation discloses that the alleged act occurred but that the act was justified, lawful and/or proper.

As required in California Penal Code Section 832.7, details of the investigation, other than a copy of your initial complaint, or any discipline imposed as a result of any investigation, are confidential personnel matters and, therefore, cannot be shared.

We appreciate you taking the time to inform us of your perceptions and concerns, such matters are very important to this organization, and we care very much about how we are perceived by the public. We also take note of all complaints and use them to identify any patterns of behavior or conduct that needs correcting.

If you have any questions regarding the investigation or subsequent findings, please feel free to contact Lieutenant Todd Berringer at (415) 485-3471.



# SAN RAFAEL POLICE DEPARTMENT

David C. Spiller, Police Chief

1375 Fifth Ave. San Rafael, CA 94901

VOICE (415) 485-3000    www.srpd.org    FAX (415) 485-3043

Sincerely,

David C. Spiller, Police Chief

**CONFIDENTIAL**　　　　　　　　　　　**COSR (Lopez) 000366**