# EXHIBIT "N"

1  DALE L. ALLEN. JR., State Bar No. 145279
   dallen@aghwlaw.com
2  KEVIN P. ALLEN, State Bar No. 252290
   kallen@aghwlaw.com
3  LEORA R. RAGONES, State Bar No. 215423
   lragones@aghwlaw.com
4  ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
   180 Montgomery Street, Suite 1200
5  San Francisco, CA  94104
   Telephone:      (415) 697-2000
6  Facsimile:      (415) 813-2045

7  Attorneys for Defendants
   CITY OF SAN RAFAEL and SAN RAFAEL
8  POLICE DEPARTMENT

9                      UNITED STATES DISTRICT COURT

10                    NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12

13  JULIO JIMENEZ LOPEZ and YESENIA          Case No. 3:23-cv-03652-VC
    CRUZ CRUZ,
14                                           NOTICE OF MANUAL FILING/LODGING IN
                   Plaintiffs,               SUPPORT OF DEFENDANTS' MOTION FOR
15                                           SUMMARY JUDGEMENT, OR IN THE
          v.                                 ALTERNATIVE, SUMMARY
16                                           ADJUDICATION
    CITY OF SAN RAFAEL; SAN RAFAEL
17  POLICE DEPARTMENT; DAISY                 Hon. Vince Chhabria
    MAZARIEGOS; BRANDON NAIL; and
18  DOES 1-50, inclusive                     Date:      December 12, 2024
                   Defendants.               Time:      10:00 a.m.
19                                           Ctrm:      4, 17th Floor

20                                           Trial:     None Set

21          PLEASE TAKE NOTICE THAT the following are filed concurrently with this notice, this

22  ECF is in physical form only, and in place of those exhibit letters in their respective declaration:

23          1.      Exhibit "N" to the Declaration of Scott Eberle.

24          Plaintiffs are already in possession of the contents of this filing. For information on

25  retrieving the filing directly from the Court, please see the court's webpage at

26  www.cand.uscourts.gov.

27          The filing was not e-filed for the following reasons:

28          The files are non-graphical/text; it is a digital audio and/or video filed of the incident

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

                                           1                    MSJ – NTC OF MANUAL FILING
                                                               CASE # 3:23-CV-03652-VC

1   copied to a flash drive.

2                                            Respectfully submitted,

3   Dated:  November 7, 2024                 ALLEN, GLAESSNER,
                                             HAZELWOOD & WERTH, LLP

4

5                                            By:  ___/s/ Dale L. Allen, Jr._____
                                                   DALE L. ALLEN, JR.
6                                                  Attorneys for Defendants
                                                   CITY OF SAN RAFAEL and SAN RAFAEL
7                                                  POLICE DEPARTMENT

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

MSJ – NTC OF MANUAL FILING
CASE # 3:23-CV-03652-VC

695516.1