**EXHIBIT "O"**

# San Rafael Police Department – Use of Force Analysis Form
### (DO NOT ATTACH TO ORIGINAL REPORT)

## Incident Information

| | |
|---|---|
| Case #: SR22-05221 | Date: 07/27/2022<br>Time: 1853 |
| Supervisor: Cpl. O'con | Policy 300 Followed: Yes ☒   Needs Review ☐ |
| Location: Windward Way | Charges: 69(a) PC, 243(b) PC, 148(a)(1) PC, 647(f) PC, and 25620(a) BP |
| Suspect Name: Julio Jimenez Lopez | DOB: 12/20/1985 |

## Use of Force Information

| Primary Officer(s) Using Force:<br>1. Ofc. Nail #641<br>2. Ofc. Mazariegos #639<br>3.<br>4. | Other Involved Officer(s): (ID # Only)<br>1.<br>2.<br>3.<br>4. |
|---|---|

Supervisor on Scene: Yes ☐ No ☒   Visited Scene: Yes ☒ No ☐   Reviewed BWC: Yes ☒ No ☐

Suspect Statement Obtained: Yes ☒ No ☐   Statement Recorded: Yes ☒ No ☐

Reason for Initial Contact: Felony ☐   Misdemeanor ☐   Infraction ☒   Wanted/BOL ☐   Other ☐:

Allied Agencies Involved: None ☒   CHP ☐   MCSO ☐   CMPA ☐   NPD ☐   Other ☐:

Notifications: Lieutenant ☐   Captain ☐   Chief of Police ☐   Peer Support ☐   Chaplain ☐   Other:

### Forced Used by Officer(s)

☒ Hands/Feet    ☐ Baton         ☐ CEW
☐ Less Lethal   ☐ Chem. Agent   ☐ Canine
☐ Carotid       ☐ Vehicle       ☐ Other:

### Forced Used Which Gain Compliance

☒ Hands/Feet    ☐ Baton         ☐ CEW
☐ Less Lethal   ☐ Chem. Agent   ☐ Canine
☐ Carotid       ☐ Vehicle       ☐ Other:

### Suspect Actions

☐ Cooperative          ☒ Uncooperative
☐ Non-Responsive       ☐ Passive Resistance
☒ Active Resistance    ☐ Life Threatening Assault

### Other Factors

☒ Alcohol    ☐ 5150
☐ Drugs      ☐ Other:

### Injuries

☐ None
☒ Officer(s) Injured     ☐ Photographs
☒ Suspect Injured        ☐ Medical Required
                         ☒ Medical Required

### Review Recommended

☒ None          ☐ Policies & Procedures
☐ Training      ☐ Administrative Review
☐ Equipment     ☐ Other:

## CEW Equipment Information

| Manufacturer: Taser ☐   Other: | Model: X26P ☐   Other: |
|---|---|
| Cartridge Type: | Cartridge Serial #: |

### CEW Use Details

Mode Used (Check All Apply):   Arc Display ☐   Laser Point ☐   Probe Strike ☐   Drive Stun ☐

Arc Display and/or Laser Point effective in gaining compliance?   Yes ☐   No ☐   Not Applicable ☐

Range Used (Feet):   0-3 ☐   3-6 ☐   6-10 ☐   10-15 ☐   15-21 ☐   21-25 ☐   25-35 ☐

Location of Probe Impact:

Location of Drive Stun Contact:

Location of Missed Probes:

**ROUTE TO PROFESSIONAL STANDARDS UNIT WHEN ALL REVIEWS ARE COMPLETE**

# San Rafael Police Department – Use of Force Analysis Form
**(DO NOT ATTACH TO ORIGINAL REPORT)**

Describe activations, duration of each cycle, duration between cycles, and duration subject received applications:

CEW Data Download Attached:   Yes ☐   No ☐ (Explain):

## Synopsis of Incident

On 07/27/2022 at approximately 1853 hours, Officer Mazariegos contacted a group of three males standing by a tan 2007 Toyota Tacoma (CA-84149B2) on Windward Way. One of the males had an open beer in his hand. There were numerous beer bottles scattered around the group. Officer Mazariegos exited her patrol vehicle and ordered the male with the beer in his hand to put the bottle down and for all three males to sit down on a nearby curb. One of the males, Julio Jimenez, was standing next to the Toyota whose driver's door was open. Jimenez had to be told numerous times to sit down before walking away from the vehicle and sitting down. While Jimenez walked over to the curb to sit, Officer Mazariegos noticed he had an unsteady gait. The other two males sat down immediately after being told.

It should be noted that all three males spoke Spanish. Officer Mazariegos is a fluent Spanish-speaking officer per the SRPD. During the incident, Officer Mazariegos found out that Jimenez spoke and understood both English and Spanish. Officer Mazariegos communicated with all three individuals primarily in Spanish but at times she spoke to them in English. She gave her instructions/commands in Spanish and English.

Officer Mazariegos observed that the male subjects appeared to be under the influence of an alcoholic beverage. Officer Mazariegos specifically saw that Jimenez displayed signs and symptoms of alcohol intoxication as he had red watery eyes and slurred speech. Jimenez admitted to drinking in public and that it was wrong.

Officer Mazariegos asked the three males for their IDs. Jimenez then stood up at which point Officer Mazariegos told him to sit down and just hand her his identification. Jimenez stated he had to stand in order to get his identification. Officer Nail then told Jimenez again to sit down. Jimenez did not initially sit down. After numerous commands, he complied with the officers' commands. Jimenez sat down. Officer Mazariegos then instructed Jimenez to take out his ID. From the seated position, Jimenez took out his ID from his wallet, which was in his hands at this time. Jimenez then stood up at which point Officer Mazariegos told him to sit down. However, Jimenez did not listen. Officer Mazariegos and Officer Nail went to detain Jimenez in handcuffs since he was unable to follow commands.

Officer Mazariegos grabbed Jimenez's right arm and Officer Nail grabbed his left arm. Jimenez began tensing up his arms and body and began moving his arms side to side preventing Officer Mazariegos and Officer Nail from placing him into handcuffs. Due to Jimenez continuing to be uncooperative, Officer Nail placed his right leg in front of Jimenez's left leg and pulled Jimenez's body forward, causing him to trip over Officer Nail's leg.

Officer Mazariegos, Officer Nail, and Jimenez fell to the ground. While on the ground, Officer Mazariegos was attempting to gain control of Jimenez's right arm but he kept wildly swinging his right arm around. Officer Mazariegos told Jimenez to stop. Jimenez at this point was holding on to Officer Nail's outer-carrier vest which contains his collapsible baton, oleoresin capsicum spray, and conducted electrical weapon.

**ROUTE TO PROFESSIONAL STANDARDS UNIT WHEN ALL REVIEWS ARE COMPLETE**

## San Rafael Police Department – Use of Force Analysis Form
### (DO NOT ATTACH TO ORIGINAL REPORT)

Officer Nail then punched Jimenez on his face(nose) with a closed fist. Officer Nail told Jimenez to get on the ground. At this time, Jimenez was on the ground and placed in the prone position. Jimenez kept his hands tucked underneath him. Officer Mazariegos gave Jimenez commands to put his hands behind his back numerous times before he complied. Officer Nail and Officer Mazariegos were able to gain control of Jimenez's arms and placed them behind his back. Jimenez was handcuffed behind his back. The handcuffs were double locked and checked for proper fit.

Jimenez was then placed in the recovery position. SRFD responded and provided Jimenez with emergency medical aid. SRFD advised that Jimenez did not need to be transported by ambulance and that SRPD Officers could transport him by patrol vehicle for a medical check. It should be noted that Jimenez complained of pain in various parts of his body including his arms and legs but his main complaint was to his nose as he had profusely bled when he was punched.

I responded to the scene and saw that Jimenez had bled from his nose all over his chin, the front of his shirt, and pants. Once SRFD rendered aid, Jimenez's nose stopped bleeding.

I interviewed Jimenez and the following is a summary of what he told me.

Jimenez was contacted by SRPD Officers specifically one male and one female. The officers were requesting that he give them his ID. Jimenez did as requested however at this time they were requesting that he sit down and stay seated. Jimenez stood up to grab his ID and he believed the male officer interpreted his actions as him doing something bad. The male officer punched Jimenez in the nose causing pain to his nose and then threw him to the ground hurting his knees. While on the ground, the male officer kicked Jimenez in an unknown place. Jimenez complied with officers' commands. Jimenez also had pain in his shoulders. During the contact, the female officer told him once to stay seated. Jimenez understood her commands. Even though he was told to stay seated he stood up as he felt he needed to get his wallet to get his ID to give the officers. Jimenez denied hitting or attempting to grab either of the officers.

I interviewed one of the other males who was a witness to the use of force (Andres Jimenez Velasquez). He told me the following in summary.

SRPD Officers arrived on scene and instructed Velasquez, Camach, and Jimenez to sit down. The three of them sat down as instructed. The officers asked them for IDs which they all grabbed. Jimenez was unable to get his ID from his wallet from the seated position, so Jimenez stood up. The officers grabbed Jimenez by the arms and then threw him to the ground. While on the ground, Officer Nail struck Jimenez once in the face with a right closed fist. Velasquez believed Jimenez was listening to the officers' commands and not fighting back. The officers then handcuffed Jimenez. Velasquez and Camach were seated next to where this occurred and watched the entire incident.

I interviewed one of the other males who was a witness to the use of force (Pedro Resendiz Camach). He told me the following in summary.

Camach, Velasquez, and Jimenez were drinking in the area when the female officer arrived on scene. As the female arrived on scene, she instructed them to sit down which they all did. Another male officer later identified as Officer Nail arrived and requested IDs. Camach and Velasquez got their IDs out. Jimenez stood up to grab his wallet as he was unable to get it from the seated position. Jimenez sat back down and held his ID which he got out of his wallet in his hand. Jimenez then got into a verbal argument with the officers. The officers grabbed Jimenez who was still seated and attempted to handcuff him. Jimenez was moving his arms

**ROUTE TO PROFESSIONAL STANDARDS UNIT WHEN ALL REVIEWS ARE COMPLETE**

## San Rafael Police Department – Use of Force Analysis Form
### (DO NOT ATTACH TO ORIGINAL REPORT)

around so that the officers could not handcuff him. At some point, Jimenez was on the ground. Officer Nail proceeded to punch Jimenez once in the nose with a right closed fist. Jimenez was not moving at all and was completely calm at this time. After being hit, officers handcuffed Jimenez and he was compliant. At no point did Jimenez grab or hit SRPD Officers.

Camach and Velasquez both identified Officer Nail as the person who punched Jimenez by pointing him out on scene.

I reviewed Officer Nail's and Officer Mazariegos' BWCs. I saw exactly what was summarized at the beginning of this report. It was obvious that the officers had detained the group as they were investigating them for having open containers of alcohol in public. During the detention, Jimenez was instructed to provide ID and stay seated. After getting his ID, Jimenez continued to disobey SRPD Officers' commands to stay seated. When Officer Mazariegos and Officer Nail attempted to detain Jimenez, he started to pull away. Officer Mazariegos and Officer Nail took Jimenez to the ground causing the three of them to fall. Once on the ground, Jimenez was grabbing Officer Nail's outer carrier vest. Officer Nail struck Jimenez once in the face causing Jimenez to discontinue his assault. Officer Mazariegos and Officer Nail were then able to detain Jimenez and gain control of the situation.

Jimenez was transported to MGH ER by Officer Gamble. MGH ER evaluated Jimenez and later released him for booking into MCJ. MGH ER did not require any further treatment. Jimenez was transported and booked into MCJ for 69(a) PC, 243(b) PC, 148(a)(1) PC, 647(f) PC, and 25620(a) B&P.

Jimenez complained of pain in his back, both knees, shoulders, and face. Photos of Jimenez's injuries were taken and uploaded to the police report. Officer Mazariegos and Officer Nail both had scrapes to their knees as a result of this incident. Photographs were taken of their injuries and uploaded to the police report.

### Staff Review / Recommendations

| | | |
|---|---|---|
| Reviewed BWC: Yes ☒ No ☐<br>Comments: REPORT / BWC REVIEW NEEDED.<br>Lieutenant: [signature] Holton | No Further Review ☐<br>Pain Compliance Only ☐<br>Date: 8/23/22 | ☒ Training<br>☐ Equipment<br>☒ Policies & Procedures<br>☒ Force Review Board |
| Comments: FORMAL INVESTIGATION INITIATED. IA #22-03 ASSIGNED.<br>Captain: [signature] #485 | No Further Review ☐<br>Date: 9/2/22 | ☒ Training<br>☐ Equipment<br>☒ Policies & Procedures<br>☒ Force Review Board |
| Comments:<br>Chief of Police: | No Further Review ☐<br>Date: | ☐ Training<br>☐ Equipment<br>☐ Policies & Procedures<br>☐ Force Review Board |

**ROUTE TO PROFESSIONAL STANDARDS UNIT WHEN ALL REVIEWS ARE COMPLETE**