# EXHIBIT "S"

June 27, 2023

*By Registered Mail and Personal Delivery*
Brandon Nail


Re:    **NOTICE OF FINAL DECISION TO TERMINATE EMPLOYMENT**

Dear Officer Nail:

This letter is to inform you of my final decision to terminate your employment with the San Rafael Police Department as a Police Officer.

On May 11, 2023, you were issued a Notice of Intent to Terminate ("NOIT") which set forth the basis for proposing termination of your employment and included all materials on which the proposal was based upon. Per your request, a Skelly conference was held on June 21, 2023, in accordance with the MOU between the City and the San Rafael Police Association ("MOU") and the City's Personnel Rules and Regulations. I was the designated Skelly Officer and Rob Epstein, City Attorney, was present at the meeting. Your attorney, Julia Fox, appeared at the Skelly conference on your behalf.

Based on a careful consideration of the facts and all of the attached materials set forth in the NOIT and due consideration of the points Ms. Fox raised on your behalf at the Skelly conference, I have found that you violated the following rules included in the NOIT and uphold the recommendation to terminate your employment:

- Negligence of Duty. (*See* MOU 7.3.1(b), City Personnel Policy and Regulations 12.3(a), and SRPD Manual 320.5.7 (a).)

- Inability, unwillingness, refusal, or failure to perform work as assigned, required, or directed. (*See* MOU 7.3.1(f) and City Personnel Policy and Regulations 12.3(e).)

- Unacceptable behavior toward the general public of fellow employees or officers of the City. (*See* MOU 7.3.1(i) and City Personnel Policy and Regulations 12.3(h).)

- Violations of any of the provisions of these working rules and regulations or departmental rules and regulations. (*See* MOU 7.3.1(m) and City Personnel Policy and Regulations 12.3(l).)

- Failure to perform to an acceptable level of work quality and quantity. (*See* MOU 7.3.1(q).)

4853-3780-3628 v2

- Other acts inimical to the public service. (*See* MOU 7.3.1(s) and City Personnel Policy and Regulations 12.3(q).)

- Violation of, or ordering or instructing a subordinate to violate any policy, procedure, rule, order, directive, requirement or failure to follow instructions contained in department or City manuals. (*See* SRPD Manual 320.5.1 (a).)

- Unsatisfactory work performance including but not limited to failure, incompetence, inefficiency, or delay in performing and/or carrying out proper orders, work assignments, or the instructions of supervisors without a reasonable and bona fide excuse. (*See* SRPD Manual 320.5.7(b).)

- Disparaging remarks or conduct concerning duly constituted authority to the extent that such conduct disrupts the efficiency of this department or subverts the good order, efficiency, and discipline of this department or that would tend to discredit any of its members. (See SRPD Manual 320.5.8 (e).)

- Any act on--or off-duty that brings discredit to this department. (*See* SRPD Manual 320.5.8 (i).)

- Discourteous, disrespectful or discriminatory treatment of any member of the public or any member of this department or the City. (*See* SRPD Manual 320.5.9(f).)

- Use of obscene, indecent, profane or derogatory language while on duty or in uniform. (*See* SRPD Manual 320.5.9 (g).)

- Any other on or off duty conduct which any member knows or reasonably should know is unbecoming a member of this department, is contrary to good order, efficiency, or morale, or tends to reflect unfavorably upon this department or its members. (*See* SRPD Manual 320.5.9 (m).)

Your employment with the City is therefore terminated effective June 28, 2023, at close of business and your paid administrative leave will cease at that time as well.

**Pursuant to Section 7.3.2 of the MOU, you have 5 working days from the date of receipt of this letter to file a written request to appeal with the City Manager, unless so filed the right of appeal is lost and the action of the City shall be conclusive.**

Sincerely,

Darin White
Fire Chief

4853-3780-3628 v2

Enclosure:    MOU Section 7.3 Disciplinary Action Procedure with 7.3.2 Appeal Process

4853-3780-3628 v2

**CONFIDENTIAL**                    **COSR (Lopez) 000259**