DALE L. ALLEN. JR., State Bar No. 145279
dallen@aghwlaw.com
KEVIN P. ALLEN, State Bar No. 252290
kallen@aghwlaw.com
LEORA R. RAGONES, State Bar No. 215423
lragones@aghwlaw.com
ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, CA 94104
Telephone:   (415) 697-2000
Facsimile:   (415) 813-2045

Attorneys for Defendants
CITY OF SAN RAFAEL and SAN RAFAEL
POLICE DEPARTMENT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JULIO JIMENEZ LOPEZ and YESENIA CRUZ CRUZ,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SAN RAFAEL; SAN RAFAEL POLICE DEPARTMENT; DAISY MAZARIEGOS; BRANDON NAIL; and DOES 1-50, inclusive<br>Defendants. | Case No. 3:23-cv-03652-VC<br><br>**DEFENDANT'S NOTICE OF ERRATA RE: DOCKET NO. 67, 67-4, 67-5, 67-17, 67-18, 67-18, 67-19, 67-20, 67-21, 67-22, AND 67-23 (F.R.C.P. 56)**<br><br>Hon. Vince Chhabria<br><br>Date:   December 12, 2024<br>Time:   10:00 a.m.<br>Ctrm:   4, 17th Floor<br><br>Trial:   None Set |

**TO THE COURT AND ALL PARTIES:**

Defendants CITY OF SAN RAFAEL and SAN RAFAEL POLICE DEPARTMENT ("City Defendants") submit this Notice of Errata regarding the Declaration of Scott Eberle (Dkt. 67-4), filed on November 7, 2024 in support of CITY OF SAN RAFAEL and SAN RAFAEL POLICE DEPARTMENT Motion for Summary Judgment, or In the Alternative, Motion for Summary Adjudication (Dkt. No. 67). After submission, City Defendants' counsel realized documents attached as exhibits to the declaration of Lt. Scott Eberele (Dkt. No. 67-4) had been misidentified by bates numbers, an exhibit letter was used with no exhibit, the wrong exhibit was

attached as Exhibit A, and the wrong document was identified and attached as exhibit "M".

The following errors to be corrected identify the paragraphs with the error, and then provide the proper exhibit and bates stamp number of the exhibit. All exhibits were previously attached to the declaration of Scott Eberle (Dkt. No. 67-4) except for Exhibit A, Dkt. 67.5. The wrong document was submitted for Exhibit A. The correct document, as identified in the Declaration of Scott Eberle produced in discovery and inadvertently not included in the original filing of Dkt. 67-4 was submitted.

1. The caption on the Declaration of Scott Eberle at Paragraph 4 (Dkt. No. 67-4, at 1:13-16) reads "DECLARATION OF SCOTT EBERLE IN SUPPORT OF DEFENDANTS' MOTION FOR ADJUDICATION AS TO THE THIRD THROUGH SIXTH (*MONELL*) CAUSES OF ACTION." It should read "DECLARATION OF SCOTT EBERLE IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, SUMMARY ADJUDICATION AS TO THE THIRD THROUGH SIXTH (*MONELL*) CAUSES OF ACTION."

2. The Declaration of Scott Eberle at Paragraph 4 (Dkt. No. 67-4, at 2:5-6) reads "Attached as Exhibits A-H are true and correct copies of the aforementioned training policies." It should read "Attached as Exhibits A-F are true and correct copies of the aforementioned training policies.." (Exhibits A-F were submitted as Dkt. 67-5 to Dkt. 67-10)

3. The Declaration of Scott Eberle at Paragraph 4 (Dkt. No. 67-4, at 2:7) An incorrect document was submitted as Exhibit "A" to the Declaration of Scott Eberle (Dkt. 67-5). Attached to this Notice of Errata is what should have been included as Exhibit "A," a true and correct copy of Training Policy 202, bates "COSR (Lopez) 004408-004409." This exhibit was inadvertently not filed with the exhibits the Declaration of Scott Eberle (Dkt. 67-4)

4. The Declaration of Scott Eberle at Paragraph 4 (Dkt. No. 67-4, at 2:8) reads "(Exhibit B, Policy 300, bates COSR (Lopez) 004427-004437" It should read "Exhibit B, Policy 300, bates COSR (Lopez) 004427-004438." (Dkt. 67-6)

5. The Declaration of Scott Eberle at Paragraph 4 (Dkt. No. 67-4, at 2:9) reads "(Exhibit C, Policy 320, bates "COSR (Lopez) 004486-0044692." It should read (Exhibit C, Policy 320, bates

1  "COSR (Lopez) 004586-4592." (Exhibit C submitted as Dkt. 67-7)

2  6. There is no reference to Exhibit G submitted or to be considered in the moving papers, Defendants withdraw the document submitted as Dkt. 67-11, "Personnel Rules and Regulations" and ask that the court and the parties disregard this document, and moot the filing of Exhibit G at Dkt. 67-11

7. The Declaration of Scott Eberle at Paragraph 11 (Dkt. No. 67-4, 3:26-27) reads "(Attached as Exhibit H is a true and correct copy of Officer Nail's P.O.S.T. profile, bates "COSR (Lopez) 000090-000091." (Dkt 67-12)  The actual bates numbers are "COSR (Lopez) 000189-000191."

8. The Declaration of Scott Eberle at Paragraph 11 (Dkt. No. 67-4, 3:27-28 reads ) (Attached as Exhibit I is true and correct copy of Officer Mazariegos's P.O.S.T. profile, POST profile bates "COSR (Lopez) 000189-000191" (Dkt. 67-13)  The correct bates stamp numbers are "COSR (Lopez) 000090-000091."

9. <u>In the Defendants' Motion For Summary Judgment</u> (Dkt. 67,11:20-22) Ofc. Mazariegos body camera footage <u>was identified as Exhibit O</u> where it reads "Eberle Decl at paragraph 24 Exhibit O, Mazariegos's  Body Camera Video footage…".

10. In the <u>Declaration of Scott Eberle at paragraph 24</u> Exhibit "M" is attested as the true and correct Body Camera Footage of Ofc. Mazariegos.

11. The document <u>submitted</u> as Exhibit "M" (Dkt. 67-17) is past complaints pertaining to Ofc. Mazariegos, and is withdrawn and should be disregarded.

12. Exhibit "M" to the Declaration of Scott Eberle at paragraph 24 is the Body Camera Footage of Ofc. Mazariegos,  which was incorrectly submitted as Exhibit "N" (Dkt. 67-18)

13. Exhibit "N" to the Declaration of Scott Eberle at paragraph 25 is a copy of the Use of Force Analysis report of August 23, 2022, authored by Oscar Ocon, bates "COSR (Lopez) 000069-000072.", incorrectly submitted as Exhibit "O" (Dkt. 67-19)

14. Exhibit "O" to the Declaration of Scott Eberle at paragraph 25 is a copy of Mr. Henry's investigative Report of Ofc. Mazariegos, bates "COSR (Lopez) 000862-000959, incorrectly submitted as Exhibit "P." (Dkt. 67-20)

15. Exhibit "P" to the Declaration of Scott Eberle at paragraph 25 is a copy of Mr. Henry's investigative Report of Brandon Nail, bates "COSR (Lopez) 000960-001051," incorrectly submitted as Exhibit "Q" (Dkt. 67-21 )

16. Exhibit "Q" to the Declaration of Scott Eberle at paragraph 25, is a copy of Mr. Henry's investigative report of Ofc. Ocon, incorrectly submitted as Exhibit "R," bates "COSR (Lopez) 001052-001108." (Dkt. 67-22)

17. Exhibit "R" to the Declaration of Scott Eberle at paragraph 30, is a copy of Notice of Termination of Ofc. Nail from the San Rafael Police Department, bates "COSR (Lopez) 000257-000259,"  incorrectly submitted as Exhibit "S." (Dkt. 67-23)

18. There is no "S" exhibit.

For the sake of clarity, we have created a table showing the exhibits that we are updating with this errata.

The Counsel for Defendants City of San Rafael respectfully apologize to the Court and Plaintiffs' counsel for the errors in the initial filings of the exhibits and corrections necessitated.

A conformed copy of exhibits A to F and H to R, are being refiled with this notice of errata.

And two copies of a flash drive to the confirmed copy of exhibits A to F and H to R, are being lodged with the court.

| Document Bates and Description | Error | Correction |
|---|---|---|
| COSR (Lopez) 004408-004409 Policy 202 | Submitted as Exhibit "A" (Dkt. 67-5) is an incorrect document. | Exhibit "A" COSR (Lopez) 004408-004409 Policy 202 submitted. |
| City of San Rafael Personnel Rules and Regulations (no bates) | Submitted as Exhibit "G" (Dkt. 67-11) | Withdrawn. |
| COSR (Lopez) 000356-000366- Mazariegos past | Submitted as Exhibit "M" (Dkt. 67-17) | Withdrawn. |

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

| | | |
|---|---|---|
| complaints | | |
| COSR (Lopez) 000042 Mazariegos BWC Video | Submitted as Exhibit "N" (Dkt. 67-18) | Exhibit "M" |
| COSR (Lopez) 000069-000072 Use of Force Analysis form. | Submitted as Exhibit "O" (Dkt. 67-19) | Exhibit "N" |
| COSR (Lopez) 000862-000959 Henry Report Mazariegos | Submitted as Exhibit "P" (Dkt. 67-20) | Exhibit "O" |
| COSR (Lopez) 000960-001051 Henry Report Nail | Submitted as Exhibit "Q" (Dkt. 67.21) | Exhibit "P" |
| COSR (Lopez) 001052-001108 Henry Report_O'Con | Submitted as Exhibit "R" (Dkt. 67-22) | Exhibit "Q" |
| COSR (Lopez) 000257-000259 Notice of Intent to Terminate-Nail | Submitted as Exhibit "S" (Dkt. 67-23) | Exhibit "R" |

Dated:  November 11, 2024

Respectfully submitted,

ALLEN, GLAESSNER,
HAZELWOOD & WERTH, LLP

By: ___/s/ Dale L. Allen, Jr.___
    DALE L. ALLEN. JR.
    KEVIN P. ALLEN
    LEORA R. RAGONES
    Attorneys for Defendants
    CITY OF SAN RAFAEL and SAN RAFAEL POLICE DEPARTMENT

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

5

MSJ – NTC OF ERRATA
CASE # 3:23-CV-03652-VC

696109.1