# EXHIBIT "A"

**Policy**

**202**

San Rafael Police Department

San Rafael PD Policy Manual

# Training

### 202.1  PURPOSE AND SCOPE

It is the policy of this department to administer a training program that will provide for the professional growth and continued development of its personnel. By doing so, the Department will ensure its personnel possess the knowledge and skills necessary to provide a professional level of service that meets the needs of the community.

### 202.2  POLICY

The Department shall administer a training program that will meet the standards of federal, state, local, and POST training requirements. It is a priority of this department to provide continuing education and training for the professional growth and development of its members.

### 202.3  PHILOSOPHY

The Department seeks to provide ongoing training and encourages all personnel to participate in advanced training and formal education on a continual basis. Training is provided within the confines of funding, requirements of a given assignment, staffing levels, and legal mandates. Whenever possible, the Department will use courses certified by the California Commission on Peace Officer Standards and Training (POST).

### 202.4  OBJECTIVES

The objectives of the Training Program are to:

    (a)    Enhance the level of law enforcement service to the public.

    (b)    Increase the technical expertise and overall effectiveness of our personnel.

    (c)    Provide for continued professional development of department personnel.

    (d)    Ensure compliance with POST rules and regulations concerning law enforcement training.

### 202.5  TRAINING PLAN

A training plan will be developed and maintained by the Training Manager. It is the responsibility of the Training Manager to maintain, review, and update the training plan on an annual basis. The plan will address the following areas:

- Legislative Changes

- State Mandated Training

- Firearms, SDAT

Copyright Lexipol, LLC 2022/07/27, All Rights Reserved.
Published with permission by San Rafael Police Department

COSR (Lopez) 004408

# San Rafael Police Department
San Rafael PD Policy Manual

*Training*

---

### 202.6   TRAINING NEEDS ASSESSMENT

The Training Bureau will conduct an annual training-needs assessment of the Department. The needs assessment will be reviewed by staff. Upon approval by the staff, the needs assessment will form the basis for the training plan for the fiscal year.

### 202.7   TRAINING PROCEDURES

(a)   All employees assigned to attend training shall attend as scheduled unless previously excused by their immediate supervisor. Excused absences from mandatory training should be limited to the following:

1.   Court appearances

2.   First choice vacation

3.   Sick leave

4.   Physical limitations preventing the employee's participation.

5.   Emergency situations

(b)   When an employee is unable to attend mandatory training, that employee shall:

1.   Notify his/her supervisor as soon as possible but no later than one hour prior to the start of training.

2.   Document his/her absence in a memorandum to his/her supervisor.

3.   Make arrangements through his/her supervisor and the Training Manager to attend the required training on an alternate date.

### 202.8   TRAINING MANAGER

The Chief of Police shall designate a Training Manager who is responsible for developing, reviewing, updating, and maintaining the department training plan so that required training is completed. The Training Manager should review the training plan annually.

### 202.8.1   TRAINING RESTRICTION

The Training Manager is responsible for establishing a process to identify officers who are restricted from training other officers for the time period specified by law because of a sustained use of force complaint (Government Code § 7286(b)).

---

Copyright Lexipol, LLC 2022/07/27, All Rights Reserved.
Published with permission by San Rafael Police Department

COSR (Lopez) 004409