**EXHIBIT "H"**

1/4/23, 8:00 AM                                        Profile Report: NAIL, BRANDON - POST EDI

COMMISSION ON PEACE OFFICER STANDARDS AND TRAINING                              Report generated on 1/4/2023

CONFIDENTIAL

## Profile Report for: NAIL, BRANDON                        Certification Status: Active

**Name:** NAIL, BRANDON                     **POST ID:** C63-D48
**Birth Date:** 12/29/1989                  **Agency:** SAN RAFAEL PD
**Gender:** Male                            **AKA:** NO ALTERNATE NAMES ON FILE
**Race/Ethnicity:** White

### Certificates

| Cert | Type | Awarded | Edu | T | H | Comments |
|---|---|---|---|---|---|---|
| 194334 | B | 12/20/2018 | | 40 | 5.7 | |

Total Number of Certificates: 1

### Employment

| Hired From | To | R | Rank | Rank Date | Agency | Agency Name | F/P | P/U | Seas. |
|---|---|---|---|---|---|---|---|---|---|
| 06/12/2017 | 09/28/2019 | 1 | PO | 06/12/2017 | 21100 | SAUSALITO PD | F | P | |
| 09/30/2019 | | | PO | 09/30/2019 | 21090 | SAN RAFAEL PD | F | P | |

R = Reason for Separation: 1 = Resigned

### Training

| Comp Date | Cat | CCN | Hrs | Rmb | Cmp | Agency | School | * | Course Name |
|---|---|---|---|---|---|---|---|---|---|
| 05/25/2017 | A | 2980-00100-16-002 | 800 | - | Y | 60020 | SCJCTC | | BASIC COURSE-INTENSIVE |
| 10/03/2017 | K | 2980-29503-17-001 | 4 | R | Y | 21100 | SCJCTC | * | ARSTCTL(PSP) |
| 10/04/2017 | K | 2980-21798-17-001 | 8 | X | Y | 21100 | SCJCTC | | FIRST AID/CPR UPDATE |
| 10/04/2017 | K | 2980-22111-17-001 | 2 | X | Y | 21100 | SCJCTC | | LEGAL UPDATE/PATROL |
| 10/05/2017 | K | 2980-21155-17-002 | 8 | R | Y | 21100 | SCJCTC | * | DRIVER TRAINING (EVOC) UPDATE |
| 10/05/2017 | K | 2980-32343-17-001 | 2 | X | Y | 21100 | SCJCTC | | DOMESTIC VIOLENCE UPDATE |
| 02/13/2018 | K | 9180-25585-17-228 | 2 | X | Y | 21100 | POST | * | TACTICAL COMMUNICATION (WEB) |

* Meets Perishable Skills

**CONFIDENTIAL**                                                   **COSR (Lopez) 000189**

1/4/23, 8:00 AM                                              Profile Report: NAIL, BRANDON - POST EDI

| Cmp Date | Cat | CCN | Hrs | Rmb | Cmp | Agency | School | * | Course Name |
|---|---|---|---|---|---|---|---|---|---|
| 01/29/2019 | K | 1126-22272-18-004 | 16 | X | Y | 21100 | 3RD DEGREE |   | SEARCH AND SEIZURE |
| 02/08/2019 | K | 9590-31445-18-017 | 40 | X | Y | 21100 | B.A.T.I. |   | INTERVIEW & INTERROGATION |
| 03/28/2019 | K | 4270-20801-18-001 | 32 | R | Y | 21100 | MARIN SO |   | CRISIS INTERVENTION |
| 10/02/2019 | K | 9180-25585-19-094 | 2 | X | Y | 21090 | POST | * | TACTICAL COMMUNICATION (WEB) |
| 10/02/2019 | K | 9180-25587-19-094 | 2 | X | Y | 21090 | POST |   | VEHICLE PURSUIT POLICY (WEB) |
| 10/09/2019 | K | 3160-29501-19-008 | 4 | - | Y | 21090 | SRPD | * | FIREARM(PSP) |
| 10/16/2019 | K | 3160-29000-19-258 | 2 | X | Y | 21090 | SRPD |   | HUMAN TRAFFICKING: IDENTIFY & RESPOND |
| 10/16/2019 | K | 3160-29000-19-260 | 2 | X | Y | 21090 | SRPD |   | BIAS BASED POLICING: REMAINING FAIR & IMPARTIAL |
| 02/12/2020 | K | 2980-30780-19-002 | 8 | - | Y | 21090 | SCJCTC |   | COURT & TEMPORARY HOLDING FACL |
| 07/10/2020 | K | 3160-29501-20-001 | 8 | - | Y | 21090 | SRPD | * | FIREARM(PSP) |
| 09/16/2020 | K | 3160-29503-20-003 | 4 | - | Y | 21090 | SRPD | * | ARSTCTL(PSP) |
| 09/30/2020 | K | 1239-20798-20-026 | 8 | R | Y | 21090 | GS | * | CRISIS INTERVENTION AND DE-ESCALATION TRAINING |
| 10/30/2020 | K | 3160-31803-20-001 | 16 | - | Y | 21090 | SRPD |   | FIREARMS/LONG RIFLE |
| 11/18/2020 | K | 1359-21797-20-007 | 8 | - | Y | 21090 | SC&FA |   | FIRST AID/CPR/AED REFRESHER |
| 11/18/2020 | K | 3160-29000-20-288 | 2 | X | Y | 21090 | SRPD |   | BIAS AND RACIAL PROFILING |
| 01/20/2021 | K | 2980-21155-20-016 | 8 | R | Y | 21090 | SCJCTC | * | DRIVER TRAINING (EVOC) UPDATE |
| 04/27/2021 | K | 3160-29000-20-195 | 2 | X | Y | 21090 | SRPD |   | HATE CRIMES |
| 06/10/2021 | K | 3160-29501-20-011 | 8 | - | Y | 21090 | SRPD | * | FIREARM(PSP) |
| 09/07/2021 | K | 1270-20290-21-001 | 16 | - | Y | 21090 | CHP |   | DUI DETECTION-FIELD SOBRIETY |
| 09/09/2021 | K | 1270-20272-21-001 | 16 | - | Y | 21090 | CHP |   | ADVANCED ROADSIDE IMPAIRED DRIVER ENFORCEMENT |
| 10/06/2021 | K | 3160-29503-21-001 | 6 | - | Y | 21090 | SRPD | * | ARSTCTL(PSP) |
| 03/11/2022 | K | 9180-25587-21-254 | 2 | X | Y | 21090 | POST |   | VEHICLE PURSUIT POLICY (WEB) |
| 03/23/2022 | K | 2980-23601-21-002 | 4 | - | Y | 21090 | SCJCTC |   | SCENARIO EVALUATOR TRAINING |
| 05/27/2022 | K | 2980-31725-21-004 | 40 | R | Y | 21090 | SCJCTC |   | FIELD TRAINING OFFICER |
| 06/09/2022 | K | 3160-29501-21-009 | 8 | - | Y | 21090 | SRPD | * | FIREARM(PSP) |

\* Meets Perishable Skills

CONFIDENTIAL                                                                                               COSR (Lopez) 000190

1/4/23, 8:00 AM                                    Profile Report: NAIL, BRANDON - POST EDI

| Comp Date | Cat | CCN | Hrs | Rmb | Cmp | Agency | School | * | Course Name |
|---|---|---|---|---|---|---|---|---|---|
| 08/12/2022 | K | 4270-22305-22-009 | 8 | X | Y | 21090 | MARIN SO | | ACTIVE SHOOTERS / VIOLENT INTRUDERS |

* Meets Perishable Skills

## Footnotes

No Footnote on file.

CONFIDENTIAL                                    COSR (Lopez) 000191