# EXHIBIT "K"



# San Rafael Police Department
1375 Fifth Avenue
San Rafael, CA 94901

### 5-Year Personnel Complaint Log

The San Rafael Police Department takes seriously all complaints regarding the service provided by the Department and the conduct of its members. The Department will accept and address all complaints of misconduct in accordance with department policy and applicable federal, state and local law, municipal and county rules and the requirements of any collective bargaining agreements. It is also the policy of this department to ensure that the community can report misconduct without concern for reprisal or retaliation.

Personnel complaints include any allegation of misconduct or improper job performance that, if true, would constitute a violation of department policy or of federal, state or local law, policy or rule. Personnel complaints may be generated internally or by the public. Inquiries about conduct or performance that, if true, would not violate department policy or federal, state or local law, policy or rule may be handled informally by a supervisor and shall not be considered a personnel complaint. Such inquiries generally include clarification regarding policy, procedures or the response to specific incidents by the Department.

Personnel complaints shall be classified in one of the following categories:

**Informal** - A matter in which the Shift Supervisor is satisfied that appropriate action has been taken by a supervisor of rank greater than the accused member.

**Formal** - A matter in which a supervisor determines that further action is warranted.

**Incomplete** - A matter in which the complaining party either refuses to cooperate or becomes unavailable after diligent follow-up investigation.

Personnel complaints are classified with one of the following dispositions:

**Unfounded** - When the investigation discloses that the alleged acts did not occur or did not involve department members. Complaints that are determined to be frivolous will fall within the classification of unfounded.

**Exonerated** - When the investigation discloses that the alleged act occurred but that the act was justified, lawful and/or proper.

**Not sustained** - When the investigation discloses that there is insufficient evidence to sustain the complaint or fully exonerate the member.

**Sustained** - When the investigation discloses sufficient evidence to establish that the act occurred and that it constituted misconduct.

**San Rafael Police Dept. Memo (cont.)**

| # | Complaint | Disposition |
|---|---|---|
| 17-01 | Conduct | Sustained |
| 17-02 | Conduct | Incomplete |
| 17-03 | Conduct | Incomplete |
| 17-04 | Conduct | Incomplete |
| 17-05 | Harassment | Not Sustained |
| 17-06 | Conduct | Unfounded |
| | **Complaint Policy Revised 06/01/17** | |
| 17-01 | Harassment | Incomplete |
| 17-02 | Rudeness | Informal |
| 17-03 | Civil Rights | Formal |
| 17-04 | Frivolous | Incomplete |
| 17-05 | Frivolous | Incomplete |
| 17-06 | Frivolous | Incomplete |
| 17-07 | Frivolous | Incomplete |
| 17-08 | Frivolous | Incomplete |
| 17-09 | Conduct | Incomplete |
| 17-10 | Conduct | Formal |
| 17-11 | Frivolous | Formal |
| 17-12 | Use of Force | Formal |
| 17-13 | Conduct | Informal |
| 17-14 | Traffic Control | Inquiry |
| 17-15 | Rudeness | Incomplete |
| 17-16 | Parking Violations | Incomplete |
| 17-17 | Rudeness | Informal |
| 17-18 | Frivolous | Inquiry |
| 17-19 | Frivolous | Inquiry |
| 17-20 | Conduct | Inquiry |

**San Rafael Police Dept. Memo (cont.)**

| # | Complaint | Disposition |
|---|---|---|
| 17-21 | Conduct | Informal |
| 17-22 | Conduct | Inquiry |
| 17-23 | Conduct | Incomplete |
| 17-24 | Procedures | Inquiry |
| 17-25 | Procedures | Inquiry |
| 17-26 | Procedures | Inquiry |
| 17-27 | Conduct | Inquiry |
| 17-28 | Driving | Incomplete |
| 17-29 | Insufficient Investigation | Inquiry |
| 17-30 | Traffic Investigation | Inquiry |
| 17-31 | Traffic Violation | Unfounded |
| 17-32 | DUI Investigation | Inquiry |
| 17-33 | Use of Force | Unfounded |
| 17-34 | Procedures | Inquiry |
| 17-35 | Procedures | Inquiry |
| 17-36 | Conduct | Not Sustained |
| 18-01 | Procedures | Incomplete |
| 18-02 | Conduct | Inquiry |
| 18-03 | Procedures | Inquiry |
| 18-04 | Driving | Inquiry |
| 18-05 | Procedures | Inquiry |
| 18-06 | Driving | Inquiry |
| 18-07 | Procedures | Unfounded |
| 18-08 | Response to Call | Inquiry |
| 18-09 | Response to Call | Inquiry |
| 18-10 | Conduct | Incomplete |
| 18-11 | Response to Call | Inquiry |

- -
CONFIDENTIAL    COSR (Lopez) 000251

**San Rafael Police Dept. Memo (cont.)**

| # | Complaint | Disposition |
|---|---|---|
| 18-12 | Conduct | Inquiry |
| 18-13 | Conduct | Not Sustained |
| 18-14 | Use of Force | Unfounded |
| 18-15 | Judgement | Inquiry |
| 18-16 | Missing Property | Unfounded |
| 18-17 | Procedures | Inquiry |
| 18-18 | Response to Call | Inquiry |
| 18-19 | Conduct | Exonerated |
| 18-20 | False Arrest | Unfounded |
| 18-21 | Conduct | Inquiry |
| 18-22 | Use of Force | Unfounded |
| 18-23 | Conduct | Unfounded |
| 18-24 | Conduct | Inquiry |
| 18-25 | Conduct | Inquiry |
| 18-26 | Conduct | Inquiry |
| 18-27 | Conduct | Inquiry |
| 18-28 | Conduct | Inquiry |
| 18-29 | Conduct | Inquiry |
| 18-30 | Conduct | Sustained |
| 18-31 | Conduct | Not Sustained |
| 18-32 | Conduct | Unfounded |
| 19-01 | Conduct | Unfounded |
| 19-02 | Conduct | Inquiry |
| 19-03 | Response to Call | Unfounded |
| 19-04 | Conduct | Inquiry |
| 19-05 | Conduct | Inquiry |
| 19-06 | Use of Force | Unfounded |

**San Rafael Police Dept. Memo (cont.)**

| # | Complaint | Disposition |
|---|---|---|
| 19-07 | Conduct | Unfounded |
| 19-08 | Conduct | Unfounded |
| 19-09 | Conduct | Unfounded |
| 19-10 | Conduct | Inquiry |
| 19-11 | Conduct | Inquiry |
| 19-12 | Conduct | Exonerated |
| 19-13 | Conduct | Not Sustained |
| 19-14 | Conduct | Unfounded |
| 19-15 | Informal | Sustained |
| 19-16 | Response to Call | Unfounded |
| 19-17 | Conduct | Inquiry |
| 19-18 | Conduct | Unfounded |
| 19-19 | Conduct | Not Sustained |
| 19-20 | Conduct | Inquiry |
| 19-21 | Response to Call | Inquiry |
| 19-22 | Rudeness | Inquiry |
| 19-23 | Conduct | Exonerated |
| 19-24 | Conduct | Pending |
| 19-25 | Conduct | Pending |
| 20-01 | Property/Safekeeping | Inquiry |
| 20-02 | Rudeness | Unfounded |
| 20-03 | Rudeness | Sustained |
| 20-04 | Driving | Exonerated |
| 20-05 | Use of Force | Unfounded |
| 20-06 | Procedures | Inquiry |
| 20-07 | Response to Call | Inquiry |
| 20-08 | Procedures | Inquiry |

- -
CONFIDENTIAL                COSR (Lopez) 000253

**San Rafael Police Dept. Memo (cont.)**

| # | Complaint | Disposition |
|---|---|---|
| 20-09 | Procedures | Inquiry |
| 20-10 | Response to Call | Inquiry |
| 20-11 | Conduct | Unfounded |
| 20-12 | Conduct | Exonerated |
| 20-13 | Response to Call | Exonerated |
| 20-14 | Conduct | Not Sustained |
| 20-15 | Conduct | Not Sustained |
| 20-16 | Conduct | Unfounded |
| 20-17 | Rudeness/Conduct | Unfounded |
| 20-18 | Procedures | Inquiry |
| 20-19 | Conduct | Not Sustained |
| 20-20 | Conduct | Unfounded |
| 20-21 | Conduct | Inquiry |
| 20-22 | Response to Call | Inquiry |
| 20-23 | Response to Call | Inquiry |
| 20-24 | Conduct | Sustained |
| 20-25 | Conduct | Inquiry |
| 20-26 | Conduct | Inquiry |
| 20-27 | Conduct | Inquiry |
| 21-01 | Conduct | Inquiry |
| 21-02 | Conduct | Inquiry |
| 21-03 | Response to Call | Inquiry |
| 21-04 | Procedures | Inquiry |
| 21-05 | Conduct | Inquiry |
| 21-06 | Conduct | Not Sustained |
| 21-07 | Conduct | Inquiry |
| 21-08 | Conduct | Sustained |

**San Rafael Police Dept. Memo (cont.)**

| # | Complaint | Disposition |
|---|---|---|
| 21-09 | Procedures | Inquiry |
| 21-10 | Response to Call | Inquiry |
| 21-11 | Response to Call | Inquiry |
| 21-12 | Use of Force | Exonerated |
| 21-13 | Response to Calls | Unfounded |
| 21-14 | Conduct | Inquiry |
| 21-15 | Conduct | Inquiry |
| 21-16 | Rudeness | Inquiry |
| 21-17 | Frivilous | Inquiry |
| 21-18 | Response to Calls | Inquiry |
| 21-19 | Frivilous | Inquiry |
| 21-20 | Rudeness | Not Sustained |
| 21-21 | Conduct | Unfounded |
| 21-22 | Conduct | Inquiry |
| 21-23 | Conduct | Sustained |
| 21-24 | Conduct | Unfounded |
| 21-25 | Conduct | Exonerated |
| 21-26 | Rudeness | Unfounded |
| 21-27 | Response to Calls | Inquiry |
| 21-28 | Conduct | Exonerated |
| 21-29 | Response to Calls | Unfounded |
| 21-30 | Response to Calls | Inquiry |
| 21-31 | Conduct | Inquiry |
| 21-32 | Procedures | Inquiry |
| 21-33 | Conduct | Unfounded |
| 21-34 | Conduct | Inquiry |
| 21-35 | Conduct | Inquiry |

**San Rafael Police Dept. Memo (cont.)**

| # | Complaint | Disposition |
|---|---|---|
| 21-36 | Procedures | Unfounded |
| 21-37 | Conduct | Unfounded |
|  |  |  |
|  |  |  |
|  |  |  |