**EXHIBIT "I"**

1/4/23, 8:00 AM                                     Profile Report: MAZARIEGOS, DAISY BRITT - POST EDI

COMMISSION ON PEACE OFFICER STANDARDS AND TRAINING                                    Report generated on 1/4/2023

CONFIDENTIAL

# Profile Report for: MAZARIEGOS, DAISY BRITT             Certification Status: Active

**Name:** MAZARIEGOS, DAISY BRITT             **POST ID:** C81-F14
**Birth Date:** 07/13/1995                    **Agency:** SAN RAFAEL PD
**Gender:** Female                            **AKA:** NO ALTERNATE NAMES ON FILE
**Race/Ethnicity:** Hispanic or Latino

## Certificates

No Certificates Issued.

## Proof of Eligibility

| POE | Agency Name | Agency | Issued |
|---|---|---|---|
| P0011425 | SAN RAFAEL PD | 21090 | 01/01/2023 |

Total Number of Proof of Eligibility: 1

## Employment

| Hired From | To | R | Rank | Rank Date | Agency | Agency Name | F/P | P/U | Seas. |
|---|---|---|---|---|---|---|---|---|---|
| 06/01/2020 | 10/26/2020 | 6 | TRN | 06/01/2020 | 21090 | SAN RAFAEL PD | F | P | |
| 10/26/2020 | | | PO | 10/26/2020 | 21090 | SAN RAFAEL PD | F | P | |

R = Reason for Separation: 6 = Other

## Training

| Comp Date | Cat | CCN | Hrs | Rmb | Cmp | Agency | School | | Course Name |
|---|---|---|---|---|---|---|---|---|---|
| 10/23/2020 | A | 2980-00100-19-003 | 800 | R | Y | 21090 | SCJCTC | | BASIC COURSE-INTENSIVE |
| 10/30/2020 | K | 3160-31803-20-001 | 16 | - | Y | 21090 | SRPD | | FIREARMS/LONG RIFLE |
| 11/02/2020 | K | 9180-25594-20-125 | 1 | X | Y | 21090 | POST | | GVRO MICRO-COURSE SERIES |
| 11/03/2020 | K | 9180-25590-20-126 | 2 | X | Y | 21090 | POST | | COURTROOM TESTIMONY (WEB) |
| 11/04/2020 | K | 9180-25587-20-127 | 2 | X | Y | 21090 | POST | | VEHICLE PURSUIT POLICY (WEB) |

* Meets Perishable Skills

CONFIDENTIAL                                       COSR (Lopez) 000090

1/4/23, 8:00 AM					Profile Report: MAZARIEGOS, DAISY BRITT - POST EDI

| Comp Date | Cat | CCN | Hrs | Rmb | Cmp | Agency | School | | Course Name |
|---|---|---|---|---|---|---|---|---|---|
| 11/18/2020 | K | 3160-29000-20-288 | 2 | X | Y | 21090 | SRPD | | BIAS AND RACIAL PROFILING |
| 11/18/2020 | K | 1359-21797-20-007 | 8 | - | Y | 21090 | SC&FA | | FIRST AID/CPR/AED REFRESHER |
| 01/20/2021 | K | 2980-21155-20-016 | 8 | R | Y | 21090 | SCJCTC | * | DRIVER TRAINING (EVOC) UPDATE |
| 02/14/2022 | K | 3160-29501-21-001 | 8 | - | Y | 21090 | SRPD | * | FIREARM(PSP) |
| 02/15/2022 | K | 3160-29503-21-006 | 6 | - | Y | 21090 | SRPD | * | ARSTCTL(PSP) |
| 02/16/2022 | K | 3160-29000-21-268 | 2 | X | Y | 21090 | SRPD | | ELDER AND DEPENDENT ADULT ABUSE |
| 02/16/2022 | K | 3160-29000-21-291 | 2 | X | Y | 21090 | SRPD | | HUMAN TRAFFICKING |
| 03/06/2022 | K | 9180-25587-21-249 | 2 | X | Y | 21090 | POST | | VEHICLE PURSUIT POLICY (WEB) |
| 06/09/2022 | K | 3160-29501-21-009 | 8 | - | Y | 21090 | SRPD | * | FIREARM(PSP) |
| 08/12/2022 | K | 4270-22305-22-009 | 8 | X | Y | 21090 | MARIN SO | | ACTIVE SHOOTERS / VIOLENT INTRUDERS |

* Meets Perishable Skills

## Footnotes

No Footnote on file.

**CONFIDENTIAL**          **COSR (Lopez) 000091**