# EXHIBIT "J"



**COMMISSION ON**
**PEACE OFFICER STANDARDS AND TRAINING**

**GAVIN NEWSOM**
GOVERNOR

**ROB BONTA**
ATTORNEY GENERAL

January 12, 2022

David C. Spiller, Chief
San Rafael Police Department
1375 Fifth Ave.
San Rafael, CA 94901

Dear Chief Spiller:

This correspondence reports the findings of the Peace Officer Standards and Training (POST) compliance inspection of your agency's adherence to minimum selection and training standards conducted on January 12, 2022.

### AGENCY ROSTER

A roster of personnel in the POST Electronic Data Interchange (EDI) System was compared with your agency roster. All personnel have been appropriately documented in EDI.

### SELECTION STANDARDS

I reviewed the files of three Peace Officers and one Public Safety Dispatcher hired by your agency since your agency's last audit on April 13, 2021. The background files were examined and determined to be in compliance with established selection standards. Overall, the files were professionally assembled and well written.

I discussed the results of the files and the attached compliance list with your staff. Items marked "Missing from the file" need to be addressed. Please notify me via email or letter within **30 days** of this letter when the corrections have been completed.

### TRAINING STANDARDS

The current training cycle ends on December 31, 2022. A Compliance Analysis Report can be found in EDI under the "Reports" tab.

I would like to recognize Training Manager Sergeant Ronda Cordero and Training Coordinator Lynette Starnes for the courtesies they extended to me in assisting with this review. They were both very responsive, professional, and helpful.

860 Stillwater Road, Suite 100 · West Sacramento, CA 95605-1630 · 916 227-3909 · Fax 916 227-3895 · www.post.ca.gov

finalize

I appreciate your willingness and desire to partner with POST for the overall betterment of the San Rafael Police Department. If I can answer any questions or assist in any other manner, please contact me by telephone at (916) 227-4843 or by e-mail at mpicone@post.ca.gov.

Sincerely,

*[signature]*

Law Enforcement Consultant, Region 1 and 2 Manager
Training Delivery and Compliance Bureau

Enclosures

MP/ah

State of California  
**COMPLIANCE INSPECTION CHECKLIST – PEACE OFFICER**  
POST 1-284 (Rev 01/2012)

Department of Justice  
Commission on Peace Officer Standards and Training  
860 Stillwater Road, Suite 100  
West Sacramento, CA 95605-1630

| DEPARTMENT | PERSON INTERVIEWED | INSPECTED BY | DATE |
|---|---|---|---|
| SAN RAFAEL PD | | M. PICONE | 01/12/2022 |

| NAME | REGULAR | RESERVE | DATE OF HIRE |
|---|---|---|---|
| 1. GAMBLE, JENNIFER | ☒ | ☐ | 07/22/2021 |
| 2. HORN, KYLE HOWARD | ☒ | ☐ | 04/16/2021 |
| 3. ORTIZ-RUBIO, GENESIS | ☒ | ☐ | 12/09/2021 |
| 4. | ☐ | ☐ | |
| 5. | ☐ | ☐ | |
| 6. | ☐ | ☐ | |
| 7. | ☐ | ☐ | |
| 8. | ☐ | ☐ | |
| 9. | ☐ | ☐ | |
| 10. | ☐ | ☐ | |

| BACKGROUND INVESTIGATION FILE CONTENTS | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| A. Background Narrative (Written Summary in File) | X | X | X | | | | | | | |
| B. Personal History Statement (POST or Equivalent) | X | X | X | | | | | | | |
| C. DOJ Fingerprint Return | X | X | X | | | | | | | |
|    DOJ Firearms Clearance | X | X | X | | | | | | | |
|    FBI Fingerprint Return | X | X | X | | | | | | | |
| D. Driving Record (DMV Printout) | X | X | X | | | | | | | |
| E. Local Agency Checks (Where Applicant has Lived and Worked) | X | X | X | | | | | | | |
| F. Credit Check | X | X | X | | | | | | | |
| G. Educational Verification (Certified Transcript) | X | X | X | | | | | | | |
| H. Citizenship/Age Verification (U.S. Birth or Naturalization Certificate) | X | X | X | | | | | | | |
| I. Military History (Selective Service Registration or DD 214) | NA | X | NA | | | | | | | |
| J. Dissolution of Marriage | NA | NA | NA | | | | | | | |
| K. Employment History (Prior Employment Checks) | X | X | / | | | | | | | |
| L. Relatives/Personal References | X | X | / | | | | | | | |
| M. Neighborhood Checks (Neighbors: Past and Present) | X | X | / | | | | | | | |
| N. Medical Evaluation Report (Signed Clearance Letter) | X | 0 | X | | | | | | | |
| O. Psychological Evaluation Report (Signed Clearance Letter) | X | X | X | | | | | | | |

LEGEND:   X = In the file   O = Missing from the file   / = INCOMPLETE OR NEEDS IMPROVEMENT   NA = Not Applicable

Comments:  
See attached comments following checklist results

State of California  
**COMPLIANCE INSPECTION CHECKLIST – PUBLIC SAFETY DISPATCHER**  
POST 1-301 (Rev 01/2012)

Department of Justice  
Commission on Peace Officer Standards and Training  
860 Stillwater Road, Suite 100  
West Sacramento, CA 95605-1630

| DEPARTMENT | PERSON INTERVIEWED | INSPECTED BY | DATE |
|---|---|---|---|
| SAN RAFAEL PD | | M. PICONE | 01/12/2022 |

| NAME | DATE OF HIRE |
|---|---|
| 1. JEGER, LINDSEY M | 10/12/2021 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |
| 6. | |
| 7. | |
| 8. | |
| 9. | |
| 10. | |

| BACKGROUND INVESTIGATION FILE CONTENTS | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| A. Background Narrative (Written Summary in File) | X | | | | | | | | | |
| B. Personal History Statement (POST or Equivalent) | X | | | | | | | | | |
| C. DOJ Fingerprint Return | X | | | | | | | | | |
|     FBI Fingerprint Return | X | | | | | | | | | |
| D. Driving Record (DMV Printout) | X | | | | | | | | | |
| E. Local Agency Checks (Where Applicant has Lived and Worked) | X | | | | | | | | | |
| F. Credit Check | X | | | | | | | | | |
| G. Educational Verification (Certified Transcript) | X | | | | | | | | | |
| H. Citizenship/Age Verification (U.S. Birth or Naturalization Certificate) | X | | | | | | | | | |
| I. Military History (Selective Service Registration or DD 214) | NA | | | | | | | | | |
| J. Dissolution of Marriage | NA | | | | | | | | | |
| K. Employment History (Prior Employment Checks) | X | | | | | | | | | |
| L. Relatives/Personal References | X | | | | | | | | | |
| M. Neighborhood Checks (Neighbors: Past and Present) | X | | | | | | | | | |
| N. Medical Evaluation Report (Signed Clearance Letter) | X | | | | | | | | | |

LEGEND:     X = In the file     O = Missing from the file     / = INCOMPLETE OR NEEDS IMPROVEMENT     NA = Not Applicable

Comments:

CONFIDENTIAL     COSR (Lopez) 004162

| | |
|---|---|
| State of California<br>**COMPLIANCE INSPECTION CHECKLIST - PEACE OFFICER**<br>POST 1-284 (Rev 01/2012) | Department of Justice<br>Commission on Peace Officer Standard and Training<br>860 Stillwater Road, Suite 100<br>West Sacramento, CA 95605-1630 |

The following issues were identified:

ORTIZ-RUBIO, GENESIS

K. Employment History checks were referenced in the investigator's narrative. However, only two former employers/co-workers provided information. Additional information via former identified employer supervisor and co-worker interviews would be beneficial under this tab.

L. Relative/Personal Reference checks were noted in the investigator's narrative, but only three references were named and provided information. However, additional information via identified relative and personal identified interviews would be beneficial under this tab.

M. Neighborhood Checks were referenced in the investigator's narrative, and one neighbor was named and provided information. However, additional, detailed information via former or current neighbor interviews would be beneficial under this tab.