**EXHIBIT "M"**

```
1  DALE L. ALLEN. JR., State Bar No. 145279
   dallen@aghwlaw.com
2  KEVIN P. ALLEN, State Bar No. 252290
   kallen@aghwlaw.com
3  LEORA R. RAGONES, State Bar No. 215423
   lragones@aghwlaw.com
4  ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
   180 Montgomery Street, Suite 1200
5  San Francisco, CA  94104
   Telephone:    (415) 697-2000
6  Facsimile:    (415) 813-2045

7  Attorneys for Defendants
   CITY OF SAN RAFAEL and SAN RAFAEL
8  POLICE DEPARTMENT
```

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JULIO JIMENEZ LOPEZ and YESENIA CRUZ CRUZ,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SAN RAFAEL; SAN RAFAEL POLICE DEPARTMENT; DAISY MAZARIEGOS; BRANDON NAIL; and DOES 1-50, inclusive<br>Defendants. | Case No. 3:23-cv-03652-VC<br><br>**NOTICE OF MANUAL FILING/LODGING IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGEMENT, OR IN THE ALTERNATIVE, SUMMARY ADJUDICATION**<br><br>Hon. Vince Chhabria<br><br>Date:   December 12, 2024<br>Time:   10:00 a.m.<br>Ctrm:   4, 17th Floor<br><br>Trial:   None Set |

PLEASE TAKE NOTICE THAT the following are filed concurrently with this notice, this ECF is in physical form only, and in place of those exhibit letters in their respective declaration:

1. Exhibit "M" to the Declaration of Scott Eberle.

Plaintiffs are already in possession of the contents of this filing. For information on retrieving the filing directly from the Court, please see the court's webpage at www.cand.uscourts.gov.

The filing was not e-filed for the following reasons:

The files are non-graphical/text; it is a digital audio and/or video filed of the incident

1 | copied to a flash drive.

Respectfully submitted,

Dated: November 11, 2024

ALLEN, GLAESSNER,
HAZELWOOD & WERTH, LLP

By: */s/ Dale L. Allen, Jr.*
    DALE L. ALLEN, JR.
    Attorneys for Defendants
    CITY OF SAN RAFAEL and SAN RAFAEL
    POLICE DEPARTMENT

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

2

MSJ – NTC OF MANUAL FILING
CASE # 3:23-CV-03652-VC

696119.1