ANTHONY L. LABEL (SBN 205920)
THEO J. EMISON (SBN 209183)
**THE VEEN FIRM LLP**
20 Haight Street
San Francisco, CA 94102
Tel.: +1 415 673 4800
Fax: +1 415 771 5845
al.team@veenfirm.com
t.emison@veenfirm.com

**LAW OFFICES OF DALE K. GALIPO**
DALE K. GALIPO (SBN 144074)
dalekgalipo@yahoo.com
BENJAMIN S. LEVINE (SBN 342060)
blevine@galipolaw.com
21800 Burbank Blvd, Suite 310
Woodland Hills, CA 91367
Telephone (818) 347-3333
Facsimile (818) 347-4118

Attorneys for Plaintiffs JULIO JIMENEZ LOPEZ and YESENIA CRUZ CRUZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| JULIO JIMENEZ LOPEZ and YESENIA CRUZ CRUZ,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SAN RAFAEL; SAN RAFAEL POLICE DEPARTMENT; DAISY MAZARIEGOS; BRANDON NAIL; and DOES 1-50, inclusive,<br><br>Defendants. | CASE NO. 3:23-CV-03652-VC<br><br>*Hon. Vince Chhabria*<br><br>**PLAINTIFFS' REQUEST TO APPEAR REMOTELY AT DECEMBER 12, 2024 SUMMARY JUDGMENT HEARING**<br><br>*[Proposed Order filed concurrently herewith]*<br><br>Date: December 12, 2024<br>Time: 10:00 a.m.<br>Ctrm: 4, 17th Floor |

**TO THE HONORABLE COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD HEREIN:**

Counsel for Plaintiffs hereby respectfully request to be allowed to appear remotely (by Zoom or other web conference platform) at the oral argument for the Motion for Summary

Judgment filed by Defendants City of San Rafael and San Rafael Police Department [Dkt. 67]. That Motion, which seeks summary judgment as to Plaintiffs' *Monell* claims only, is currently set for an in-person hearing on December 12, 2024, at 10:00 a.m. [Dkt. 64, 67.] The offices of Plaintiffs' counsel who are briefing Plaintiffs' opposition to the City's motion and will be presenting oral argument for Plaintiffs are in Woodland Hills, California. Round-trip travel to and from San Francisco for the December 12 hearing would require the better part of or an entire business day. Although counsel understand that the Court generally holds hearings on summary judgment motions in person, counsel respectfully submit that allowing a remote appearance for this hearing would allow them time to fulfil additional obligations apart from those in this case. Additionally, counsel's office will be holding a holiday celebration on December 12 at 6 p.m. (which was planned prior to the setting of the current date for this hearing), and traveling to San Francisco may leave counsel unable to attend. Prior to submitting this request, Plaintiffs' counsel contacted counsel for Defendants regarding this request, and Defendants' counsel advised they had no objection to this request.

Respectfully submitted,

DATED: November 13, 2024        By:   */s/ Dale K. Galipo*
　　　　　　　　　　　　　　　　　　　Dale K. Galipo (SBN 144074)
　　　　　　　　　　　　　　　　　　　dalekgalipo@yahoo.com
　　　　　　　　　　　　　　　　　　　Benjamin S. Levine (SBN 342060)
　　　　　　　　　　　　　　　　　　　blevine@galipolaw.com
　　　　　　　　　　　　　　　　　　　**LAW OFFICES OF DALE K. GALIPO**
　　　　　　　　　　　　　　　　　　　Anthony Label (SBN 205920)
　　　　　　　　　　　　　　　　　　　a.label@veenfirm.com
　　　　　　　　　　　　　　　　　　　Theo Emison (SBN 209183)
　　　　　　　　　　　　　　　　　　　t.emison@veenfirm.com
　　　　　　　　　　　　　　　　　　　**THE VEEN FIRM LLP**
　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs