1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9         NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

10

11   JULIO JIMENEZ LOPEZ and YESENIA          Case No. 3:23-CV-03652-VC
     CRUZ CRUZ,
12                                            *Honorable Vince Chhabria*

13              Plaintiffs,
                                              **[PROPOSED] ORDER RE: PLAINTIFFS'**
14          v.                                **REQUEST TO APPEAR REMOTELY AT**
                                              **DECEMBER 12, 2024 SUMMARY**
15                                            **JUDGMENT HEARING**
     CITY OF SAN RAFAEL; SAN RAFAEL
16   POLICE DEPARTMENT; DAISY
     MAZARIEGOS; BRANDON NAIL; and            Date: December 12, 2024
17   DOES 1-50, inclusive,                    Time: 10:00 a.m.

18
                Defendants.
19

20

21                              **[PROPOSED] ORDER**

22          Having considered the request by counsel for Plaintiffs to appear remotely at the oral

23   argument for Defendants City of San Rafael's and San Rafael Police Department's Motion for

24   Summary Judgment as to Plaintiffs' *Monell* claims, scheduled for December 12, 2024, at 10:00

25   a.m., the Court hereby GRANTS the request. Counsel for Plaintiffs may appear by Zoom using the

26   Court's Public Hearings link on December 12, 2024.

27

28

                                                              Case No. 3:23-CV-03652-VC

1    **IT IS SO ORDERED**.

2

3
     DATED: _____, 2024
4

5

6                                                      _____
                                                       HONORABLE VINCE CHHABRIA
7                                                      UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 3:23-CV-03652-VC
[PROPOSED] ORDER RE: PLAINTIFFS' REQUEST TO APPEAR REMOTELY AT DECEMBER 12, 2024
SUMMARY JUDGMENT HEARING