ANTHONY L. LABEL (SBN 205920)
THEO J. EMISON (SBN 209183)
**THE VEEN FIRM LLP**
20 Haight Street
San Francisco, CA  94102
Tel.: +1 415 673 4800
Fax: +1 415 771 5845
al.team@veenfirm.com
t.emison@veenfirm.com

**LAW OFFICES OF DALE K. GALIPO**
DALE K. GALIPO (SBN 144074)
dalekgalipo@yahoo.com
BENJAMIN S. LEVINE (SBN 342060)
blevine@galipolaw.com
21800 Burbank Blvd, Suite 310
Woodland Hills, CA 91367
Telephone (818) 347-3333
Facsimile (818) 347-4118

Attorneys for Plaintiffs JULIO JIMENEZ LOPEZ and YESENIA CRUZ CRUZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| JULIO JIMENEZ LOPEZ and YESENIA CRUZ CRUZ,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SAN RAFAEL; SAN RAFAEL POLICE DEPARTMENT; DAISY MAZARIEGOS; BRANDON NAIL; and DOES 1-50, inclusive,<br><br>Defendants. | CASE NO. 3:23-CV-03652-VC<br><br>*Hon. Vince Chhabria*<br><br>**DECLARATION OF BENJAMIN S. LEVINE IN SUPPORT OF PLAINTIFFS' OPPOSITION TO MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, SUMMARY ADJUDICATION AS TO THE THIRD THROUGH SIXTH (*MONELL*) CAUSES OF ACTION** |

**DECLARATION OF BENJAMIN S. LEVINE**

I, Benjamin S. Levine, declare as follows:

1. I am an attorney duly licensed to practice law in the State of California, and the Northern District of California. I make this declaration in support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment, or in the Alternative, Summary Adjudication as to the Third Through Sixth (*Monell*) Causes of Action. I have personal knowledge of the facts contained herein and could testify competently thereto if called.

2. Attached hereto as "**Exhibit A**" is a true and correct copy of the video recording captured by Brandon Nail's body-worn camera on July 27, 2022, produced by Defendants during discovery in this matter, to be lodged separately with the Court.

3. Attached hereto as "**Exhibit B**" is a true and correct copy of the relevant portions of the transcript of the August 15, 2024, Deposition of Oscar Ocon.

4. Attached hereto as "**Exhibit C**" is a true and correct copy of the video recording captured by Oscar Ocon's body-worn camera on July 27, 2022, produced by Defendants during discovery in this matter, to be lodged separately with the Court.

5. Attached hereto as "**Exhibit D**" is a true and correct copy of the supplemental report regarding the incident prepared by Brandon Nail, produced by Defendants during discovery in this matter.

6. Attached hereto as "**Exhibit E**" is a true and correct copy of the report regarding the incident prepared by Daisy Mazariegos, produced by Defendants during discovery in this matter.

7. Attached hereto as "**Exhibit F**" is a true and correct copy of the relevant portions of the transcript of the August 15, 2024, Deposition of David Spiller.

8. Attached hereto as "**Exhibit G**" is a true and correct copy of a letter from David Spiller to Brandon Nail, dated May 11, 2023, produced by Defendants during discovery in this matter.

9. Attached hereto as "**Exhibit H**" is a true and correct copy of the relevant portions of the transcript of the August 16, 2024, Deposition of Scott Eberle.

10. Attached hereto as "**Exhibit I**" is a true and correct copy of a Notice of Depositions of Persons Most Knowledgeable, dated July 2, 2024, and served by Plaintiffs on Defendants during discovery in this matter.

11. Attached hereto as "**Exhibit J**" is a true and correct copy of the relevant portions of the transcript of the October 30, 2024, Deposition of Thomas Chaplin.

12. Attached hereto as "**Exhibit K**" is a true and correct copy of the relevant portions of the expert report prepared by Thomas Chaplin, dated September 20, 2024, and served by Defendant City on Plaintiffs during discovery in this matter.

13. Attached hereto as "**Exhibit L**" is a true and correct copy of the relevant portions of the transcript of the January 13, 2023, internal affairs interview of Brandon Nail, produced by Defendants during discovery in this matter.

14. Attached hereto as "**Exhibit M**" is a true and correct copy of the relevant portions of the transcript of the January 11, 2023, internal affairs interview of Oscar Ocon, produced by Defendants during discovery in this matter.

I declare under penalty of perjury of the laws of the United States of America, that the foregoing is true and correct. Executed on November 21, 2024, at Woodland Hills, California.

*/s/ Benjamin S. Levine*
Benjamin S. Levine

Case No. 3:23-CV-03652-VC
DECLARATION OF BENJAMIN S. LEVINE