# Exhibit A

**Manually Lodged with Court**