Exhibit B

```
 1                    UNITED STATES DISTRICT COURT

 2                   NORTHERN DISTRICT OF CALIFORNIA

 3

 4   JULIO JIMENEZ LOPEZ and YESENIA CRUZ, )
                                           )
 5              Plaintiffs,                )
                                           )
 6              vs.                        )Case No.
                                           )3:23-CV-03652-VC
 7   CITY OF SAN RAFAEL; SAN RAFAEL POLICE )
     DEPARTMENT; DAISY MAZARIEGOS; BRANDON )
 8   NAIL; and DOES 1-50, inclusive,       )
                                           )
 9              Defendants.                )
     _____)
10

11

12

13

14         REMOTE VIDEOCONFERENCE DEPOSITION OF

15                        OSCAR O'CON

16                  FRIDAY, AUGUST 15, 2024

17

18

19

20

21

22

23   Reported Stenographically By:

24   Jinna Grace Kim, CSR No. 14151

25   Job No.:  85934
```

Page 2

1                    UNITED STATES DISTRICT COURT

2                   NORTHERN DISTRICT OF CALIFORNIA

3

4    JULIO JIMENEZ LOPEZ and YESENIA CRUZ, )
                                            )
5              Plaintiffs,                  )
                                            )
6              vs.                          )Case No.
                                            )3:23-CV-03652-VC
7    CITY OF SAN RAFAEL; SAN RAFAEL POLICE )
     DEPARTMENT; DAISY MAZARIEGOS; BRANDON  )
8    NAIL; and DOES 1-50, inclusive,        )
                                            )
9              Defendants.                  )
     _____)
10

11

12

13

14         The remote videoconference deposition of OSCAR

15   O'CON, taken on behalf of the Plaintiffs, beginning at 1:34

16   p.m., and ending at 3:50 p.m., on Friday, August 15, 2024,

17   before Jinna Grace Kim, Certified Stenographic Shorthand

18   Reporter No. 14151.

19

20

21

22

23

24

25

Page 11

1  Q.  And as a corporal, what were your additional duties
2  or responsibilities?
3  A.  So.  Besides FTO?
4  Q.  Yeah.  Besides the field training officer were there
5  other additional duties or responsibilities?
6  A.  So besides that as affiliate with my position as a
7  corporal, it was basically bouncing between a supervisor like
8  a sergeant and a patrol officer.  So there was times where I
9  would be responsible with being responsible for a specific
10 beat area where I was on patrol and responding to calls for
11 service, and then at times when there was no supervisor
12 present or if the supervisor was busy on other stuff, other
13 work, other incidents, then I was the either the acting
14 supervisor.
15      So whether it was for an entire team or for a
16 specific incident.
17 Q.  And that's in part because your rank as corporal
18 would be above that of just a patrol officer?
19 A.  Correct.
20 Q.  Now, were you familiar with the department's
21 policies related to use of force incidents?
22      And I'll break it down for you.
23      Number one, did you know that if an officer was
24 involved in a reportable use of force, that there normally
25 was a report written by the involved officer?

1    required to write this report?  Would it be that shift, the
2    next shift, within a day or two?
3         What was your general understanding?
4    A.   Within that shift.
5    Q.   And then if more than one officer used force, they
6    would each have to write their separate reports; is that
7    fair?
8    A.   Generally, yes.
9    Q.   And then what would the officers do with their
10   reports?
11   A.   They would turn them into the on-duty supervisor who
12   was approving the reports.
13   Q.   And in this incident with Officer Nail and Officer
14   Mazariegos and Mr. Lopez, did you at some point arrive
15   on-scene?
16   A.   I did.
17   Q.   And when you arrived on-scene, to your knowledge,
18   were you the supervising officer?
19   A.   I was.
20   Q.   And is that because what we talked about earlier,
21   you had a higher rank?
22   A.   It was because I was the designated supervisor of
23   that shift.  There was no other supervisor on-duty at a
24   sergeant's capacity.
25   Q.   Okay.  So am I understanding you correctly, that on

1  that shift there was not a supervisor available.  So because
2  you were a corporal, you were designated as the supervising
3  officer?
4     A.   Yes.
5     Q.   And when you responded to the scene, at some point
6  did you become aware that some force had been used against
7  Mr. Lopez?
8     A.   Sorry.  Can you repeat that, please.
9     Q.   Sure when.  You got to the scene, at some point did
10 you become aware that Mr. Lopez was bleeding or injured?
11    A.   Yes.
12    Q.   And did you become aware at some point after getting
13 to the scene, that some force had been used against
14 Mr. Lopez?
15    A.   I did.
16    Q.   And what force did you become aware of?
17         Was it a take-down?  Punch?  What did you learn?
18    A.   So again, this is -- I understand I kind of prefaced
19 this.  This -- a lot of this is coming from over two years
20 ago.  I'm trying to account a lot of the things happened.
21 Again, my memory is pretty fuzzy of the event and what took
22 place.  I am going to try to recall as much as I possibly
23 can.
24         If I can't, I'm going to try to give you my best
25 reasonable answer for you, but again, I -- the certainty of

Page 52

```
 1    Q.   Was it discussed what was going to be the subject
 2    matter of your testimony?
 3    A.   Yes.
 4    Q.   What was discussed in that regard?
 5    A.   From what I can recollect, my only portion was to
 6    introduce pieces of evidence.
 7    Q.   Profanity, is that something that is, if you know,
 8    is that customarily used by officers from that department?
 9         MR. KRUCKENBERG:   Objection as to vague.
10         When would profanity be used.
11    BY MR. GALIPO:
12    Q.   You may answer.
13    A.   I don't understand your question, still.
14    Q.   Well, do you recall in this case that there was
15    profanity used by Officer Nail against Mr. Lopez?
16    A.   I believe so.
17    Q.   And was that unusual in your experience, officers
18    from that department using profanity against individuals?
19    A.   Again, that's vague, against.  I would say profanity
20    has been and was used in law enforcement, and in my capacity
21    as a police officer there, I had seen individuals in the past
22    use profanity.
23    Q.   Do you know if there was any policy or custom
24    regarding using profanity?
25    A.   I believe there was a policy with profanity.
```