# Exhibit C

**Manually Lodged with Court**