# Exhibit D

| | SAN RAFAEL POLICE DEPARTMENT | Page 6 |
|---|---|---|
| | 1375 FIFTH AVE   SAN RAFAEL, CA 94901   415-485-3000 | SR22-05221 |
| | SUPPLEMENT 1 | |

**Supplemental Report:**

On 07/27/22, at approximately 1853 hours, I responded to Windward Way to assist Ofc. Mazariegos who was out with several people. As Ofc. Mazariegos was broadcasting her location over the SRPD radio, I could hear her tell someone to sit down several times.

When I arrived, Ofc. Mazariegos had (SA) Julio Jimenez Lopez, (CI) Andres Jimenez Velasquez, and (CI) Pedro Resendiz Camach seated on the curb. All around Lopez, Velasquez, and Camach were numerous empty beer bottles ranging from twelve ounces bottles to forty ounces bottles. Additionally, I noticed Lopez displayed objective signs of alcohol intoxication.

During this time, Ofc. Mazariegos was talking to the three males in Spanish. As I watched the interaction, I could tell Lopez was arguing with Ofc. Mazariegos and his tone and level was escalating. Lopez stood up at one point, and Ofc. Mazariegos instructed him in Spanish to sit back down several times. Lopez did not follow Ofc. Mazariegos' commands and continued to stand. At this point, I told Lopez in English to sit down, or he would be placed in handcuffs. Lopez acknowledged my commands and got into a squat position. Lopez stayed in this position for a short time before standing back up. Ofc. Mazariegos again instructed Lopez to sit down, and he refused.

At this point, Ofc. Mazariegos and I decided to detain Lopez in handcuffs due to his level of intoxication coupled with him not following numerous commands to stay in a seated position. As Ofc. Mazariegos and I approached, I took control of Lopez's left arm while Ofc. Mazariegos took control of his right. As soon as I grabbed onto his arm, Lopez tensed up and pulled his arms into his chest. Due to Lopez physically resisting, I feared if he got free, he would either physically attack us or attempt to flee. I placed my right leg in front of Lopez's legs and pulled his body over my leg, causing him to fall to the ground taking me with him.

Once on the ground, Lopez escalated his behavior from resisting to actively fighting me. Lopez reached his right arm around the back of my neck and started to squeeze in an attempt to put me in a headlock. Before Lopez was able to gain control of my head, I was able to tuck my chin into my chest and push Lopez away from me, forcing his arm off the back of my neck. When Lopez lost control of my head, he began to swing his right hand at my head, striking me several times on the left side and back of my head. While Lopez and I were struggling, he grabbed onto my outer patrol carrier vest. On my vest, I have my collapsible baton, oleoresin capsicum spray, and conductive electrical weapon. Fearing that Lopez would gain control of one of the weapons and further his attack, I punched Lopez one time in the face with my right hand.

After punching Lopez, he stopped his attack, and Ofc. Mazariegos and I were able to get him onto his stomach. Once on his stomach, Lopez continued to resist Ofc. Mazariegos and I by tucking his arms under his chest to prevent us from placing him in handcuffs. After a short struggle, Ofc. Mazariegos and I were able to gain control of his right arm, and I pulled it behind his back. Once his right hand was behind his back, Ofc. Mazariegos was able to gain control of his left arm and pull it behind his back. Ofc. Mazariegos then placed Lopez into handcuffs, where she checked them for proper fit and double-locked them. After Lopez was secured in handcuffs, I requested the SRFD respond to tend to Lopez's injuries. Ofc. Mazariegos and I then put on gloves due to Lopez

| Prepared By: | Date: | Approved By: | | Date: |
|---|---|---|---|---|
| 641   NAIL, BRANDON | 07/27/2022 | | #605 | 7/27/22 |
| [X] *BODY CAMERA RECORDED* | | | | |

**CONTROLLED DOCUMENT RELEASED TO:**   DT:   BY:

| SAN RAFAEL POLICE DEPARTMENT | Page 7 |
|---|---|
| 1375 FIFTH AVE   SAN RAFAEL, CA 94901   415-485-3000 <br> **SUPPLEMENT 1** | SR22-05221 |

bleeding. While Ofc. Mazariegos was putting on her gloves, Lopez attempted to roll over to his right and kick his legs. Due to him starting to kick, I placed my left knee on the back of his right thigh to prevent him from rolling over and allowing Ofc. Mazariegos time to put her gloves on. I kept my knee in this position until I got my gloves on.

After we both had gloves on, we rolled Lopez into the recovery position on his right side and searched him for weapons. After checking him for weapons, We sat him in the back of Ofc. Mazariegos' patrol vehicle until SRFD arrived.

During the incident, I received scrapes to both of my knees from the ground. I photographed my injuries and entered the photographs into RIMS.

**Case Status:** Attach to the original report.

| Prepared By: | Date: | Approved By: | Date: |
|---|---|---|---|
| 641   NAIL, BRANDON <br> [X] *BODY CAMERA RECORDED* | 07/27/2022 | | |

CONTROLLED DOCUMENT RELEASED TO:   DT:   BY:

CONFIDENTIAL                                    COSR (Lopez) 000012