# Exhibit E

# SAN RAFAEL POLICE DEPARTMENT

**1375 FIFTH AVE    SAN RAFAEL, CA 94901    415-485-3000**
**INCIDENT REPORT**

Page 1
Case SR22-05221

## OFFENSES

| F/M | A/C | Offenses | |
|---|---|---|---|
| M | C | 647(F) PC | Disorderly conduct:alcohol |
| I | C | 25620 (A) BP | Open container: public space |
| M | C | 148(A)(1) PC | Obstruct/resist/etc public/peace officer/emergency med tech - Simple |
| F | C | 69(A) PC | Obstruct/resist exec ofcr - Simple |
| M | C | 243(B) PC | Battery on peace officer/emergency personnel/etc - Simple |

| Date Occurred | Time Occurred | Incident # |
|---|---|---|
| 07/27/2022 | 1853 | 2207270086 |

| Date Reported | Time Reported |
|---|---|
| 07/27/2022 | 1853 |

Related Cases

| Date Printed | Time Printed | Printed By |
|---|---|---|
| 07/28/2022 | 01:52:48 | 639 |

| Latitude | Longitude |
|---|---|
| 37.960040 | -122.498880 |

COPY

| Location | Beat | Area | Disposition | Dispo Date |
|---|---|---|---|---|
| Windward Wy, San Rafael, CA 94901 | 3 | | Cleared by Arrest | 07/27/2022 |

| Location Type | Location of Entry | Method of Entry | Point of Entry | Alarm System | Means of Attack (Robbery) |
|---|---|---|---|---|---|
| | | | | | |

**Victim:** Nail, Brandon
**Drivers License:** D8313160 CA
**Cell Phone:**
**Email:**

**Residence Address:** 1375 Fifth Ave, San Rafael, CA 94901
**Notified of Victim Rights:** No
**Residence Phone:** 415-485-3000
**DOB:** 12/29/1989
**Age:** 32
**Sex:** M
**Race:** W

**Business Name and Address:**
**Business Phone:**
**Height:** 6'2"
**Wt:** 250
**Hair:** BRO
**Eyes:** GRN

**Assistance Rendered/Victim Disposition:** Left Under Own Power
**Transporting Agency:**
**Means of Attack (Assaults):**

**Description of Injuries:** Apparent Minor Injury
**Other Information:**

| Name | Drivers License | Cell Phone | Email | | | |
|---|---|---|---|---|---|---|
| | | | | | | |
| Residence Address | | Residence Phone | DOB | Age | Sex | Race |
| | | | | | | |
| Business Name and Address | | Business Phone | Height | Wt | Hair | Eyes |

**Suspect Arrested:** Jimenez Lopez, Julio
**Action Taken:** On-View Arrest
**Charges:** 148(A)(1) PC, 243(B) PC, 25620 (A) BP, 647(F) PC, 69(A) PC

**Residence Address:** 34 Ayala Court, San Rafael, CA 94903
**Residence Phone:** 261-2007
**DOB:** 12/20/1985
**Age:** 36
**Sex:** M
**Race:** H

**Business Name and Address:**
**Business Phone:**
**Height:** 5'
**Wt:** 130
**Hair:** BRO
**Eyes:** BRO

**Identifying Features:**
**Cell Phone:**
**Drivers License:** Y6474271 CA
**Arrest Number:** 28174

**Aliases:**
**CII:**

*This instrument is a correct copy of the original on file in this office*
*Attest:*
*SEP 0 6 2022*
*David C. Spiller, Police Chief*
*San Rafael Police Department*
*By: C Tayne #394*

## VEHICLES

| Status | Vehicle Make and Model | License/State | VIN | Val Damgd |
|---|---|---|---|---|
| Involved | 2007 Tan Toy Tac | 84149B2 CA | 5TEMU52N67Z376207 | |

## OFFICERS

| Prepared By | Date | Assisted By | Approved By | Date |
|---|---|---|---|---|
| 639 - Mazariegos, Daisy | 07/27/2022 | | Osson O #605 | 7/28/22 |

| Routed To | Date | Routed To | Date | Notes |
|---|---|---|---|---|
| DA | | | | |

**CONTROLLED DOCUMENT RELEASED TO:** DT: BY:

| SAN RAFAEL POLICE DEPARTMENT | | Page 2 |
|---|---|---|
| 1375 FIFTH AVE   SAN RAFAEL, CA 94901   415-485-3000<br>INCIDENT REPORT | | Case<br>SR22-05221 |

| Cited Person<br>Jimenez Velasquez, Andres | Action Taken<br>Summoned/Cited | Charges<br>25620 (A) BP | | | |
|---|---|---|---|---|---|
| Residence Address<br>35 Ayala Court, San Rafael, CA 94901 | Residence Phone | DOB<br>11/30/1996 | Age<br>25 | Sex<br>M | Race<br>H |
| Business Name and Address | Business Phone | Height<br>5`3" | Wt<br>145 | Hair<br>BLK | Eyes<br>BRO |
| Identifying Features | Cell Phone | Drivers License | | Arrest Number<br>28175 | |
| Aliases | | | | CII | |

| Cited Person<br>Resendiz Camach, Pedro | Action Taken<br>Summoned/Cited | Charges<br>25620 (A) BP | | | |
|---|---|---|---|---|---|
| Residence Address<br>40325TH St, Richmond, CA 94804 | Residence Phone<br>415 412 3495 | DOB<br>08/01/2000 | Age<br>21 | Sex<br>M | Race<br>H |
| Business Name and Address | Business Phone | Height<br>5`6" | Wt<br>120 | Hair<br>BLK | Eyes<br>BRO |
| Identifying Features | Cell Phone<br>510-660-3745 | Drivers License | | Arrest Number<br>28176 | |
| Aliases | | | | CII | |

**CONTROLLED DOCUMENT RELEASED TO:**   DT:   BY:

| | | |
|---|---|---|
| | **SAN RAFAEL POLICE DEPARTMENT** | Page 3 |
| | 1375 FIFTH AVE    SAN RAFAEL, CA 94901    415-485-3000 | SR22-05221 |
| | **NARRATIVE** | |

**SUMMARY:** Julio Jimenez, Andres Velazquez, and Pedro Resendiz were contacted by Jimenez's vehicle on WindwardWay. There were multiple bottles of beer scattered around them. All three males were given commands to sit down and stay seated on a nearby curb. Jimenez displayed objective signs of being under the influence of an alcoholic beverage and could not follow simple commands. Due to him not complying to commands, Officer Nail and I stepped in to detain him in handcuffs. Jimenez tensed up and began moving his arms to prevent us from handcuffing him. Officer Nail took Jimenez to the ground. As Jimenez was going down to the ground, he placed Officer Nail into a headlock and then grabbed Officer Nail by his outer carrier vest. To prevent Jimenez from grabbing items from his vest, Officer Nail punched Jimenez once in the face causing Jimenez to let go. Jimenez was arrested and booked at MCJ for 647(f) PC, 243(b) PC, 148(a)(1) PC, 69(a) PC, and 25620(a) BP. Velazquez and Resendiz were cited for 25620(a) PC.

**OFFICERS INVOLVED:**
Officer Mazariegos: Primary- BWC on.
Officer Nail: Cover- BWC on.
Officer Gamble: Cover- BWC on.
Officer Ahlenslager: Cover- BWC on.
Officer Chiu: Cover- BWC on.
Corporal Ocon: OIC- BWC on.

**PHYSICAL CONDITIONS:**
Julio Jimenez showed objective signs of alcohol intoxication. Jimenez had a strong odor of an alcoholic beverage emitting from his person, slurred speech, unsteady gait, and red watery eyes.

**USE OF FORCE:**
Throughout the contact with Julio Jimenez, he was told to sit down. Jimenez continued to stand up and failing to listen to commands. Due to Jimenez not listening to commands, Officer Nail and I decided we were going to detain Jimenez in handcuffs. As I attempted to place Jimenez into handcuffs, Jimenez began tensing his body and moving his arms to prevent Officer Nail and I from placing him into handcuffs. Officer Nail placed his right leg in front of Jimenez's left leg and pulled Jimenez's body forward, causing him to trip over Officer Nail's foot. As this was occurring we all fell to the ground. While on the ground, I was attempting to gain control of Jimenez's right arm but he kept wildly swinging his right arm around. Seeing that Jimenez kept moving around I told him to "stop" twice.

Jimenez at this point was holding on to Officer Nail outer-carrier vest which contains his collapsible baton, oleoresin capsicum spray, and conductive electrical weapon. Officer Nail then punched Jimenez once on his face with a closed fist. Officer Nail told Jimenez to get on the ground. At this time Jimenez was on the ground but had his hands tucked under him. I gave Jimenez commands to put his hands on his back approximately 5 times before we were able to get him into handcuffs.

Jimenez complained of pain to his back, knees, and face. Jimenez had blood running from his nose all the way down to his chin due to him being punched. Jimenez also had scrapes on his knees.

| Prepared By: | Date: | Approved By: | Date: |
|---|---|---|---|
| 639    MAZARIEGOS, DAISY | 07/27/2022 | | |
| [X] *BODY CAMERA RECORDED* | | | |

**CONTROLLED DOCUMENT RELEASED TO:**    DT:    BY:

| | SAN RAFAEL POLICE DEPARTMENT | Page 4 |
|---|---|---|
| | 1375 FIFTH AVE   SAN RAFAEL, CA 94901   415-485-3000<br>**NARRATIVE** | SR22-05221 |

Officer Nail and I sustained some scrapes to our knees from when we fell to the ground.

**NARRATIVE:**
On 07/27/2022 at approximately 1853 hours, I was on patrol, driving a marked SRPD patrol vehicle, and wearing my full patrol uniform. At the above-mentioned time, I was driving through Windward Way toward Bellam Blvd when I saw a group of three males standing by a 2007 tan Toyota Tacoma (CA-84149B2). One of the males, later identified as Andres Resendiz, had an open beer in his hand. There were approximately 15 beer bottles scattered around them. I exited my patrol vehicle and ordered the male with the beer in his hand to put the bottle down and for all three males to sit down on a nearby curb. One of the males, Julio Jimenez, was standing next to the Toyota whose driver door was open. Jimenez had to be told approximately 5 times to sit down before walking away from the vehicle and sitting down. While Jimenez walked over to the curb to sit, I noticed he had an unsteady gait. The other two males, Resendiz and Andes Jimenez Velasquez, sat down with no issue.

It should be noted that all three males spoke Spanish. I am a fluent Spanish-speaking officer per the SRPD. During the incident I found out that Jimenez spoke and understood both English and Spanish. I communicated with all three individuals primarily in Spanish but at times I spoke to them in English. I also gave all my instructions and commands in Spanish so that all three subjects could understand.

I asked Jimenez, Resendiz, and Vasquez if they knew it was illegal to be drinking out in public. Jimenez then stated he knew it was illegal to drink in public. Jimenez then stated they were unable to drink in their residence because the other renters did not like it. Jimenez then stated that was the reason why they decided to drink out in public. I then pointed to all the empty beer bottles that were on the ground. I asked them about the bottles and the fact they had made a mess in the area. Jimenez stated that if he would have known that the police was going to drive by, they would not have made that big of a mess.

It should be noted that all three of the males appeared to be under the influence of an alcoholic beverage. Due to Jimenez being the one talking to me the most, I noticed he also had red watery eyes and slurred speech.

I asked all three males for their ID's. Jimenez then stood up at which point I told him to sit down and just hand me his identification card. Jimenez stated he had to stand in order to get his ID. Officer Nail then told Jimenez again to sit down or he would be placed in handcuffs. Shortly after, I gave Jimenez the same commands again to sit down. Jimenez then sat down. I then instructed Jimenez to take out his ID. Velasquez already had his ID in his hand and handed it to me. I once again directed my attention to Jimenez and told him to take out his ID. Jimenez took out his ID from his wallet and stood up again at which point I told him three times to sit down. After the third time I told him to sit down, I decided I would detain Jimenez in handcuffs since he was unable to follow commands. I feared that Jimenez's lack of cooperation was a precursor to him fleeing the area, or attempting to engage in a physical altercation with Officer Nail or me. Given that there were three subjects versus only Officer Nail and me plus the fact that there were many bottles (potential weapons) nearby I believed it was imperative to gain control of this incident by detaining Jimenez.

I grabbed Jimenez's right arm and Officer Nail grabbed his left arm. Jimenez began tensing up his arms and body and began moving his arms side to side preventing us from placing him into handcuffs. Due to Jimenez

| Prepared By: | Date: | Approved By: | Date: |
|---|---|---|---|
| 639   MAZARIEGOS, DAISY<br>[X] *BODY CAMERA RECORDED* | 07/27/2022 | | |

**CONTROLLED DOCUMENT RELEASED TO:**   DT:   BY:

continuing to be uncooperative, Officer Nail placed his right leg in front of Jimenez's left leg and pulled Jimenez's body forward, causing him to trip over Officer Nail's leg. As this was occurring we all fell to the ground. While on the ground, I was attempting to gain control of Jimenez's right arm but he kept wildly swinging his right arm around. Seeing that Jimenez kept moving around I told him to "stop" twice. Jimenez at this point was holding on to Officer Nail outer-carrier vest which contains his collapsible baton, oleoresin capsicum spray, and conductive electrical weapon. Officer Nail then punched Jimenez on his face with a closed fist. Officer Nail told Jimenez to get on the ground. At this time, Jimenez was on the ground in the prone positing with his hands tucked underneath him. I gave Jimenez commands to put his hands on his back approximately 5 times before we were able to get him into handcuffs. As I was handcuffing Jimenez the following dialog occurred between us:

- Jimenez: I not do anything
- Ofc. Mazariegos: I told you to sit down and you didn't sit down.
  (Jimenez then pulled his left arm away from me)
- Ofc. Mazariegos: Stop moving your hand. Just leave it on your back
- Jimenez: I didn't do anything
- Jimenez: Esto es una injusticia enserio tu senora (women this is seriously an injustice)
- Ofc. Mazariegos: Yo te di intrucciones de que te sentaras (I gave you commands to sit down)
- Jimenez: Si, e si pero (Yes, but)
- Ofc. Mazariegos: Te parastes si o no? (Did you stand up yes or no?)
- Jimenez: Si si si pero... (Yes yes yes but...)
- Ofc. Mazariegos: Okay entonces callate porque si te uvieras quedado sentado no te uviera pasado (Okay then be quite because if you would have stayed seated this wouldn't have happened)
- Jimenez: Pero tenia que pararme para agarrar mi identificacion (But I had to stand up to get my ID)
- Ofc. Mazariegos: Ya lo tenias en tu mano (You already had it in your hand)
- Jimenez: Si pero es que... (Yes but it that...)

It should be noted that while this conversation was happening, Officer Nail requested SRFD to have Jimenez checked for injuries. Refer to Officer Nail's supplemental report for further detail.

I conducted a pat search on Jimenez for weapons but none were found. Officer Nail and I assisted Jimenez into getting on his feet and he was placed in the back of my patrol vehicle. Jimenez's nose was actively bleeding and the blood ran from his nose down to his chin.

I spoke with Vasquez and Resendi who stated the beers on the right side of the vehicle were all theirs. It should be noted that there was a mixture of 12 fl oz and 40 fl oz of beer bottles everywhere. Due to them stating they had been drinking and there being numerous open containers around them, I had Officer Gamble and Officer Ahlenslager cite Resendi and Vasquez for possession of open container in public, 25620(a) BP, per my request. Vasquez and Resendi both signed the citation and were released from the scene.

Officer Ahlenslager took pictures of all the beer bottles located in the area where Jimenez, Vasquez, and Resendi were contacted. The pictures were later uploaded to the case.

| Prepared By: | Date: | Approved By: | Date: |
| --- | --- | --- | --- |
| 639   MAZARIEGOS, DAISY | 07/27/2022 | | |
| [X] BODY CAMERA RECORDED | | | |

**SAN RAFAEL POLICE DEPARTMENT**

1375 FIFTH AVE   SAN RAFAEL, CA 94901   415-485-3000

**NARRATIVE**

Page 6
SR22-05221

Due to Jimenez displaying objective signs of being under the influence of alcohol and not being able to care for himself which was displayed by him being unable to follow simple instructions and deciding to fight the police, he was in violation of 647(f) PC. Due to Jimenez admitting he had been drinking and that the open containers on the street was theirs, he was in violation of 25620(a) BP. Due to Jimenez resisting Officer Nail and I while attempting to place him into handcuffs, he was in violation of 148(a)(1) PC. Due to Jimenez attempting to get Officer Nail into a headlock and grabbing onto his outer-carrier vest, he was in violation of 69(a) PC and 243(b) PC.

At this point, Jimenez was under arrest for the above mentioned charges. SRFD arrived and checked on Jimenez's injuries. Jimenez complained to them of pain on his back, knees, and face. SRFD firefighters checked Jimenez and stated he did not have any broke bones or lacerations to his mouth or nose and did not deem it necessary to be transported to the hospital by ambulance. Officer Gamble took pictures of Jimenez after the SRFD firefighters had examined him. The pictures were later uploaded to the case.

Officer Nail and I later checked ourselves for any injuries. Both of us had scrapes to our knees that occurred when we fell to the ground. We photographed our injuries and those pictures were also added to the case.

I took Jimenez out of the back of my patrol vehicle and conducted a search incident to arrest where nothing illegal was located. I then placed Jimenez in the back of Officer Gamble's patrol vehicle. I requested Officer Gamble transport Jimenez to Marin General Hospital (MGH) due to Jimenez complaining of pain to his back, knees, and face. After further examination at MGH, Officer Gamble was advised by the hospital personnel that Jimenez's x-rays and CAT scan came back clear and he did not require further medical care. They had advised Jimenez to take Tylenol for pain since he stated he was sore. Officer Gamble transported Jimenez to the Marin County Jail where he was booked for 647(f) PC, 25620(a) BP, 148(a)(1) PC, 69(a) PC, and 243(b) PC.

**CASE STATUS:** Cleared by Adult Arrest

| Prepared By: | Date: | Approved By: | Date: |
|---|---|---|---|
| 639   MAZARIEGOS, DAISY<br>[X] *BODY CAMERA RECORDED* | 07/27/2022 | | |

CONTROLLED DOCUMENT RELEASED TO:       DT:        BY: