# Exhibit I

**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (Bar No. 144074)
dalekgalipo@yahoo.com
Benjamin S. Levine (Bar No. 342060)
blevine@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO JIMENEZ LOPEZ and YESENIA CRUZ,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SAN RAFAEL; SAN RAFAEL POLICE DEPARTMENT; DAISY MAZARIEGOS; BRANDON NAIL; and DOES 1-50, inclusive,<br><br>Defendants. | **CASE NO. 3:23-cv-03652-VC**<br>*District Judge: Hon. Vince Chhabria*<br>*Magistrate Judge: Lisa J. Cisneros*<br><br>**NOTICE OF TAKING DEPOSITIONS OF SCOTT EBERLE AND ROBERT CLELAND, PERSONS MOST KNOWLEDGEABLE FOR THE SAN RAFAEL POLICE DEPARTMENT; AND REQUEST FOR PRODUCTION OF DOCUMENTS**<br><br>**Date:** August 16, 2024<br>**Time:** 10:00 a.m. & 1:30 p.m.<br>**Location:** Zoom |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT pursuant to the Federal Rules of Civil Procedure, Rule 26(b), Plaintiffs, by and through their attorneys of record, will take the depositions of Scott Eberle and Robert Cleland as the Persons Most Knowledgeable for the City of San Rafael ("CITY") and San Rafael Police Department ("SRPD") on the subject matters

listed below from at the date and times specified below. Plaintiffs intend to conduct the depositions remotely by web video conference service, such as Zoom, etc. Plaintiffs' counsel will reserve the court reporter, and the court reporting agency will arrange the web conference. The court reporting agency will send an e-mail containing the call-in information and instructions no later than 48 hours prior to the date of the depositions to all e-mail addresses listed on the attached service list.

| Deponent | Date | Time |
|---|---|---|
| Scott Eberle (PMK) | August 16, 2024 | 10:00 a.m. |
| Robert Cleland (PMK) | August 16, 2024 | 1:30 p.m. |

The above-listed deposition(s) will take place upon oral examination before a duly authorized notary public or other officer authorized to administer oaths at depositions.

PLEASE TAKE FURTHER NOTICE that under Federal Rules of Civil Procedure Rule 34, each deponent is required to produce for examination the following documents described below.  Please provide the documents at least three days prior to the date the deposition is scheduled on.

PLEASE TAKE FURTHER NOTICE that the depositions may be video-recorded. Plaintiffs also reserve the right to use Livenote or other technology for real-time transcription of the deponents' testimony.

Cancellation with less than 24 hours advance notice to Plaintiff's counsel may result in a late cancellation fee by the court reporter, which will be the responsibility of the canceling party.

The depositions will be of the person(s) most knowledgeable at the CITY and SRPD concerning the following subject matters:

## CATEGORIES OF EXAMINATION

1. (As used here, "CITY" refers to the City of San Rafael and the San Rafael Police Department ("SRPD"), and any of either entity's employees or agents with final policymaking authority.)

2. CITY's written policies and standard procedures as of July 27, 2022, regarding communication with members of the public, individuals suspected of nonviolent criminal conduct, and detainees/arrestees, and regarding required officer training relating to same.

3. CITY's written policies and standard procedures as of July 27, 2022, regarding fear and anger management, and regarding required officer training relating to same.

4. CITY's written policies and standard procedures as of July 27, 2022, regarding professionalism and ethics in policing, and regarding required officer training relating to same.

5. CITY's written policies and standard procedures as of July 27, 2022, regarding community policing, principled policing, and implicit bias, and regarding required officer training relating to same.

6. CITY's written policies and standard procedures as of July 27, 2022, regarding laws of arrest, and regarding required officer training relating to same.

7. CITY's written policies and standard procedures as of July 27, 2022, regarding investigative report writing, and regarding required officer training relating to same.

8. CITY's written policies and standard procedures as of July 27, 2022, regarding use of force, and regarding required officer training relating to same.

9. CITY's written policies and standard procedures as of July 27, 2022, regarding patrol techniques, and regarding required officer training relating to same.

10. CITY's written policies and standard procedures as of July 27, 2022, regarding arrest and control techniques, and regarding required officer training relating to same.

11. CITY's written policies and standard procedures as of July 27, 2022, regarding control holds, and regarding required officer training relating to same.

12. CITY's written policies and standard procedures as of July 27, 2022, regarding takedown techniques, and regarding required officer training relating to same.

13. CITY's written policies and standard procedures as of July 27, 2022, regarding the use of personal body weapons, and regarding required officer training relating to same.

14. CITY's written policies and standard procedures as of July 27, 2022, regarding providing and/or summoning emergency medical care to subjects of calls for service, detained subjects, and/or arrestees, and regarding required officer training relating to same.

15. All training required by CITY and actually completed by Daisy Mazariegos and Brandon Nail as of July 27, 2022, regarding topics 1-13, above.

16. All formal training actually completed by Daisy Mazariegos and Brandon Nail as of July 27, 2022, regarding topics 1-13, above.

17. CITY'S written policies and standard procedures regarding administrative/internal/personnel review of officer uses of force.

18. CITY'S administrative/internal/personnel investigation of the use of force against Julio Lopez.

19. CITY's decision that the conduct of Defendants Daisy Mazariegos and Brandon Nail on July 27, 2022 during the incident from which this action arises was or was not consistent with CITY policies and training.

20. All changes made to CITY policies, customs, training, or practices as a result of SRPD officer uses of force against civilians.

21. CITY'S investigation into all allegations of excessive force and/or wrongful detention/arrest against Daisy Mazariegos and Brandon Nail.

22. CITY'S investigations of the conduct of all SRPD officers in connection with any allegations of excessive force during the ten-year period ending on July 27, 2022 (including but not limited to (a) the names of all involved officers, the person against whom force was used, and any percipient witnesses; (b) the date on which the use of force occurred; (c) whether the officers' conduct was found to be within CITY policy; (d) whether any officer was disciplined following the incident; (e) whether any retraining occurred following the incident; (f) whether any resulting changes were made to CITY policies or training; (g) whether the incident resulted in civil or criminal litigation; and (h) the outcome of any civil or criminal litigation resulting from the incident).

23. The number of times CITY has ever (a) disciplined, (b) retrained, or (c) terminated a CITY police officer as a result of an officer's use of force against a civilian or as a result of an in-custody injury or death, and the reasoning behind the decision(s). "In-custody injury or death" means the injury to or death of any detainee or arrestee while handcuffed, restrained, or otherwise in the custody, control, and care of CITY or SRPD personnel.

## DOCUMENTS REQUESTED

1. All documents and other materials reviewed by the deponent in preparation for this deposition.

DATED: July 2, 2024

LAW OFFICES OF DALE K. GALIPO

By: /s/ Benjamin S. Levine
Dale K. Galipo
Benjamin S. Levine
Attorneys for Plaintiff