Exhibit L

1  Nail

2

3  [Beginning of recorded material]

4

5  Paul Henry:      Today's date is January 13, 2023. The current time is 1:10

6  in the afternoon. This is a recorded interview with Officer Brandon Nail, who

7  is the subject in a San Rafael Police Department administrative personnel

8  investigation. Officer Nail is represented by Julia Fox, and Paul Henry is

9  conducting the interview. Now before I begin the interview, I want to advise

10  you of two sections of the San Rafael Police Department Policy 320 which

11  apply to this interview. And they are 320.5.1 -- Laws, Rules, and Orders --

12  Subsection B. It's a violation of policy to disobey any legal directive or

13  order issued by any department member of a higher rank. 320.5.8 --

14  Performance -- Subsection C. It's also a violation of policy to fail to

15  participate in, to give false or misleading statements, or misrepresent or

16  omit material information to a supervisor or other person in position of

17  authority in connection with any investigation or in the reporting of any

18  department-related business. Do you understand each of these policy sections?

19

20  Brandon Nail:     I do.

21

22  Paul Henry:      Do you understand that I am considered a designee of the

23  chief of police?

24

25  Brandon Nail:     I do.

Nail - 1

```
 1   Paul Henry:      And s-- did she do this more than once?

 2

 3   Brandon Nail:    Uh, over the radio and then when I was there.

 4

 5   Paul Henry:      Okay. Um, do you recall what the subject was saying?

 6

 7   Brandon Nail:    He kept talking about his ID, I believe. And he --

 8

 9   Paul Henry:      Was he trying to explain --

10

11   Brandon Nail:    I --

12

13   Paul Henry:      -- why he was standing up?

14

15   Brandon Nail:    I believe he was trying to demonstrate it again even though

16   his wallet was in his hand.

17

18   Paul Henry:      Now what did you say to Lopez?

19

20   Brandon Nail:    Uh, I told him to sit down.

21

22   Paul Henry:      Okay. And I think what you said was, hey, sit the fuck

23   down.

24

25   Brandon Nail:    Correct.
```

CONFIDENTIAL                    COSR (Lopez) 000529

1    Paul Henry:         Correct?

2

3    Brandon Nail:       Correct.

4

5    Paul Henry:         Okay. Why did you say it that way?

6

7    Brandon Nail:       Uh, because he clearly was not listening to Officer

8    Mazariegos ask him and the way she was telling him was not working. So in an

9    attempt to prevent us from having to go hands on with him, um, I escalated a

10   little bit to emphasize to him that, hey, we are serious. I'm not -- this

11   isn't a game. You need to sit down.

12

13   Paul Henry:         Why did you choose to use profanity?

14

15   Brandon Nail:       Because not profanity was not working.

16

17   Paul Henry:         And so you felt it was necessary to talk to him in that

18   way?

19

20   Brandon Nail:       Yes.

21

22   Paul Henry:      If you had contacted a businessman in downtown Santa Ra--

23   Santa Rafael -- I almost did it again. SRPD is Santa Rosa to me, not --

24

25   Brandon Nail:    Oh, gotcha.


                                Nail - 25

1   Paul Henry:        -- San Rafael. If you'd contacted a businessman in downtown

2   San Rafael and you asked him to sit down and he did, and then he stands up,

3   would you say sit the fuck down?

4

5   Brandon Nail:     If he was acting the way he was? Yes.

6

7   Paul Henry:        Okay. And talking that way to people, is that typical for

8   you?

9

10  Brandon Nail:     I believe it's -- after asking several times for him to sit

11  down and not following instructions, I think it is a good middle ground to,

12  um, kind of deescalate the situation to prevent us from having to go hands on

13  for people to understand that we are serious with what we're doing.

14

15  Paul Henry:        Okay. I just want to make sure I'm understanding you

16  correctly. I-I thought I understood you to say a few minutes ago that you

17  chose to talk to him in that way --

18

19  Brandon Nail:     Correct.

20

21  Paul Henry:        -- because you were trying not to go hands on with him.

22

23  Brandon Nail:     Correct.

24

25  Paul Henry:        And that you said you escalated it to the point so that --

    to make your point. Did I --

                              Nail - 26

1

2   Brandon Nail:      Correct.

3

4   Paul Henry:        -- understand you to say that?

5

6   Brandon Nail:      Yes.

7

8   Paul Henry:        And so then, you can't escalate it and deescalate it with

9   the same action is -- I guess that's my confusion.

10

11  Brandon Nail:      What do you mean?

12

13  Paul Henry:        Well, just a second ago --

14

15  Brandon Nail:      Well, de-deescalate the situation, right? So to get him to

16  follow the command, right, you -- i-it had to be escalated to get him to

17  follow the command.

18

19  Paul Henry:        Okay.

20

21  Brandon Nail:      Okay. Then when he follows the command, it deescalates.

22

23  Paul Henry:        Okay.

24

25  Brandon Nail:      Right? So instead of having to go further and go hands on

and use force with him or put him in handcuffs or detain him in handcuffs, to

CONFIDENTIAL            COSR (Lopez) 000532

1    prevent the escalation of the inci-- the entire incident, that moment was

2    escalated to get him to follow commands.

3

4    Paul Henry:      Did Lopez's socioeconomic status have anything to do with

5    the way you talked with him?

6

7    Brandon Nail:    No.

8

9    Paul Henry:      Do you think it was at all rude or discourteous --

10

11   Brandon Nail:    No.

12

13   Paul Henry:      -- talking to him that way?

14

15   Brandon Nail:    No.

16

17   Paul Henry:      Was the way you talked with him effective?

18

19   Brandon Nail:    Did not work.

20

21   Paul Henry:      Okay. When you said sit the fuck down, did it calm the

22   situation?

23

24   Brandon Nail:    No.

25

     Paul Henry:      Okay. In fact, he spoke to you when you said that, right?

                                    Nail - 28

1

2  Brandon Nail:     I don't know if he was trying to get away or what -- if he

3  was trying to -- I don't know what he was doing.

4

5  Paul Henry:       Okay.

6

7  Brandon Nail:     He was just kicking his legs.

8

9  Paul Henry:       Okay. And you told him --

10

11 Brandon Nail:     And-and I think he was saying something at the same time,

12 like he was also talking.

13

14 Paul Henry:       Okay.

15

16 Brandon Nail:     Like him and Officer Mazariegos were having some kind of a

17 conversation.

18

19 Paul Henry:       Okay. Was Officer Mazariegos injured?

20

21 Brandon Nail:     Uh, I don't believe so. I think she might -- no, I don't

22 think she was.

23

24 Paul Henry:       Is there anything you would do differently today if you

25 could do it over?

Nail - 79

1  Brandon Nail:      No.

2

3  Paul Henry:      Since being notified of this administrative internal

4  affairs investigation, have you had any conversation with anyone about this

5  incident other than your attorney?

6

7  Brandon Nail:    I have not.

8

9  Paul Henry:      Have you talked with Officer Mazariegos about this incident

10  since the time that you were notified of this investigation?

11

12  Brandon Nail:    I have not.

13

14  Paul Henry:      I'm sorry, that's -- I-I have a [hard hearing] --

15

16  Brandon Nail:    Oh. I have not.

17

18  Paul Henry:      Okay.

19

20  Brandon Nail:    I don't know anything about the investigation so nothing to

21  talk about.

22

23  Paul Henry:      Julia, do you have any questions?

24

25

Nail - 80