# Exhibit M

O'Con

[Start of recorded material]

Paul Henry: Today's date is Wednesday, January 11, 2023. The current time is 2:15 in the afternoon. This is a recorded interview with Corporal Oscar O'Con, who is the subject of the San Rafael Police Department administrative personnel investigation. Corporal O'Con is represented by attorney Julia Fox. Conducting the interview is myself, Paul Henry.

    Before we begin the interview, I want to advise you of two sections of the San Rafael Police Department policy 320, which apply to this interview. And they are: 320.5.1 laws, rules and orders subsection B, it's a violation of policy to disobey any legal directive or order issued by any department member of a higher rank; --

    -- 320.5.8 performance subsection C, it's also a violation of policy to fail to participate in, to give false or misleading statements or misrepresent or omit material information to a supervisor or other person in a position of authority in connection with any investigation or in the reporting of any department-related business. Do you understand each of these policy sections?

Oscar O'Con:      I do.

O'Con - 1

```
1   Julia Fox:   Or [even] unchanged?
2
3   Oscar O'Con:     -- I-I don't -- I don't believe it-it caused any change
4   because, to begin with, uh, Officer Mazariegos was giving him clear
5   instructions. And he was not complying with those. And then, that next --
6   that next statement -- he was still not complying.
7
8   Paul Henry: Do you think it was necessary for Lopez to be put in a restrained
9   detention?
10
11  Oscar O'Con:     I believe so.
12
13  Paul Henry: Are there alternatives the officers could have considered?
14
15  Oscar O'Con:     There's-there's always alternatives. But that's the
16  decision they made in that -- in that given moment and based on their
17  training and experience. And I don't disagree with their decision to place
18  somebody under restrained detention to gain further control of that
19  individual who was, uh, un -- like not listening to their lawful commands.
20
21  Paul Henry: Your use-of-force policy requires officers to attempt to
22  deescalate a situation to avoid having to use force. Did you see anything
23  from Officer Nail which would lead you to believe he tried to deescalate the
24  situation?
25
```

O'Con - 66

1  Oscar O'Con:    I believe so. I believe his use of just that jargon alone -
2  - he used a different tactic outside of what Officer Mazariegos was using,
3  which she was using first a different language. He used different language,
4  which the subject stated that he understood.
5
6       Uh, he used a tactic of being, uh, m-more direct and more stern. Yes.
7  It maybe -- it maybe is not like-like the -- like negotiating. But he was
8  giving him basically his-his lawful order.
9
10      And when he did not comply with that lawful order after being told
11 numerous times, they switched to a different tactic which was to-to r -- ca -
12 - uh, t -- not cause -- to place him in a restrained detention. And so those
13 were all, to me, deescalatory like tactics used to gain further control.
14
15 Paul Henry: Is it your opinion and your statement that, when Officer Nail
16 said sit the fuck down, that was an attempt to deescalate the situation?
17
18 Oscar O'Con:    I believe it was a version of his-his belief at the time to
19 deescalate the situation.
20
21 Paul Henry: Okay. Did Officer Mazariegos, uh, say or do anything that you
22 thought was an attempt to deescalate the situation?
23
24 Oscar O'Con:    I believe she also gave numerous commands during the
25 incident for him to comply. And during those numerous commands, he did not
   comply.

O'Con - 67