1  ANTHONY L. LABEL (SBN 205920)
   THEO J. EMISON (SBN 209183)
2  **THE VEEN FIRM LLP**
   20 Haight Street
3  San Francisco, CA  94102
   Tel.: +1 415 673 4800
4  Fax: +1 415 771 5845
   al.team@veenfirm.com
5  t.emison@veenfirm.com

6  **LAW OFFICES OF DALE K. GALIPO**
   DALE K. GALIPO (SBN 144074)
7  dalekgalipo@yahoo.com
   BENJAMIN S. LEVINE (SBN 342060)
8  blevine@galipolaw.com
   21800 Burbank Blvd, Suite 310
9  Woodland Hills, CA 91367
   Telephone (818) 347-3333
10 Facsimile (818) 347-4118

11 Attorneys for Plaintiffs JULIO JIMENEZ
   LOPEZ and YESENIA CRUZ CRUZ

12

13                    UNITED STATES DISTRICT COURT

14      NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

15

16

17 | JULIO JIMENEZ LOPEZ and YESENIA CRUZ CRUZ, | CASE NO. 3:23-CV-03652-VC |
   | --- | --- |
   | | *Hon. Vince Chhabria* |

18             Plaintiffs,

19        v.                                    **MANUAL FILING NOTIFICATION**

20 CITY OF SAN RAFAEL; SAN RAFAEL      Exhibits A and C to Declaration of Benjamin
   POLICE DEPARTMENT; DAISY           S. Levine in Support of Plaintiffs' Opposition
21 MAZARIEGOS; BRANDON NAIL; and      to Motion for Summary Judgment, or in the
   DOES 1-50, inclusive,              Alternative, Summary Adjudication as to the
22                                    Third Through Sixth (*Monell*) Causes of
              Defendants.             Action
23

24

25

26

27

28

1   Filing is in paper or physical form only, and is being maintained in the case file in the

2   Clerk's office. If you are a participant in this case, this filing will be served in hard-copy shortly.

3   For information on retrieving this filing directly from the court, please see the court's main

4   website at www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

5   This filing was not electronically filed for the following reason(s):

6   ☐ Voluminous Document (PDF file size larger than the e-filing system allows)

7   ☐ Unable to Scan Documents

8   ☐ Physical Object (description): _____

9   ☒ Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

10  ☐ Item Under Seal in Criminal Case

11  ☐ Conformance with the Judicial Conference Privacy Policy (General Order 53)

12  ☐ Other (description): _____

13

14  Respectfully submitted,

15

16  DATED:  November 21, 2024                By:    */s/ Benjamin S. Levine*
                                                   Dale K. Galipo (SBN 144074)
17                                                 *dalekgalipo@yahoo.com*
                                                   Benjamin S. Levine (SBN 342060)
18                                                 *blevine@galipolaw.com*
                                                   **LAW OFFICES OF DALE K. GALIPO**
19                                                 Anthony Label (SBN 205920)
                                                   *a.label@veenfirm.com*
20                                                 Theo Emison (SBN 209183)
                                                   *t.emison@veenfirm.com*
21                                                 **THE VEEN FIRM LLP**
                                                   Attorneys for Plaintiffs
22

23

24

25

26

27

28

MANUAL FILING NOTIFICATION