DALE L. ALLEN. JR., State Bar No. 145279
dallen@aghwlaw.com
KEVIN P. ALLEN, State Bar No. 252290
kallen@aghwlaw.com
LEORA R. RAGONES, State Bar No. 215423
lragones@aghwlaw.com
ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, CA  94104
Telephone:	(415) 697-2000
Facsimile:	(415) 813-2045

Attorneys for Defendants
CITY OF SAN RAFAEL and SAN RAFAEL
POLICE DEPARTMENT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JULIO JIMENEZ LOPEZ and YESENIA CRUZ CRUZ,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SAN RAFAEL; SAN RAFAEL POLICE DEPARTMENT; DAISY MAZARIEGOS; BRANDON NAIL; and DOES 1-50, inclusive<br>Defendants. | Case No. 3:23-cv-03652-VC<br><br>**DECLARATION OF DALE L. ALLEN IN SUPPORT OF DEFENDANTS' REPLY TO OPPOSITION TO MOTION FOR SUMMARY ADJUDICATION AS TO THE THIRD THROUGH SIXTH (*MONELL*) CAUSES OF ACTION**<br><br>Hon. Vince Chhabria<br><br>Date:	December 12, 2024<br>Time:	10:00 a.m.<br>Ctrm:	4, 17th Floor<br><br>Trial:	None Set |

I, Dale L. Allen, Jr., declare as follows:

1.     I am an attorney licensed to practice in the State of California. I am a partner at the law firm of Allen, Glaessner, Hazelwood & Werth, LLP, and am counsel of record for defendants CITY OF SAN RAFAEL and SAN RAFAEL POLICE DEPARTMENT ("Defendants") in this matter.  I have personal knowledge of the statements made in this declaration and could competently testify to them if called as a witness.

2.     Attached as Ex. "C" please find a true and correct copy of pertinent portions of the

1  deposition transcript of David Spiller, taken on August 15, 2024.

2       3.    Attached as Ex. "D" please find a true and correct copy of pertinent portions of the
3  deposition transcript of David Spiller, taken on August 15, 2024.

4       4.    Attached as Ex. "E" please find a true and correct copy of pertinent portions of the
5  deposition transcript of David Spiller, taken on August 15, 2024.

6       5.    Attached as Ex. "F" please find a true and correct copy of pertinent portions of the
7  deposition transcript of Roger Clark, taken on October 28, 2024.

8       6.    Attached as Ex. "G" are true and correct copies of the photographs of Mazareigos
9  video.

10      7.    Attached as Ex. "H" please find a true and correct copy of pertinent portions of the
11 deposition transcript of Roger Clark, taken on October 28, 2024.

12     I declare under penalty of perjury, under the laws of the United States of America, that the
13 foregoing is true and correct.  Executed on November 29, 2024, at San Francisco, California.

                              /s/ *Dale L. Allen, Jr.*
                          DALE L. ALLEN, Jr.

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

699393.1

2

MSJ – REPLY - DLA DECL
CASE # 3:23-CV-03652-VC