**EXHIBIT "C"**

1  sure if he had done any work with San Rafael Police
2  Department prior to my employment here.
3     Q.   Did you understand Mr. Henry to be sort of police
4  practice expert?
5     A.   Yes.  By reputation I knew that.
6     Q.   Would it be fair to say given your background,
7  experience, and expertise in law enforcement, you had certain
8  impressions yourself about the incident even before you
9  reached out to Mr. Henry?
10    A.   Yes.
11    Q.   But you wanted just to make sure for transparency
12 purposes and objectivity, you wanted to have an independent
13 individual also look at it; is that what you were thinking?
14    A.   Yes.
15    Q.   And eventually, did Mr. Henry write some type of a
16 report with his findings and recommendations?
17    A.   Yes, he did.
18    Q.   And that was sent to you?
19    A.   It was, yes.
20    Q.   Did you essentially agree with his findings and
21 recommendations?
22    A.   Based on my review of his investigation, I found it
23 to be thorough and detailed, and I found it to be reflective
24 of the information and facts presented, and I concurred with
25 his findings -- or yeah, with his determinations of the

Page 25

1   potential policy violations.
2        Q.   And I know you explained the normal chain of command
3   with it going from supervisor to lieutenant to commander and
4   then to chief.
5             Did that happen in this case, or was there some
6   interruption because of the Internal Affairs aspect or you
7   sending it to Mr. Henry?
8        A.   I believe if you're referring to the use of force
9   analysis document, I believe that stopped at the --
10       Q.   Yes --
11       A.   -- Captain Leon's level.  I don't think the use of
12  force analysis ever made it to me.  I've seen it subsequent
13  to the Internal Affairs investigation, but in terms of the
14  standard review, it stopped at the captain's level.
15       Q.   And were there recommendations made then to you
16  about what others viewed to have been out of policy with
17  regards to this incident?
18       A.   So Mr. Henry actually -- his investigation resulted
19  in three separate and distinct investigations.  One involving
20  Officer Nail and potential policy violations based on his
21  behavior, one for Officer Daisy Mazariegos, and potential
22  policy violations based on her actions and behavior at the
23  scene, and the third investigation centered on Corporal O'Con
24  and his responsibilities and potential policy violations
25  basic on his supervisory responsibility.