**EXHIBIT "E"**

Page 43

1    A.   I don't believe so.  If that occurred it was years
2    before my tenure here.  I'm not aware of any work that he's
3    done for us.
4    Q.   Generally, just so I can understand the training and
5    policy of your department, when is it appropriate to punch
6    another person forcefully in the face based on your training
7    or policies?
8    A.   So as you describe it, it would be described or
9    included in department training as a distraction blow.  If an
10   officer is trying to gain control of a suspect who is
11   actively resisting or struggling to get a suspect or subject
12   into handcuffs, and they're grabbing at the officer, or, you
13   know, forcefully pulling their hands and wrists away, in
14   certain cases a distraction blow will result in an officer's
15   ability to gain control and compliance of the individual.
16        As an example, a suspect is grabbing at an officer's
17   belt or some piece of equipment, a distraction blow might
18   often take the suspect's hands or distract the suspect to
19   where they remove their hands or their intention to whatever
20   it was they were focused on.
21        So in a case like that, a distraction blow may be
22   successful in terms of an officer gaining compliance or gain
23   control of the suspect.
24   Q.   And in terms of distraction blows, are the officers
25   in your department trained to punch someone in the nose?

Page 44

1   A.   Strike to the nose could be effective, and yes -- I
2   review our defensive tactics staff, arrest and control staff.
3   I review their outlines and the content of their training
4   material, and that's in some cases acceptable and appropriate
5   based on the circumstances that an officer is confronted
6   with.
7   Q.   And it sounds like from your review of this
8   investigation, you believe that Officer Nail unnecessarily
9   escalated the situation; is that fair?
10  A.   Yes.
11  Q.   And that's what caused it to end up going how it
12  did?
13  A.   You know, in any given circumstance or any given set
14  of circumstances can change a lot of different intersections
15  throughout a contact or throughout an incident.  Officer
16  Nail's role in this case was as a cover officer.  He exited
17  his vehicle and immediately engaged the suspect that Officer
18  Mazariegos was responsible for facilitating.  So she was
19  gathering information, prepared -- likely preparing to issue
20  a citation.  And Officer Nail's role should have been to
21  cover Officer Mazariegos, not to intercede or escalate an
22  encounter.
23  Q.   And you indicated previously that Mr. Lopez
24  generally was responding in a calm manner; is that fair?
25  A.   Yeah.  He appeared to be fairly compliant early on