**EXHIBIT "F"**

```
 1   of the Penal Code.
 2      Q   Right.  So you were hired to offer an opinion in
 3   support of the district attorney's prosecution of Mr.
 4   Nail and Ms. Mazariegos for criminal violation.  That's
 5   all I'm asking you.
 6          MR. EMISON:  Misstates testimony.
 7      Mischaracterizes evidence.
 8          THE WITNESS:  No, I was not.  I was asked to
 9      provide an opinion based on the material they gave
10      me for their consideration.  I did not -- was not
11      asked to support their opinion.
12   BY MR. ALLEN:
13      Q   Oh, I see where the confusion lies.  All right.
14   You were asked to review this incident and write your
15   own opinion to what you, as it pertained to a potential
16   violation of 149.9 of the Penal Code, is that a more
17   accurate way to say that?
18      A   Or other violations, yes.
19      Q   Okay.
20      A   118 of the Penal code would be another one.
21      Q   All right.  What I'm trying to do is put this in
22   three buckets.  The first bucket is the criminal
23   prosecution.  You wrote an opinion they could use or
24   disregard as to whether they're going to prosecute Mr.
25   Nail, and in your opinion that was -- the elements for
```