# EXHIBIT "G"

# Officer Nail
# Jimenez Grasp on Vest Carrier
## Officer Mazariegos Axon Body 3 (X60A4665G)

Independent Review of Law Enforcement Practices & Use of Force

San Rafael Police Department Case #SR22-5221

Authored by:

David M. Blake, PhD

01824

CORS (Lopez) 003882



01825

CORS (Lopez) 003883



CORS (Lopez) 003884



01827



01828

CORS (Lopez) 003886



01829

CORS (Lopez) 003887



CORS (Lopez) 003888



01831

CORS (Lopez) 003889



01832

CORS (Lopez) 003890



01833

CORS (Lopez) 003891



01834

CORS (Lopez) 003892



01835

CORS (Lopez) 003893



CORS (Lopez) 003894



01837

CORS (Lopez) 003895



01838

CORS (Lopez) 003896



CORS (Lopez) 003897

Skipped Frames 6067 - 6075

01840

CORS (Lopez) 003898



CORS (Lopez) 003899



CORS (Lopez) 003900



01843



CORS (Lopez) 003902



01845



2022-07-27 18:55:52 -0700
AXON BODY 3 X60A4665G

01846

CORS (Lopez) 003904



01847



01848

CORS (Lopez) 003906



01849

CORS (Lopez) 003907



01850

CORS (Lopez) 003908



01851

CORS (Lopez) 003909



2022-07-27 18:55:52 -0700
AXON BODY 3 X60A4665G

FRAME: 6086
TIME: 00:03:22.866
OFC. MAZARIEGOS

01852

CORS (Lopez) 003910



01853

CORS (Lopez) 003911



01854

CORS (Lopez) 003912



01855

CORS (Lopez) 003913

# Skipped Frames 6090 - 6256

## Officer Nail
## Jimenez Elbow to Face

**Officer Mazariegos Axon Body 3 (X60A4665G)**

01856

CORS (Lopez) 003914



CORS (Lopez) 003915



CORS (Lopez) 003916



CORS (Lopez) 003917



CORS (Lopez) 003918



01861

CORS (Lopez) 003919



01862

CORS (Lopez) 003920



CORS (Lopez) 003921



CORS (Lopez) 003922



01865

CORS (Lopez) 003923