# EXHIBIT "H"

1    A   Yeah.  You're talking about the chief, yes.  He
2    in his deposition --
3    Q   I'm talking about Mr. Henry, he did see a punch
4    to Mr. Lopez by Officer Nail, right?
5    A   Okay.  So, yes, Henry, in his report says he
6    sees it.
7    Q   Yeah.  But Mr. Henry also noted in his report
8    that he actually was able to take still photographs and
9    determine that in fact Mr. Lopez had grabbed a utility
10   vest of Mr. Nail and was pulling on it near Mr. Nail's
11   Taser and other implements of his utility vest, just
12   prior to Officer Nail determining he needed to punch
13   Mr. Lopez in order to get him to let go of his utility
14   vest.  That's what he wrote anyway?  Is that true, that
15   that's what he wrote?
16   A   That's what he wrote, yes.
17   Q   Okay.  You didn't see that though?
18   A   Oh, I saw what he's alluding to, I didn't take
19   it at all as a reasonable observation of what was
20   really occurring.
21   Q   So that -- I understood your testimony earlier
22   today to say you never saw that.  So you actually saw
23   Mr. Nails -- Mr. Lopez holding on and grabbing and
24   pulling Mr. Nail's vest while Mr. Nail was trying to
25   get control of his hands?

1    A   No.  I --

2         MR. EMISON:  Misstates testimony.

3         THE WITNESS:  No.  I -- I'm sorry.

4         MR. EMISON:  Go ahead, Mr. Clark.

5         THE WITNESS:  Okay.  No.  You asked me if I saw
6    him grabbing the vest, I said no.  You asked me just
7    now, did I -- did I -- and I told you I know that
8    part of the video alluded to by Henry as that
9    occurring, I do not agree, and incidentally, the man
10   has license in one hand and wallet in the other, and
11   his hand is in proximity of the vest point one, not
12   grabbing, in my opinion, secondly, the items on the
13   vest are secure.  It's not reasonable he can access
14   them; otherwise, Nails is not wearing his uniform
15   properly.

16   BY MR. ALLEN:

17   Q   All right.  So I want to be really clear on
18   this, did you at any time see the hand or Mr. Lopez
19   inside the vest grabbing the vest of Mr. Nail as they
20   were struggling before Officer Nail punched Mr. Lopez?

21   A   I answered, no, it's not their -- and if you'd
22   like to bring the photo up to point it to me, I think
23   we're talking about the same one.

24   Q   No.  I don't want to bring the photo up, I want
25   to know whether your opinion is -- not your opinion,