Alison Berry Wilkinson (SBN 135890)
Berry | Wilkinson | Law Group
165 North Redwood Drive, Suite 206
San Rafael, California
Telephone:    (415) 259.6638
Facsimile:    (877) 259.3762
Email: alison@berrywilkinson.com

Attorneys for Defendants
DAISY MAZARIEGOS and BRANDON NAIL

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO JIMENEZ LOPEZ and YESENIA CRUZ CRUZ,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF SAN RAFAEL, SAN RAFAEL POLICE DEPARTMENT, DAISY MAZARIEGOS, BRANDON NAIL, and DOES 1-50, inclusive<br><br>Defendants. | Case No. 3:23-cv-03652-VC<br><br>STIPULATION PERMITTING DEFENDANT MAZARIEGOS TO FILE A SUPPLEMENTAL ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT FOR DAMAGES<br><br>Hon. Vincent Chhabria<br><br>Courtroom:   San Francisco Courthouse<br>             Courtroom 4 – 17th Floor<br>             450 Golden Gate Avenue<br>             San Francisco, CA 94102<br>Trial Date:  Not yet set |

WHEREAS on February 23, 2024 Defendant DAISY MAZARIEGOS filed an answer to Plaintiff's Second Amended Complaint for Damages (ECF 45);

WHEREAS at the time the answer was filed she was a defendant in the matter of *People of the State of California v. Daisy Mazariegos*, Marin County Superior Court Case No. CR0000077B, a proceeding that was ongoing and alleged assault under color of authority in violation of California Penal Code section 149;

WHEREAS on August 14, 2024 the Honorable Marin County Superior Court Judge Kevin Murphy dismissed the criminal charge filed against Defendant MAZARIEGOS (see, ECF 60

1

STIPULATION PERMITTING DEFENDANT MAZARIEGOS'S SUPPLEMENTAL ANSWER
*Lopez v. City of San Rafael, et al., USDC Case No. 3:23-cv-03652-VC*

[Status Report on Criminal Charges] and ECF 60-1 [Marin County Superior Court Minute Order for August 14, 2024].)

WHEREAS based on that ruling, Defendant MAZARIEGOS seeks to supplement her previously filed answer (ECF 45) to assert a separate and seventeenth affirmative defense that Plaintiffs' claims are barred by the doctrines of res judicata and/or collateral estoppel;

WHEREAS Federal Rule of Civil Procedure 8(c) requires a defendant assert the doctrines of collateral estoppel and/or res judicata in an answer if she intends to rely upon them;

WHEREAS Federal Rule of Civil Procedure 15(d) permits the filing of supplemental answer "on motion and reasonable notice" to set out "any transaction, occurrence, or event that happened after the date of the pleading to be supplemented;

WHEREAS in the interests of judicial economy the parties have stipulated to the filing of the supplemental answer rather than proceeding by way of motion;

WHEREAS the parties agree that by this stipulation Plaintiffs are not agreeing or conceding those pleaded affirmative defenses are legally and factually supportable but are only stipulating that Defendant MAZARIEGOS should be permitted to plead the defenses;

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES that Defendant MAZARIEGOS may file the supplemental answer attached hereto as Exhibit 1.

IT IS SO STIPULATED

Dated: January 6, 2025

        Berry | Wilkinson | Law Group

        By____/s/ *Alison Berry Wilkinson*_____
        ALISON BERRY WILKINSON
        Attorneys for Defendants MAZARIEGOS and NAIL

        THE LAW OFFICES OF DALE K. GALIPO

        By: _____/s/ Benjamin S. Levine_____
        Dale K. Galipo, Benjamin S. Levine
        Attorneys for Plaintiffs LOPEZ and CRUZ

2

STIPULATION PERMITTING DEFENDANT MAZARIEGOS'S SUPPLEMENTAL ANSWER
*Lopez v. City of San Rafael, et al., USDC Case No. 3:23-cv-03652-VC*

|   |   |
|---|---|
| 1 | ALLEN, GLAESSNER, HAZELWOOD & WORTH LLP |
| 2 |   |
| 3 | By: __/s/ Dale A. Allen _____<br>Attorneys for Defendants CITY OF SAN RAFAEL and SAN RAFAEL POLICE DEPARTMENT |

**ATTORNEY ATTESTATION**

I hereby attest that I have on fil all holograph signatures for any signatures indicated by a conformed signature ("/s/") or have been authorized by the counsel named to show their signature on this pleading as "/s/".

Dated: January 6, 2025          Berry | Wilkinson | Law Group

By____/s/ *Alison Berry Wilkinson*_____
ALISON BERRY WILKINSON
Attorneys for Defendants MAZARIEGOS and NAIL

3

STIPULATION PERMITTING DEFENDANT MAZARIEGOS'S SUPPLEMENTAL ANSWER
*Lopez v. City of San Rafael, et al., USDC Case No. 3:23-cv-03652-VC*