Alison Berry Wilkinson (SBN 135890)
Berry | Wilkinson | Law Group
165 North Redwood Drive, Suite 206
San Rafael, California
Telephone:   (415) 259.6638
Facsimile:    (877) 259.3762
Email: alison@berrywilkinson.com

Attorneys for Defendants
DAISY MAZARIEGOS and BRANDON NAIL

**EXHIBIT 1**
**To Stipulation to File Supplemental Answer**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO JIMENEZ LOPEZ and YESENIA CRUZ CRUZ,<br><br>                    Plaintiffs,<br><br>     vs.<br><br>CITY OF SAN RAFAEL, SAN RAFAEL POLICE DEPARTMENT, DAISY MAZARIEGOS, BRANDON NAIL, and DOES 1-50, inclusive<br><br>                    Defendants. | Case No. 3:23-cv-03652-VC<br><br>DEFENDANT MAZARIEGOS' SUPPLEMENTAL ANSWER TO SECOND AMENDED COMPLAINT FOR DAMAGES<br><br>Hon. Vincent Chhabria<br><br>Courtroom:   San Francisco Courthouse<br>                        Courtroom 4 – 17th Floor<br>                        450 Golden Gate Avenue<br>                        San Francisco, CA 94102<br>Trial Date:    Not yet set |

Defendant DAISY MAZARIEGOS hereby files this supplemental answer adding two additional affirmative defenses based on events occurring after the original answer was filed on February 23, 2024 (ECF 45).  Specifically, on August 14, 2024 in the matter of *People of the State of California v. Daisy Mazariegos,* the Honorable Marin County Superior Court Judge Kevin Murphy held that Defendant Mazariegos did not use excessive force against Mr. Lopez in connection with the incident underlying this pending action.  (See, ECF 60 [Status Report on Criminal Charges] and ECF 60-1 [Marin County Superior Court Minute Order for August 14, 2024].  Based on that ruling, Defendant MAZARIEGOS hereby supplements her previously filed answer (ECF 45) with the following additional affirmative defense:

1  AS FOR A SEVENTEENTH SEPARATE AND AFFIRMATIVE DEFENSE, Defendant MAZARIEGOS hereby alleges that Plaintiffs' claims are barred by the doctrines of res judicata and/or collateral estopped as a result of the dismissal and/or judgment entered in the matter of *People of the State of California v. Daisy Mazariegos*, Marin County Superior Court Case No. CR0000077B.

Dated:  January 6, 2025             Respectfully submitted,

                                        Berry | Wilkinson | Law Group

                                        By      /s/ *Alison Berry Wilkinson*
                                        ALISON BERRY WILKINSON
                                        Attorneys for Defendants MAZARIEGOS and NAIL