Alison Berry Wilkinson (SBN 135890)
Berry | Wilkinson | Law Group
165 North Redwood Drive, Suite 206
San Rafael, California
Telephone:    (415) 259.6638
Facsimile:    (877) 259.3762
Email: alison@berrywilkinson.com

Attorneys for Defendants
DAISY MAZARIEGOS and BRANDON NAIL

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO JIMENEZ LOPEZ and YESENIA CRUZ CRUZ,<br><br>　　　　　　　Plaintiffs,<br><br>　　vs.<br><br>CITY OF SAN RAFAEL, SAN RAFAEL POLICE DEPARTMENT, DAISY MAZARIEGOS, BRANDON NAIL, and DOES 1-50, inclusive<br><br>　　　　　　　Defendants. | Case No. 3:23-cv-03652-VC<br><br>STIPULATION PERMITTING DEFENDANT MAZARIEGOS TO FILE A SUPPLEMENTAL ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT FOR DAMAGES<br><br>Hon. Vincent Chhabria<br><br>Courtroom:　San Francisco Courthouse<br>　　　　　　　Courtroom 4 – 17th Floor<br>　　　　　　　450 Golden Gate Avenue<br>　　　　　　　San Francisco, CA 94102<br>Trial Date:　Not yet set |

Having reviewed the parties Stipulation Permitting Defendant MAZARIEGOS to File a Supplemental Answer to Plaintiff's Second Amended Complaint for Damages, and for good cause shown, it is HEREBY ORDERED that Defendant MAZARIEGOS may file the supplemental answer attached thereto as Exhibit 1 without the necessity of filing motion.

IT IS SO ORDERED.

Dated:

_____
The Honorable Vincent Chhabria
United States District Court Judge

1