ANTHONY L. LABEL (SBN 205920)
THEO J. EMISON (SBN 209183)
**THE VEEN FIRM LLP**
20 Haight Street
San Francisco, CA 94102
Tel.: +1 415 673 4800
Fax: +1 415 771 5845
al.team@veenfirm.com
t.emison@veenfirm.com

**LAW OFFICES OF DALE K. GALIPO**
DALE K. GALIPO (SBN 144074)
dalekgalipo@yahoo.com
BENJAMIN S. LEVINE (SBN 342060)
blevine@galipolaw.com
21800 Burbank Blvd, Suite 310
Woodland Hills, CA 91367
Telephone (818) 347-3333
Facsimile (818) 347-4118

Attorneys for Plaintiffs JULIO JIMENEZ
LOPEZ and YESENIA CRUZ CRUZ

DALE L. ALLEN (SBN 145279)
**ALLEN, GLAESSNER, HAZELWOOD, AND WERTH**
180 Montgomery Street, Ste 1200
San Francisco, CA 94104
d.allen@aghwlaw.com

Attorney for Defendants CITY OF SAN RAFAEL and SAN RAFAEL POLICE DEPARTMENT

ALISON BERRY WILKINSON (SBN 135890)
**BERRY | WILKINSON | LAW GROUP**
165 N. Redwood Drive, Ste 201
San Rafael, CA 94903
Tel: +1 415-259-6638
Fax: +1 877-259-3762
alison@berrywilkinson.com

Attorney for Defendants BRANDON NAIL and DAISY MAZARIEGOS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| JULIO JIMENEZ LOPEZ and YESENIA CRUZ CRUZ,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SAN RAFAEL; SAN RAFAEL POLICE DEPARTMENT; DAISY MAZARIEGOS; BRANDON NAIL; and DOES 1-50, inclusive,<br><br>Defendants. | CASE NO. 3:23-CV-03652<br><br>*Assigned for Settlement Conference to Magistrate Judge Kandis A. Westmore*<br><br>**STIPULATION TO CONTINUE SECOND SETTLEMENT CONFERENCE**<br><br>Current Date for Second Settlement Conference: Jan. 24, 2025, at 1:00 p.m.<br><br>*[Proposed Order filed concurrently herewith]* |

**TO THE HONORABLE COURT:**

IT IS HEREBY STIPULATED BY AND BETWEEN Plaintiffs, Julio Jimenez Lopez and Yesenia Cruz Cruz, and Defendants City of San Rafael, San Rafael Police Department, Daisy Mazariegos, and Brandon Nail, for the purpose of continuing the second settlement conference in this case,

1 | currently scheduled for January 24, 2025, at 1:00 p.m., as follows:

2. 1. WHEREAS, counsel for the parties have conferred and, for substantially the reasons set forth in Defendants' City of San Rafael and San Rafael Police Department's Supplemental Settlement Conference statement, which was submitted via email to the Court on January 17, 2025, have determined that this matter will not settle at the upcoming settlement conference on January 24, 2025, if the settlement conference remains scheduled for that date.

3. 2. WHEREAS, Defendants' assessment of damages in this matter depends in part on the outcome of the anticipated criminal trial of Defendant Brandon Nail, which has been set to begin on April 9, 2025.

4. 3. ACCORDINGLY, the parties stipulate and respectfully request that the Court continue the second settlement conference to a later date, and also set a scheduling call for a date in the spring of 2025, during which a new date for the continued second settlement conference may be determined.

**IT IS SO STIPULATED**.

/ / /

/ / /

/ / /

/ / /

DATED: January 22, 2025    By: */s/ Benjamin S. Levine*
Dale K. Galipo (SBN 144074)
*dalekgalipo@yahoo.com*
Benjamin S. Levine (SBN 342060)
*blegine@galipolaw.com*
**LAW OFFICES OF DALE K. GALIPO**
Anthony Label (SBN 205920)
*a.label@veenfirm.com*
Theo Emison (SBN 209183)
*t.emison@veenfirm.com*
**THE VEEN FIRM LLP**
Attorneys for Plaintiffs

DATED: January 22, 2025    By: */s/ Dale L. Allen*
Dale L. Allen (SBN 145279)
*d.allen@aghwlaw.com*
**ALLEN, GLAESSNER, HAZELWOOD, AND WERTH**
Attorney for Defendants City of San Rafael and San Rafael Police Department

DATED: January 22, 2025    By: */s/ Alison Berry Wilkinson*
Alison Berry Wilkinson (SBN 135890)
*alison@berrywilkinson.com*
**Berry | Wilkinson | Law Group**
Attorney for Defendants Daisy Mazariegos and Brandon Nail

### ATTORNEY ATTESTATION

I hereby attest, pursuant to Local Rule 5-1(i)(3), that I obtained the concurrence in the filing of this document from the signatories indicated by the conformed signatures (/s/) of Dale L. Allen and Alison Berry Wilkinson.

*/s/ Benjamin S. Levine*
BENJAMIN S. LEVINE