Alison Berry Wilkinson (SBN 135890)
Berry | Wilkinson | Law Group
165 North Redwood Drive, Suite 206
San Rafael, California
Telephone:    (415) 259.6638
Facsimile:     (877) 259.3762
Email: alison@berrywilkinson.com

Attorneys for Defendants
DAISY MAZARIEGOS and BRANDON NAIL

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO JIMENEZ LOPEZ and YESENIA CRUZ CRUZ,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF SAN RAFAEL, SAN RAFAEL POLICE DEPARTMENT, DAISY MAZARIEGOS, BRANDON NAIL, and DOES 1-50, inclusive<br><br>Defendants. | Case No. 3:23-cv-03652-VC<br><br>STATUS REPORT BY DEFENDANT BRANDON NAIL CONCERNING PENDING CRIMINAL PROCEEDINGS<br><br>Hon. Vincent Chhabria<br><br>Courtroom:   San Francisco Courthouse<br>                       Courtroom 4 – 17th Floor<br>                       450 Golden Gate Avenue<br>                       San Francisco, CA 94102<br>Trial Date:    Not yet set |

On or around October 27, 2023 (see, ECF 25), this Court issued a discovery stay due to the criminal proceedings pending against Defendant NAIL in Marin County Superior Court, which allege violations of California Penal Code section 149 (assault under color of authority) and section 118.1 (false police report) arising out of the same incident that is the subject of this federal civil rights lawsuit.  See, *People v. Brandon Nail,* Marin County Superior Court Case No. CR0000077A.

In keeping with this Court's request to be kept apprised of the criminal proceedings, Defendant NAIL hereby submits this updated status report.

//

1

**B.     Status of Criminal Proceedings Against Defendant NAIL**

Defendant NAIL has been criminally charged with felony assault by a public officer in violation of California Penal Code section 149 with an enhancement for inflicting great bodily injury within the meaning of California Penal Code section 12022.7(a). He has also been charged with filing a false police report in violation of California Penal Code section 118.1.

As noted in the previous status report (ECF 60) submitted on August 15, 2024, following the preliminary hearing Defendant NAIL filed a motion to dismiss the criminal charges pursuant to California Penal Code section 995. That motion was denied on August 14, 2024.

Also heard on August 14, 2024 was a motion in limine filed by the prosecution related to the admissibility of "use of force" expert witness testimony. During the hearing, the Court requested further briefing, set a schedule for those submissions, and continued the hearing on the prosecution's motion to October 24, 2024 at 1:30 p.m. in light of the Court's vacation schedule. The hearing date was thereafter moved to November 4, 2024 with all parties completing the supplemental briefing requested by the Court on October 25, 2024. A true and correct copy of the Marin County Superior Court filings docket in the matter of *People v. Brandon Nail*, Marin County Superior Court CR0000077A is attached hereto as Exhibit A.

The motion hearing was thereafter further moved several times by the Court, either *sua sponte* to accommodate the Court's calendar or at the request of the prosecution, not at the request of the defense. A true and correct copy of the Marin County Superior Court events docket reflecting these hearing date movements is attached hereto as Exhibit B. The absence of any defense continuance motions since the last status update is reflected in Exhibit A.

The hearing on the prosecution's motion occurred on January 22, 2025 before the Honorable Kevin Murphy of the Marin County Superior Court. At the conclusion of the hearing, a trial date of April 9, 2025 was set, and is estimated to last 14 trial days. The setting of the trial date, the trial estimate, and the pre-trial motion schedule are reflected in Exhibit B.

//

//

//

2

STATUS REPORT CONCERNING PENDING CRIMINAL PROSECUTIONS
*Lopez v. City of San Rafael, et al., USDC Case No. 3:23-cv-03652-VC*

Dated: January 23, 2025

Respectfully submitted,

Berry | Wilkinson | Law Group

By  /s/ *Alison Berry Wilkinson*
ALISON BERRY WILKINSON
Attorneys for Defendants DAISY MAZARIEGOS and BRANDON NAIL

3

STATUS REPORT CONCERNING PENDING CRIMINAL PROSECUTIONS
*Lopez v. City of San Rafael, et al., USDC Case No. 3:23-cv-03652-VC*