**MARIN COUNTY SUPERIOR COURT**
**COUNTY OF MARIN - ePORTAL**

Home | Case Search - Public Access | Calendar Search | My Cases | Alison Wilkinson | Logout

## Filings

- Domestic Violence Filing
- Gun Violence Filing

**CR0000077A**
People vs. BRANDON CARL NAIL
Criminal/Traffic

EXHIBIT B

| Case | Filings | Parties | Documents | **Events** | Case Transfer |

### Events

| Date/Time | Type | Result | Official | Location |
|---|---|---|---|---|
| CR0000077A: People vs. BRANDON CARL NAIL | | | | |
| 03/14/2025 09:30 AM | Motion - In Limine - PEOPLES #1 | | Murphy | Courtroom K |
| 03/28/2025 09:30 AM | Motion - In Limine - PRETRIAL MOTIONS | | Murphy | Courtroom K |
| 04/09/2025 09:30 AM | Jury Trial - 14 DAY TRIAL | | Murphy | Courtroom K |
| 01/22/2025 01:30 PM | Motion - In Limine - -PEOPLE'S MOTION IN LIMINE #01 AND TRIAL SETTING(MOVED BY COURT ON 12/10/24) | Heard: Trial Date Set | Murphy | Courtroom K |
| 11/20/2024 01:30 PM | Motion - In Limine - PEOPLE'S MOTION IN LIMINE #01 AND TRIAL SETTING (11/04/24 HEARING DATE VACATED AT DIRECTION OF THE COURT) | Heard: Continued | Murphy | Courtroom K |
| 08/14/2024 01:30 PM | Motion - In Limine - PEOPLE'S MOTION IN LIMINE #1 | Heard: Orders Made | Murphy | Courtroom K |
| 08/14/2024 01:30 PM | Motion - PC995 | Motion Denied | Murphy | Courtroom K |