1  Alison Berry Wilkinson (SBN 135890)
   Berry | Wilkinson | Law Group
2  165 North Redwood Drive, Suite 206
   San Rafael, California
3  Telephone:    (415) 259.6638
   Facsimile:    (877) 259.3762
4  Email: alison@berrywilkinson.com

5  Attorneys for Defendants
   DAISY MAZARIEGOS and BRANDON NAIL
6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 JULIO JIMENEZ LOPEZ and YESENIA          Case No. 3:23-cv-03652-VC
   CRUZ CRUZ,
12                                          STATUS REPORT BY DEFENDANT
                    Plaintiffs,             BRANDON NAIL CONCERNING
13                                          PENDING CRIMINAL PROCEEDINGS
          vs.
14                                          Hon. Vincent Chhabria
   CITY OF SAN RAFAEL, SAN RAFAEL
15 POLICE DEPARTMENT, DAISY
   MAZARIEGOS, BRANDON NAIL, and            Courtroom:   San Francisco Courthouse
16 DOES 1-50, inclusive                                  Courtroom 4 – 17th Floor
                                                         450 Golden Gate Avenue
17                  Defendants.                           San Francisco, CA 94102
18                                          Trial Date:  Not yet set
19

20

21        On or around October 27, 2023 (see, ECF 25), this Court issued a discovery stay due to the

22 criminal proceedings pending against Defendant NAIL in Marin County Superior Court, which

23 allege violations of California Penal Code section 149 (assault under color of authority) and section

24 118.1 (false police report) arising out of the same incident that is the subject of this federal civil

25 rights lawsuit.  See, *People v. Brandon Nail,* Marin County Superior Court Case No. CR0000077A.

26        In keeping with this Court's request to be kept apprised of the criminal proceedings,

27 Defendant NAIL hereby submits this updated status report.

28 //

                                               1

**B.      Status of Criminal Proceedings Against Defendant NAIL**

Defendant NAIL has been criminally charged with felony assault by a public officer in violation of California Penal Code section 149 with an enhancement for inflicting great bodily injury within the meaning of California Penal Code section 12022.7(a).  He has also been charged with filing a false police report in violation of California Penal Code section 118.1.  As noted in the previous status report (ECF 88) submitted on January 23, 2025, a trial date of April 9, 2025 was set, and was estimated to last 14 trial days.

On March 28, 2025, the defense moved to continue the trial from April 9, 2025 due to the unavailability of a key defense witness.  Good cause having been shown, and all parties being in agreement, the Court continued the trial to June 10, 2025.   The matter is still estimated to last 14 trial days. A true and correct copy of the court docket reflecting this change is attached hereto.

Dated: March 28, 2025                   Respectfully submitted,

Berry | Wilkinson | Law Group

By____/s/ Alison Berry Wilkinson_____
ALISON BERRY WILKINSON
Attorneys for Defendants DAISY MAZARIEGOS and
BRANDON NAIL

STATUS REPORT CONCERNING PENDING CRIMINAL PROSECUTIONS
*Lopez v. City of San Rafael, et al., USDC Case No. 3:23-cv-03652-VC*

🔒 webportal.marin.courts.ca.gov



# MARIN COUNTY SUPERIOR COURT
## COUNTY OF MARIN - ePORTAL

Home    Case Search - Public Access    Calendar Search    My Cases    Alison Wilkinson    Logout

# Filings

- Domestic Violence Filing
- Gun Violence Filing

**CR0000077A**

People vs. BRANDON CARL NAIL

Criminal/Traffic

| Case | Filings | Parties | Documents | Events | Case Transfer |
|------|---------|---------|-----------|--------|---------------|

## Events

### ∨ Events

| Date/Time | Type | Result | Official | Location |
|-----------|------|--------|----------|----------|
| ⊟ CR0000077A: People vs. BRANDON CARL NAIL | | | | |
| 04/24/2025 01:30 PM | Motion - In Limine - MOTION TO DISMISS AND 402 HEARING AS TO DR. DAVID BLAKE | | Murphy | Courtroom K |
| 04/25/2025 01:30 PM | Motion - Other - 402 HEARING | | Murphy | Courtroom K |
| 06/10/2025 09:30 AM | Jury Trial | | Murphy | Courtroom K |
| 04/09/2025 09:30 AM | Jury Trial - 14 DAY TRIAL | Matter Off Calendar- B/F Court Date | | Courtroom K |
| 03/28/2025 01:30 PM | Motion - In Limine - PEOPLE'S #01 | Heard: Orders Made | Murphy | Courtroom K |
| 03/28/2025 01:30 PM | Motion - Dismiss | Heard: Continued | Murphy | Courtroom K |