UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO JIMENEZ LOPEZ, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF SAN RAFAEL, et al., <br><br> Defendants. | Case No. 23-cv-03652-VC <br><br> **ORDER REGARDING STAY** <br> Re: Dkt. No. 92 |

The Court has received the status report filed at Dkt. No. 92 informing the Court of the delay in Officer Nail's criminal trial. If Officer Nail's trial is delayed again at the request of the defense, the discovery stay as to Officer Nail will be immediately lifted. Officer Nail's counsel is ordered to inform him of this order and its consequences and file a letter on the docket letting the Court know when that has been completed. That letter should be filed no later than seven days after the date of this order.

**IT IS SO ORDERED.**

Dated: March 31, 2025

VINCE CHHABRIA
United States District Judge