Alison Berry Wilkinson (SBN 135890)
Berry | Wilkinson | Law Group
165 North Redwood Drive, Suite 206
San Rafael, California
Telephone:   (415) 259.6638
Facsimile:    (877) 259.3762
Email: alison@berrywilkinson.com

Attorneys for Defendants
DAISY MAZARIEGOS and BRANDON NAIL

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO JIMENEZ LOPEZ and YESENIA CRUZ CRUZ,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF SAN RAFAEL, SAN RAFAEL POLICE DEPARTMENT, DAISY MAZARIEGOS, BRANDON NAIL, and DOES 1-50, inclusive<br><br>Defendants. | Case No. 3:23-cv-03652-VC<br><br>LETTER RESPONSE TO ECF 93<br><br>Hon. Vincent Chhabria<br><br>Courtroom:   San Francisco Courthouse<br>                       Courtroom 4 – 17th Floor<br>                       450 Golden Gate Avenue<br>                       San Francisco, CA 94102<br>Trial Date:   Not yet set |

Please accept this filing the letter requested by this Court at ECF 93 providing notification that the undersigned counsel has timely informed both Officer Nail and his criminal defense counsel, Julia Fox of Rains Lucia *et al.*, of the order and its consequences.

Dated: March 31, 2025            Respectfully submitted,

                                              Berry | Wilkinson | Law Group

                                              By    /s/ *Alison Berry Wilkinson*
                                              ALISON BERRY WILKINSON
                                              Attorneys for Defendants DAISY MAZARIEGOS and
                                              BRANDON NAIL