Alison Berry Wilkinson (SBN 135890)
Berry | Wilkinson | Law Group
165 North Redwood Drive, Suite 206
San Rafael, California
Telephone:   (415) 259.6638
Facsimile:    (877) 259.3762
Email: alison@berrywilkinson.com

Attorneys for Defendants
DAISY MAZARIEGOS and BRANDON NAIL

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO JIMENEZ LOPEZ and YESENIA CRUZ CRUZ,<br><br>　　　　　　　Plaintiffs,<br><br>　vs.<br><br>CITY OF SAN RAFAEL, SAN RAFAEL POLICE DEPARTMENT, DAISY MAZARIEGOS, BRANDON NAIL, and DOES 1-50, inclusive<br><br>　　　　　　　Defendants. | Case No. 3:23-cv-03652-VC<br><br>STATUS REPORT BY DEFENDANT BRANDON NAIL CONCERNING PENDING CRIMINAL PROCEEDINGS<br><br>Hon. Vincent Chhabria<br><br>Courtroom:   San Francisco Courthouse<br>　　　　　　Courtroom 4 – 17th Floor<br>　　　　　　450 Golden Gate Avenue<br>　　　　　　San Francisco, CA 94102<br>Trial Date:    Not yet set |

　　　On or around October 27, 2023 (see, ECF 25), this Court issued a discovery stay due to the criminal proceedings pending against Defendant NAIL in Marin County Superior Court, which allege violations of California Penal Code section 149 (assault under color of authority) and section 118.1 (false police report) arising out of the same incident that is the subject of this federal civil rights lawsuit.  See, *People v. Brandon Nail,* Marin County Superior Court Case No. CR0000077A.

　　　In keeping with this Court's request to be kept apprised of the criminal proceedings, Defendant NAIL hereby submits this updated status report.

//

1

STATUS REPORT CONCERNING PENDING CRIMINAL PROSECUTIONS
*Lopez v. City of San Rafael, et al., USDC Case No. 3:23-cv-03652-VC*

B.  **Status of Criminal Proceedings Against Defendant NAIL**

Defendant NAIL has been criminally charged with felony assault by a public officer in violation of California Penal Code section 149 with an enhancement for inflicting great bodily injury within the meaning of California Penal Code section 12022.7(a).  He has also been charged with filing a false police report in violation of California Penal Code section 118.1.  As noted in the previous status report (ECF 92) a trial date of June 10, 2025 was set, and was estimated to last 14 trial days.

Following the setting of the June 10, 2025, the Marin County District Attorney's Office requested a trial continuance as its expert witness, Jason Fries, was unavailable for the agreed upon trial date.  The Honorable Kevin Murphy granted the prosecution's request and reset the trial to September 16, 2025, and revised the time estimate to seven (7) trial days.  It should be noted that the defense, being well aware of this Court's directive in ECF 93, did not request the continuance, did not stipulate to the continuance, and was ready to proceed with the June 10, 2025 trial date.  ßA true and correct copy of the court docket reflecting this change is attached hereto.

Dated: May 8, 2025            Respectfully submitted,

                              Berry | Wilkinson | Law Group

                              By     /s/ *Alison Berry Wilkinson*
                              ALISON BERRY WILKINSON
                              Attorneys for Defendants DAISY MAZARIEGOS and
                              BRANDON NAIL

2

STATUS REPORT CONCERNING PENDING CRIMINAL PROSECUTIONS
*Lopez v. City of San Rafael, et al., USDC Case No. 3:23-cv-03652-VC*

# MARIN COUNTY SUPERIOR COURT
## COUNTY OF MARIN - ePORTAL

Home | Case Search - Public Access | Calendar Search | My Cases | Alison Wilkinson | Logout

# Filings

- Domestic Violence Filing
- Gun Violence Filing

**CR0000077A**
People vs. BRANDON CARL NAIL
Criminal/Traffic

| Case | Filings | Parties | Documents | Events | Case Transfer |

## Summary

### Parties

| Type | Name | Represented By |
|---|---|---|
| Defendant | NAIL, BRANDON CARL | Fox, Julia Devereaux |

### Next Event

**Next Event**

06/12/2025 1:30 PM Motion / In Limine in Courtroom K

### Events

| Date/Time | Type | Official | Location |
|---|---|---|---|
| 06/10/2025 09:30 AM | Jury Trial - (RESET TO 9/16/25) | Murphy | Courtroom K |
| 06/12/2025 01:30 PM | Motion - In Limine - PEOPLE'S 1 - 402 DR. BLAKE | Murphy | Courtroom K |
| 06/13/2025 01:30 PM | Motion - In Limine - PEOPLE'S #2 - 402 - DR. FRIES | Murphy | Courtroom K |
| 09/16/2025 09:30 AM (7 Days) | Jury Trial | Murphy | Courtroom K |

^ Back to Top ^