UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO JIMENEZ LOPEZ, et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>CITY OF SAN RAFAEL, et al.,<br><br>   Defendants. | Case No. 23-cv-03652-VC   (KAW)<br><br>**CLERK'S NOTICE SETTING A FURTHER SETTLEMENT CONFERENCE VIA ZOOM** |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT a Further Settlement Conference is set for **August 20, 2025**, **at 10:00 A.M. via Zoom**, before Magistrate Judge Kandis A. Westmore. Advanced notice is required of counsel or parties who wish to be identified by the court as making an appearance or will be participating in the settlement conference. A list of names of all counsel or parties appearing must be sent in one email to the CRD at KAWCRD@cand.uscourts.gov no later than Friday, August 15, 2025, by 12:00PM PST. A separate email with the Zoom information will be sent upon receipt of this list of participants. Updated confidential settlement statements due by **August 11, 2025,** and should be emailed to KAWSettlement@cand.uscourts.gov.

The parties are directed to review and comply with the Court's settlement conference standing order available at www.cand.uscourts.gov/judges/westmore-kandis-a-kaw.

Dated: May 27, 2025

Mark B. Busby
Clerk, United States District Court

_____
Cindy C. Fan, Deputy Clerk to the
Honorable KANDIS A. WESTMORE