UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## PRE-SETTLEMENT SCHEDULING CONFERENCE MINUTES

| **Date:** May 12, 2025 | **Time:** 2:15 PM-2:54 PM | **Judge:** Kandis A. Westmore |
|---|---|---|
| **Case No.:** 23-cv-03652-VC | **Case Name:** Lopez v. City of San Rafael | |

**For Plaintiff Julio Jimenez Lopez**: Anthony Lawrence Label and Benjamin Levine
**For Defendant City of San Rafael**: Dale L. Allen, Jr.
**For Defendant Daisy Mazariegos**: Alison Berry Wilkinson

**Deputy Clerk:** Cindy C. Fan              **Court Reporter:** Not recorded

### PROCEEDINGS

Pre-settlement scheduling conference held via Zoom teleconference.

By 5/19/2025, parties to inform the Court by email to KAWCRD@cand.uscourts.gov if they intend to proceed with a settlement conference on 8/20/2025 at 10:00am or if they decide to go to private mediation.

The parties are directed to review and comply with the Court's settlement conference standing order available at: www.cand.uscourts.gov/judges/westmore-kandis-a-kaw