# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## SETTLEMENT CONFERENCE MINUTES

| | | |
|---|---|---|
| **Date:** August 20, 2025 | **Time:** 10:05 AM - 5:16 PM<br>7 hours, 11 minutes | **Judge:** Kandis A. Westmore |
| **Case No.:** 23-cv-03652-VC | **Case Name:** Lopez v. City of San Rafael | |

| Plaintiff | Defendants Brandon Nail & Daisy Mazariegos | Defendants City of San Rafael & San Rafael Police Department |
|---|---|---|
| Dale Galipo, Lead Counsel | Alison Berry Wilkinson, Lead Counsel | Dale Allen Jr., Lead Counsel |
| Anthony Label, Counsel | | Andrea Visveshwara, Chief Assistant City Attorney for San Rafael |
| Theo Emison, Counsel | | Marinda Griese, Rep. from CA Joint Powers Risk Management Assoc., excess insurance pool for City |
| Benjamin Levine, Counsel | | |
| Nataly Quintero Perez, Spanish interpreter | | |
| Julio Jimenez Lopez, Plaintiff | | |
| Ysenia Cruz Cruz, Plaintiff | | |

**Deputy Clerk:** Cindy C. Fan

**Court Reporter:** Not recorded

## PROCEEDINGS

Settlement Conference via Zoom held.
The case settled and essential terms were put on the record.