ANTHONY L. LABEL (SBN 205920)
THEO J. EMISON (SBN 209183)
**THE VEEN FIRM LLP**
20 Haight Street
San Francisco, CA 94102
Tel.: +1 415 673 4800
Fax: +1 415 771 5845
al.team@veenfirm.com
t.emison@veenfirm.com

**LAW OFFICES OF DALE K. GALIPO**
DALE K. GALIPO (SBN 144074)
dalekgalipo@yahoo.com
BENJAMIN S. LEVINE (SBN 342060)
blevine@galipolaw.com
21800 Burbank Blvd, Suite 310
Woodland Hills, CA 91367
Telephone (818) 347-3333
Facsimile (818) 347-4118

Attorneys for Plaintiffs JULIO JIMENEZ LOPEZ and YESENIA CRUZ CRUZ

DALE L. ALLEN (SBN 145279)
**ALLEN, GLAESSNER, HAZELWOOD, AND WERTH**
180 Montgomery Street, Ste 1200
San Francisco, CA 94104
d.allen@aghwlaw.com

Attorney for Defendants CITY OF SAN RAFAEL and SAN RAFAEL POLICE DEPARTMENT

ALISON BERRY WILKINSON (SBN 135890)
**BERRY | WILKINSON | LAW GROUP**
165 N. Redwood Drive, Ste 201
San Rafael, CA 94903
Tel: +1 415-259-6638
Fax: +1 877-259-3762
alison@berrywilkinson.com

Attorney for Defendants BRANDON NAIL and DAISY MAZARIEGOS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| JULIO JIMENEZ LOPEZ and YESENIA CRUZ CRUZ,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SAN RAFAEL; SAN RAFAEL POLICE DEPARTMENT; DAISY MAZARIEGOS; BRANDON NAIL; and DOES 1-50, inclusive,<br><br>Defendants. | CASE NO. 3:23-CV-03652-VC<br><br>*Hon. Vince Chhabria*<br><br>**NOTICE OF SETTLEMENT AND REQUEST TO VACATE ALL DATES** |

**TO THE HONORABLE COURT:**

Plaintiffs, Julio Jimenez Lopez and Yesenia Cruz Cruz; and Defendants, City of San Rafael, San Rafael Police Department, Daisy Mazariegos, and Brandon Nail—the parties to this action—by and through their respective attorneys of record, hereby inform the Court of their

settlement of this entire matter, and respectfully request that the Court vacate all dates in this matter as the parties finalize and consummate their settlement, and stipulate as follows.

WHEREAS, through a second settlement conference held by Magistrate Judge Kandis A. Westmore between the parties on August 20, 2025, the parties reached a conditional agreement to settle this entire action, subject to the approval of necessary entities. That day, Judge Westmore noted the settlement by issuing minutes on the docket for this action. [Dkt. 101.]

WHEREAS, as of October 2, 2025, all necessary approvals of the parties' settlement have been made.

WHEREAS, given upcoming deadlines in this case, the parties wish to make the Court aware of the current status of the settlement and are content to have the current dates and deadlines vacated based on the settlement.

WHEREAS, a Case Management Conference is currently scheduled with the Court for October 17, 2025, at 10:00 a.m. In light of the settlement, the parties respectfully submit this notice in lieu of the Case Management Conference Statement and request that the Court vacate the Case Management Conference.

WHEREAS, the parties respectfully request that all other current dates and deadlines be vacated based on the parties' settlement of the entire action.

WHEREAS, to allow time for the parties to consummate the terms of the settlement, including execution of a release agreement, the parties further request that the Court impose a deadline for a date approximately thirty (30) days from the date of this filing for the parties to file a stipulated dismissal of this action or otherwise inform the court via a joint status report whether and why additional time is needed. Following the parties' execution of a release agreement and payment of the settlement funds, the parties will file a stipulated dismissal of the entire action.

/ / /

/ / /

**IT IS SO STIPULATED**.

DATED: October 14, 2025   By:   */s/ Benjamin S. Levine*
Dale K. Galipo (SBN 144074)
*dalekgalipo@yahoo.com*
Benjamin S. Levine (SBN 342060)
*blegine@galipolaw.com*
**LAW OFFICES OF DALE K. GALIPO**
Anthony Label (SBN 205920)
*a.label@veenfirm.com*
Theo Emison (SBN 209183)
*t.emison@veenfirm.com*
**THE VEEN FIRM LLP**
Attorneys for Plaintiffs

DATED: October 14, 2025   By:   */s/ Dale L. Allen* (as authorized 10/14)
Dale L. Allen (SBN 145279)
*d.allen@aghwlaw.com*
**ALLEN, GLAESSNER, HAZELWOOD, AND WERTH**
Attorney for Defendants City of San Rafael and San Rafael Police Department

DATED: October 14, 2025   By:   */s/ Alison Berry Wilkinson* (as authorized 10/14)
Alison Berry Wilkinson (SBN 135890)
*alison@berrywilkinson.com*
**Berry | Wilkinson | Law Group**
Attorney for Defendants Daisy Mazariegos and Brandon Nail

## ATTORNEY ATTESTATION

I hereby attest, pursuant to Local Rule 5-1(i)(3), that I obtained the concurrence in the filing of this document from the signatories indicated by the conformed signatures (/s/) of Dale L. Allen and Alison Berry Wilkinson.

*/s/ Benjamin S. Levine*
BENJAMIN S. LEVINE