Alison Berry Wilkinson (SBN 135890)
Berry | Wilkinson | Law Group
165 North Redwood Drive, Suite 206
San Rafael, California
Telephone:   (415) 259.6638
Facsimile:    (877) 259.3762
Email: alison@berrywilkinson.com

Attorneys for Defendants
DAISY MAZARIEGOS and BRANDON NAIL

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO JIMENEZ LOPEZ and YESENIA CRUZ CRUZ,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF SAN RAFAEL, SAN RAFAEL POLICE DEPARTMENT, DAISY MAZARIEGOS, BRANDON NAIL, and DOES 1-50, inclusive<br><br>Defendants. | Case No. 3:23-cv-03652-VC<br><br>STATUS REPORT BY DEFENDANT BRANDON NAIL CONCERNING PENDING CRIMINAL PROCEEDINGS<br><br>Hon. Vincent Chhabria<br><br>Courtroom:   San Francisco Courthouse<br>Courtroom 4 – 17th Floor<br>450 Golden Gate Avenue<br>San Francisco, CA 94102<br><br>Trial Date:   Not yet set |

On or around October 27, 2023 (see, ECF 25), this Court issued a discovery stay due to the criminal proceedings pending against Defendant NAIL in Marin County Superior Court, which allege violations of California Penal Code section 149 (assault under color of authority) and section 118.1 (false police report) arising out of the same incident that is the subject of this federal civil rights lawsuit.  See, *People v. Brandon Nail,* Marin County Superior Court Case No. CR0000077A.

In keeping with this Court's request to be kept apprised of the criminal proceedings, Defendant NAIL hereby submits this updated status report.

1

**B.     Status of Criminal Proceedings Against Defendant NAIL**

The criminal trial began as scheduled on September 16, 2025 in Marin County Superior Court with the Honorable Judge Kevin Murphy presiding. On Tuesday, October 14, 2025, the jury returned a verdict of not guilty on both counts of the Information, unanimously finding Defendant Nail *not guilty* of violating California Penal Code section 149, assault under color of authority (Count 1), and *not guilty* of violating California Penal Code section 118.1, filing a false police report (Count 2).

Dated: October 15, 2025                    Respectfully submitted,

                                                Berry | Wilkinson | Law Group

                                                By   /s/ *Alison Berry Wilkinson*
                                                ALISON BERRY WILKINSON
                                                Attorneys for Defendants DAISY MAZARIEGOS and BRANDON NAIL

2

STATUS REPORT CONCERNING PENDING CRIMINAL PROSECUTIONS
*Lopez v. City of San Rafael, et al., USDC Case No. 3:23-cv-03652-VC*