UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO JIMENEZ LOPEZ, et al., <br><br>　　　　Plaintiff, <br><br>　　v. <br><br>CITY OF SAN RAFAEL, et al., <br><br>　　　　Defendant. | Case No.  23-cv-03652-VC <br><br>**ORDER OF DISMISSAL** |

　　　　The Court was advised by the parties on October 14, 2025, that they reached a settlement. Therefore, this case is dismissed without prejudice. All deadlines and hearings in the case are vacated, and any pending motions are moot.

　　　　The parties retain the right to reopen this action within 60 days of this Order if the settlement is not finalized. If a request to reinstate the case is not filed and served on opposing counsel within 60 days, the dismissal will be with prejudice.

　　　　The parties should be aware that once a settlement has been finalized, it is not appropriate to leave the case open on the docket until performance has been completed. Once the parties have reached a final settlement, dismissal is warranted. Therefore, if the parties file a motion to reopen on the ground that the settlement has not been fully performed, the Court will deny that request. If a party fails to perform, the aggrieved party can take separate action to enforce the settlement.

　　　　**IT IS SO ORDERED.**

Dated: October 15, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　VINCE CHHABRIA
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge